

**EXHIBIT 1**

**Policy No.: CPA 3182984 24**
Previous Policy No.: 3182984-23

RENEWAL
PROCESSED ON: 03/31/2021 AT 17:25

| **Named Insured Name and Address** | **Agency Name and Address** | 41357 |
|---|---|---|
| Arctic Ice Inc | (636)271-2481 | |
| 1498 Kinark Dr | NEC Insurance Inc | |
| Saint Louis, MO 63132 | 308 Noonan Drive | |
| | Pacific, MO 63069 | |

### FORMS ATTACHED BY LINE OF BUSINESS FOR EACH RECIPIENT COPY

The tables below list every form attached to a particular recipient copy of the indicated policy, grouped by line of business.

The recipient codes are as follows:

| AI | Additional Interest |
|---|---|
| AG | Agency |
| CT | Certificate Holder |
| CM | Commissioner Copy |
| CC | Company Copy |
| DL | Dept of Labor |
| FI | Financial Interest |
| IN | Insured |
| JO | Joint Owner |
| LH | Lienholder |
| MM | Memorandum |
| MT | Mortgagee |
| PC | PIC |
| SC | Signature Copy |

**POLICY:    CPA 3182984 24          LOB:    GEN**

| FORM | EDITION DATE | AI | AG | CT | CM | CC | DL | FI | IN | JO | LH | MM | MT | PC | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MK CS 01 | 01-2017 | | | | | | | | X | | | | | | |
| CL IL SP 01 | 07-2020 | | | | | | | | X | | | | | | |
| CL PN 01 47 | 01-2021 | | X | | | | | | X | | | | | | |
| CL PN 02 49 | 01-2021 | | X | | | | | | X | | | | | | |
| CW 10 17 | 02-2006 | | | | | | | | X | | | | | | |

**POLICY:    CPA 3182984 24          LOB:    CP**

| FORM | EDITION DATE | AI | AG | CT | CM | CC | DL | FI | IN | JO | LH | MM | MT | PC | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CW 26 36 | 07-2018 | | X | | | | | | X | | | | | | |

**POLICY:    CPA 3182984 24          LOB:    GEN**

| FORM | EDITION DATE | AI | AG | CT | CM | CC | DL | FI | IN | JO | LH | MM | MT | PC | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PR IV NT C1 | 06-2001 | | | | | | | | X | | | | | | |

**POLICY:**    CPA 3182984 24    **LOB:**    CP

| FORM | EDITION DATE | AI | AG | CT | CM | CC | DL | FI | IN | JO | LH | MM | MT | PC | SC |
|------|------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| UW 00 99 | 10-2018 | | | | | | | | X | | | | | | |

**POLICY:**    CPA 3182984 24    **LOB:**    GEN

| FORM | EDITION DATE | AI | AG | CT | CM | CC | DL | FI | IN | JO | LH | MM | MT | PC | SC |
|------|------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| B IL DS 00 | 09-2007 | | X | | | | | | X | | | | | | |
| CL LOC | 09-2008 | | X | | | | | | X | | | | | | |
| CL IL FS 01 | 09-2008 | | X | | | | | | X | | | | | | |
| CL 01 67 | 05-2005 | | | | | | | | X | | | | | | |

**POLICY:**    CPA 3182984 24    **LOB:**    CM

| FORM | EDITION DATE | AI | AG | CT | CM | CC | DL | FI | IN | JO | LH | MM | MT | PC | SC |
|------|------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| CL 01 70 | 09-2013 | | | | | | | | X | | | | | | |

**POLICY:**    CPA 3182984 24    **LOB:**    GEN

| FORM | EDITION DATE | AI | AG | CT | CM | CC | DL | FI | IN | JO | LH | MM | MT | PC | SC |
|------|------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| CL 06 00 | 01-2015 | | | | | | | | X | | | | | | |
| CL 07 00 | 10-2006 | | | | | | | | X | | | | | | |
| CL 16 05 | 01-2021 | | X | | | | | | X | | | | | | |
| CL IL 99 21 | 04-2013 | | X | | | | | | X | | | | | | |
| IL 00 03 | 09-2008 | | | | | | | | X | | | | | | |
| IL 00 17 | 11-1998 | | | | | | | | X | | | | | | |
| IL 00 21 | 09-2008 | | | | | | | | X | | | | | | |
| IL 01 01 | 11-2013 | | | | | | | | X | | | | | | |
| IL 02 74 | 02-2013 | | | | | | | | X | | | | | | |
| IL 09 52 | 01-2015 | | | | | | | | X | | | | | | |
| IL 09 90 | 12-2020 | | X | | | | | | X | | | | | | |
| UW 00 31 | 12-2004 | | | | | | | | X | | | | | | |

**POLICY:**    CPA 3182984 24    **LOB:**    CP

| FORM | EDITION DATE | AI | AG | CT | CM | CC | DL | FI | IN | JO | LH | MM | MT | PC | SC |
|------|------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| B CP DS 01 | 10-2000 | | X | | | | | | X | | | | | | |
| CL CP FS 01 | 09-2008 | | X | | | | | | X | | | | | | |
| CL CP 00 04 | 12-2017 | | | | | | | | X | | | | | | |
| CL CP 00 32 | 10-2018 | | | | | | | | X | | | | | | |

| FORM | EDITION DATE | AI | AG | CT | CM | CC | DL | FI | IN | JO | LH | MM | MT | PC | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CL CP 00 33 DS | 09-2015 | | X | | | | | | X | | | | | | |
| CL CP 05 07 | 10-2018 | | | | | | | | X | | | | | | |
| CL CP 05 08 DS | 10-2018 | | X | | | | | | X | | | | | | |
| CL CP 05 12 | 12-2015 | | X | | | | | | X | | | | | | |
| CL CP 05 13 | 12-2015 | | X | | | | | | X | | | | | | |
| CL CP 05 32 | 08-2018 | | | | | | | | X | | | | | | |
| CP 00 10 | 10-2012 | | | | | | | | X | | | | | | |
| CP 00 30 | 10-2012 | | | | | | | | X | | | | | | |
| CP 00 90 | 07-1988 | | | | | | | | X | | | | | | |
| CP 01 40 | 07-2006 | | | | | | | | X | | | | | | |
| CP 10 30 | 09-2017 | | | | | | | | X | | | | | | |
| CP 10 40 | 10-2012 | | | | | | | | X | | | | | | |
| CP 12 18 | 10-2012 | | X | | | | | | X | | | | | | |
| CP 15 10 | 10-2012 | | X | | | | | | X | | | | | | |
| IL 01 05 | 10-2008 | | | | | | | | X | | | | | | |

**POLICY:**   **CPA 3182984 24**   **LOB:**   **CG**

| FORM | EDITION DATE | AI | AG | CT | CM | CC | DL | FI | IN | JO | LH | MM | MT | PC | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B CG DS 01 | 10-2001 | | X | | | | | | X | | | | | | |
| CL CG FS 01 | 09-2008 | | X | | | | | | X | | | | | | |
| CG 00 01 | 04-2013 | | | | | | | | X | | | | | | |
| CG 01 34 | 08-2003 | | | | | | | | X | | | | | | |
| CG 04 35 | 12-2007 | | X | | | | | | X | | | | | | |
| CG 21 06 | 05-2014 | | | | | | | | X | | | | | | |
| CG 21 09 | 06-2015 | | | | | | | | X | | | | | | |
| CG 21 32 | 05-2009 | | | | | | | | X | | | | | | |
| CG 21 46 | 07-1998 | | | | | | | | X | | | | | | |
| CG 21 47 | 12-2007 | | | | | | | | X | | | | | | |
| CG 21 67 | 12-2004 | | | | | | | | X | | | | | | |
| CG 21 71 | 01-2015 | | | | | | | | X | | | | | | |
| CG 21 76 | 01-2015 | | | | | | | | X | | | | | | |
| CG 21 96 | 03-2005 | | | | | | | | X | | | | | | |
| CG 25 03 | 05-2009 | | X | | | | | | X | | | | | | |

| FORM | EDITION DATE | AI | AG | CT | CM | CC | DL | FI | IN | JO | LH | MM | MT | PC | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CG 25 04 | 05-2009 | | X | | | | | | X | | | | | | |
| CG 26 25 | 04-2005 | | | | | | | | X | | | | | | |
| CG 26 50 | 04-2013 | | | | | | | | X | | | | | | |
| CG 40 14 | 12-2019 | | | | | | | | X | | | | | | |
| CG 99 09 | 12-2019 | | X | | | | | | X | | | | | | |
| CL CG 04 92 | 10-2018 | | | | | | | | X | | | | | | |
| CL CG 21 08 | 11-2010 | | | | | | | | X | | | | | | |
| CL CG 24 01 | 09-2016 | | | | | | | | X | | | | | | |

**POLICY:**       CPA 3182984 24              **LOB:**    **CM**

| FORM | EDITION DATE | AI | AG | CT | CM | CC | DL | FI | IN | JO | LH | MM | MT | PC | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B CM DS 02 | 09-2000 | | X | | | | | | X | | | | | | |
| CL CM FS 01 | 09-2008 | | X | | | | | | X | | | | | | |
| IM 20 51 | 09-2013 | | | | | | | | X | | | | | | |
| IM 22 50 | 07-2013 | | X | | | | | | X | | | | | | |
| IM 70 06 | 01-2012 | | X | | | | | | X | | | | | | |
| IM 70 01 | 04-2004 | | | | | | | | X | | | | | | |
| IM 70 30 | 01-2012 | | X | | | | | | X | | | | | | |

**POLICY:**       CPA 3182984 24              **LOB:**    **CU**

| FORM | EDITION DATE | AI | AG | CT | CM | CC | DL | FI | IN | JO | LH | MM | MT | PC | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B CX DS 01 | 09-2016 | | X | | | | | | X | | | | | | |
| CL CX FS 01 | 05-2013 | | X | | | | | | X | | | | | | |
| CW 35 13 | 02-2011 | | | | | | | | X | | | | | | |
| CX 00 01 | 04-2013 | | | | | | | | X | | | | | | |
| CX 01 36 | 04-2013 | | | | | | | | X | | | | | | |
| CX 01 40 | 09-2008 | | | | | | | | X | | | | | | |
| CX 02 20 | 02-2013 | | | | | | | | X | | | | | | |
| CX 21 01 | 09-2008 | | | | | | | | X | | | | | | |
| CX 21 11 | 04-2013 | | | | | | | | X | | | | | | |
| CX 21 13 | 04-2013 | | | | | | | | X | | | | | | |
| CX 21 14 | 04-2013 | | | | | | | | X | | | | | | |
| CX 21 16 | 04-2013 | | | | | | | | X | | | | | | |

| FORM | EDITION DATE | AI | AG | CT | CM | CC | DL | FI | IN | JO | LH | MM | MT | PC | SC |
|------|------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| CX 21 17 | 04-2013 | | | | | | | | X | | | | | | |
| CX 21 31 | 01-2015 | | | | | | | | X | | | | | | |
| CX 21 36 | 01-2015 | | | | | | | | X | | | | | | |
| CX 21 43 | 05-2014 | | X | | | | | | X | | | | | | |
| CX 21 47 | 11-2016 | | | | | | | | X | | | | | | |
| CX 21 56 | 09-2008 | | | | | | | | X | | | | | | |
| CX 21 68 | 12-2019 | | | | | | | | X | | | | | | |
| CX 21 71 | 06-2015 | | | | | | | | X | | | | | | |
| CX 21 79 | 12-2019 | | | | | | | | X | | | | | | |
| CX 24 01 | 12-2019 | | X | | | | | | X | | | | | | |
| CX 24 04 | 12-2019 | | | | | | | | X | | | | | | |
| CX 26 24 | 09-2008 | | | | | | | | X | | | | | | |
| CX 27 05 | 09-2008 | | X | | | | | | X | | | | | | |

**Policy No.:  CPA 3182984 24**
Previous Policy No.: 3182984-23

| **Named Insured Name and Address** | **Agency Name and Address** | 41357 |
|---|---|---|
| Arctic Ice Inc | (636)271-2481 | |
| 1498 Kinark Dr | NEC Insurance Inc | |
| Saint Louis, MO 63132 | 308 Noonan Drive | |
| | Pacific, MO 63069 | |

# Continental Western Group®
## |a Berkley Company

Named Insured and Address

Arctic Ice Inc
1498 Kinark Dr
Saint Louis MO 63132

Agent Name, Address, Phone

NEC Insurance Inc
308 Noonan Drive
Pacific MO 63069

(636)271-2481

Policy No.

3182984 - 24

Issued by

Acadia Insurance Company

Mailing Address:
PO Box 1594
Des Moines, IA 50306-1594

Thank you for selecting Continental Western Group® (CWG®) as your insurance provider. We are committed to satisfying the needs of our policyholders and independent agents, and will strive to exceed your service expectations.

CWG offers a broad array of commercial insurance products for businesses in 13 states from the Rocky Mountains to the Great Lakes. Our goal is to be the strong, local and trusted choice for independent insurance agents and customers.

STRONG
Our local knowledge and expertise is combined with the global strength of Berkley. Continental Western Group® is an operating unit of Berkley, the worldwide insurance and reinsurance operations of W. R. Berkley Corporation and a leading provider of commercial lines property and casualty insurance and reinsurance. All rated insurance company members of Berkley are assigned A+ (Superior) Financial Strength ratings by A.M. Best Company, Inc®.

LOCAL
In addition to five local offices, many field staff work throughout our territory. You'll find us living and operating in the same communities as our customers and available when we're needed most. Such local presence provides us in-depth understanding of the businesses and communities we insure.

TRUSTED
Our team of insurance underwriters, claims representatives and risk services consultants are well prepared to serve your business insurance needs. With years of industry experience and training, you benefit from our team's expertise.  Be confident that CWG understands your business, as business is our only focus.

Copyright© 2017 by Continental Western Group®, a Berkley Company. All Right Reserved

In witness whereof, the following company or companies, when shown as Issuing Company on any Policy Declarations included herewith, have caused such policies to be executed and attested, but such policies shall not be valid unless countersigned by a duly authorized representative of the respective company, if required by state law.

**ACADIA INSURANCE COMPANY**

A stock company domiciled in Urbandale, Iowa

**CONTINENTAL WESTERN INSURANCE COMPANY**

A stock company domiciled in Urbandale, Iowa

**FIREMEN'S INSURANCE COMPANY OF WASHINGTON, D.C.**

A stock company domiciled in Wilmington, Delaware

**TRI-STATE INSURANCE COMPANY OF MINNESOTA**

A stock company domiciled in Urbandale, Iowa

**UNION INSURANCE COMPANY**

A stock company domiciled in Urbandale, Iowa

| | |
|---|---|
| **Phillip S. Welt, Secretary** | **W. Robert Berkley, Jr., President** |

CL IL SP 01 07 20

CL PN 01 47 01 21

**Arctic Ice Inc**
**CPA 3182984-24**
**03/31/2021**

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM
## INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019,  that you have a right to purchase insurance coverage for losses resulting from acts of terrorism, *as defined in Section 102(1)*: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—as meeting all of the following requirements:

a.   The act is an act of terrorism.

b.   The act is violent or dangerous to human life, property, or infrastructure.

c.   The act resulted in damage within the United States, or outside the United States in the case of certain premises of United States missions or certain air carriers or vessels.

d.   The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Coverage under your policy is affected as follows:

For property located in standard fire policy states, there are state statutory exceptions covering certain fire losses if you decline coverage for "acts of terrorism" defined under the Act.  If an "act of terrorism" certified under the Act results in fire, we are required to pay for the loss or damage caused by that fire.  Such coverage for fire applies only to direct loss or damage by fire to covered property and is subject to any limitations of any terrorism exclusion, or inapplicability or omission of a terrorism exclusion.  This notice does not serve to create coverage for any loss which would otherwise be excluded under your policy.

The portion of your premium that is attributable to coverage for direct loss or damage that is caused by an "act of Terrorism" certified under the Act and where fire ensues is  $ 0, and does not include any charges for the portion of losses covered by the United States Government under the Act.  Note, this premium is applied to your policy regardless if you accept or decline coverage for "acts of terrorism" below.

You should know that where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States Government under a formula established by federal law. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government reimburses 80% of such Insured losses, beginning on January 1, 2021 through December 31, 2027, exceeding the statutorily established deductible paid by the insurance company providing the coverage. The premium charged for this coverage is provided below and does not include any charges for the portion of loss that may be covered by the Federal Government under the Act.

You should also know that the Act, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

**Acceptance or Rejection of Terrorism Insurance Coverage**

|  |  |
|---|---|
|  | I hereby elect to purchase terrorism coverage, subject to the limitations of the Act, for acts of terrorism as defined above for a premium of $ 342.00 . |
|  | I hereby decline to purchase terrorism coverage for certified acts of terrorism. I understand that I will have no coverage for losses resulting from certified acts of terrorism. |

_____
Policyholder/Applicant's Signature

_____
Print Name

_____
Date

Acadia Insurance Company
_____
Insurance Company
CPA 3182984 - 24
_____
Quotation/ Policy Number

CL PN 01 47 01 21                                          Page 1 of 1

**Arctic Ice Inc**
**CPA 3182984-24**
**03/31/2021**

CL PN 02 49 01 21

### POLICYHOLDER DISCLOSURE
### NOTICE OF TERRORISM
### INSURANCE COVERAGE

Coverage for acts of terrorism, as defined in the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019 is included in your policy.

As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States— as meeting all of the following requirements:

    a.   The act is an act of terrorism.

    b.   The act is violent or dangerous to human life, property, or infrastructure.

    c.   The act resulted in damage within the United States, or outside the United States in the case of certain premises of United States missions or certain air carriers or vessels.

    d.   The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Act. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events.  Under the formula, the United States Government reimburses 80% of such Insured losses, beginning January 1, 2021 through December 31, 2027, exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Act contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism, as defined in the Act, is:

  $ 342      and does not include any charges for the portion of losses covered by the United States Government under the Act.

Name of Insurer:    Acadia Insurance Company
Policy Number:     CPA 3182984 - 24

# THE PREMIUM AUDIT

**WHAT IS IT?**

Simply defined, it is "the examination of an insured's operations, records, and books of account to determine the actual exposures and applicable premiums for the coverages provided."

**WHY THE PREMIUM AUDIT?**

A premium audit, whether by mail or on site is a necessary function of casualty insurance.  Premiums for casualty insurance, in particular General Liability and Workers' Compensation, are based on such variables as sales, receipts, costs or payrolls.

Given these variables, it is seldom possible to determine the final premium at the time the policy is issued; therefore, the actual "earned" premium is computed at the end of the policy term upon completion of an audit.

Authority for the company to conduct an audit of the insured's financial records and books, and then to compute the appropriate premium, is contained as a condition of the policy.

**RECORDS**

To be certain the premiums fairly represent the exposures, the insured must maintain accurate records.  If the estimated premium charged at policy issuance was too high, we will return the excess.  If it was too low, the insured will owe additional premium to the company.  It should be noted that in some cases minimum premiums will apply.

It is imperative that the insureds maintain their financial records in sufficient detail to facilitate the completion of the audits.  Since the basis of premium will vary with the type of coverages, the insured's financial and operations records must be available to the premium auditor for review.

Depending on the coverage provided, the premium auditor will be able to secure the necessary data from the following types of records:

- .... General Ledger
- .... Payroll Journal
- .... Individual Earnings Cards or Ledger
- .... Cash Receipts Journal
- .... Accounts Receivable Journal
- .... Accounts Payable Journal
- .... Quarterly Wage Reports
- .... Financial Statements
- .... Cash Disbursements
- .... Sales Records
- .... Certificates of Insurance

In some businesses, employees can be used in more than one job classification.  These employees' payroll and resultant premium will be based on the most hazardous work performed.  For construction and erection business, the salary of employees may be assigned to the different types of work performed, but only when the payroll records show how much time and salary is charged to each type of work.  When such payroll breakdown is not kept, all payroll will be assigned to the highest rated class.

**PAYROLL REMUNERATION**

As previously stated, many of the premiums for casualty insurance are based on payroll.  This can be simply defined as the "the total remuneration for services performed by an employee".  Remuneration may be money paid direct, as listed below:

- .... Wages
- .... Bonuses
- .... Commissions
- .... Incentive Pay
- .... Sick Pay or substitutes for money such as:
- .... Board or Lodging, Store Certificates
- .... or Merchandise.
- .... Payment for Piece Work
- .... Overtime Pay
- .... Holiday or Vacation Pay and Tips
- .... are subject to special rules for many states.

## EXECUTIVE OFFICER OR PARTNERS

Earnings of executive officers or partners, when covered by the policy, are assigned to the job classification in which they are primarily engaged. All executive earnings are subject to a minimum and maximum as approved by each state. Premiums for executive officers will be for at least the minimum, even though the payroll records indicate less than the minimum. The inclusion of officers and partners, in some states, is dependant on an election and the attachment of the appropriate endorsement.

## COVERAGE AUDITED:

## GENERAL LIABILITY

### Premises/Operations and Products/Completed Operations

Manufacturing and processing as well as mercantile classifications are rated on a "gross sales" basis.

Contracting and service risks are rated on a "payroll" basis.

The same premium basis must apply to each classification for both premises operations and products.

Overtime pay may be excluded from payroll on which premium is computed, provided records are maintained to show overtime pay separately by employee and in summary by classification.

## WORKERS' COMPENSATION

The gross payroll is used to figure the premiums for each classification.

Overtime pay may be excluded from payroll on which premium is computed, provided records are maintained to show overtime pay separately by employee and in summary by classification.

## INDEPENDENT CONTRACTORS/SUBCONTRACTORS

Most states require that an employer provide coverage for the employees of a subcontractor, in the event the subcontractor has not obtained a Workers' Compensation Policy. Contracts between the contractor and subcontractor will not alter this determination.

Independent contractors or subcontractors work for another, as does an employee, but the independent contractor is not subject to detailed supervision by the principal. In a relationship between an independent contractor and a principal, the principal has general control over the results of the work but not over the details by which the work is accomplished.

---

**CERTIFICATES OF INSURANCE**

Certificates of Insurance from the subcontractor/independent contractor verify that coverage was in effect for the subcontractor. It is required that all certificates for independent/subcontractors indicate coverage in force during job period and that the Premises Operations and Products Completed Operations limits for the independent/subcontractor be at least the lower of: 1) limits equal to the limits carried by our insured; or 2) $1,000,000 each Occurrence/$2,000,000 Aggregate. It is extremely important that appropriate certificates of insurance from each subcontractor be secured and on file, NOT REQUESTED AFTER AUDITOR ARRIVES. Auditors will ask to review this certificate at the time of audit. Failure to obtain the certificates will require the inclusion of the payroll for the uninsured or inadequately insured subcontractor at the appropriate classifications for the jobs being done by the independent/subcontractor and could increase the premium substantially.

The basis of premium for adequately insured subcontractors is TOTAL COST. Total cost is defined as "the total cost of all work let or sublet in connection with each specific project including: 1) the cost of all labor; materials and equipment furnished, used or delivered for use in the execution of the work; and 2) all fees, bonuses or commissions made, paid or due."

The "cost" of all such items must be included whether furnished by the owner, the general contractor or any subcontractors. THUS, IF THE GENERAL CONTRACTOR SHOULD FURNISH PART OF THE MATERIALS IN A SUBLET PROJECT, THE COST THEREOF MUST BE ADDED TO THE AMOUNTS PAID TO THE CONTRACTOR TO ARRIVE AT THE TOTAL COST OF THE WORK.

---

CW 10 17 02 06

# Statement of Values

| | | | | |
|---|---|---|---|---|
| **Insured Name**: | Arctic Ice Inc | | **Policy Number**: | CPA 3182984 |
| **Mailing Address** | 1498 Kinark Dr<br>Saint Louis, MO 63132 | | **Effective Date**: | 03/31/2021 |
| | | | **Expiration Date**: | 03/31/2022 |

**\*Coverage Codes:** **B** = Building; **BPP** = Business Personal Property; **S** = Stock; **PPO** = Personal Property of Others; **PIO** = Property in the Open

**\*\*Valuation: ACV** = Actual Cash Value; **RC** = Replacement Cost; **ACV/AV or RC/AV** = Agreed Value; **FBV** = Functional Building Value

(Required if FBV is requested: Must provide additional information to provide details how the building will be replaced)

| Location-Building # | *Coverage Code | Description /Occupancy /Location of Property | **Valuation | Values | Coinsurance Percentage |
|---|---|---|---|---|---|
| 1-1 | B | 1498 Kin-Ark Ct<br>St. Louis, MO 63132-1407<br>Ice Plant - ISO 24 MO99 006216 | RC/AV | $4,077,500 | 90% |
| 1-1 | BPP | 1498 Kin-Ark Ct<br>St. Louis, MO 63132-1407<br>Ice Plant - ISO 24 MO99 006216 | RC/AV | $243,900 | 90% |
| 1-2 | B | 1498 Kin-Ark Ct<br>St. Louis, MO 63132-1407<br>Storage | RC/AV | $78,600 | 90% |
| 1-2 | BPP | 1498 Kin-Ark Ct<br>St. Louis, MO 63132-1407<br>Storage | RC/AV | $30,800 | 90% |
| 2-1 | B | 3500 S Spoede Ln<br>Truesdale, MO 63380-7681<br>Ice Storage | RC/AV | $349,600 | 90% |
| 2-1 | BPP | 3500 S Spoede Ln<br>Truesdale, MO 63380-7681<br>Ice Storage | RC/AV | $51,300 | 90% |

| **INSURED** | **AGENT** |
|---|---|
| All values submitted are correct to the best of my belief. | Statement of Values Submitted by: |
| **Signed**: _____ | **Name**: _____ |
| **Title**: _____ | **Signature**: _____ |
| **Date**: _____ | **Agency**: _____ |
| | **Date**: _____ |

The information provided in this Statement of Values is the current information you have provided to us updated for renewal. By providing this Statement of Values for your review, we do not make any warranties that this information is a true and accurate reflection of the exposures to be covered under this policy and this Statement of Values shall not be construed as waiving any of the terms and conditions of your policy. Please review each item, make any changes needed, obtain the required signatures, and return this to us.

# PRIVACY NOTICE

<u>Acadia Insurance Company</u> (the "Company"), a member company of the W.R. Berkley Corporation ("Berkley") group of companies and each other member of the Berkley group of companies ("Affiliates") understands our customers' concern about privacy of their information collected by the Company. Our Company is dedicated to protecting the confidentiality and security of nonpublic personal information we collect about our customers in accordance with applicable laws and regulations. This notice refers to the Company by using the terms "us," "we," or "our." This notice describes our privacy policy and describes how we treat the nonpublic personal information about our customers that we receive from them ("Information").

**Why We Collect and How We Use Information.**

We collect and use Information for business purposes with respect to our insurance products and services and other business relations involving our customers. We gather this Information to evaluate your request for insurance, to evaluate your insurance claims, to administer, maintain, or review your insurance policy, and to process your insurance transactions. We also accumulate certain information about you as may be required or permitted by law.

Your insurance agent or broker also collects this Information and may use it to help with your overall insurance program or to market additional products and services to you. We may also use Information to offer you other products or services that we or our Affiliates provide.

**How We Collect Information.**

Most Information collected by us is provided by you or your insurance agent or broker to us. We obtain Information from (i) applications or other forms submitted by you, your insurance agent or broker or your authorized representatives to us and our Affiliates, and (ii) your transactions with us or our Affiliates. We may also obtain Information from other sources such as (i) consumer reporting agencies, (ii) other institutions or information services providers, (iii) employers, (iv) other insurers, or (v) your family members.

**Information We Disclose**

We disclose any Information which we believe is necessary to conduct our business as permitted by applicable law or where required by applicable law. This disclosure may include (i) Information we receive from you on applications or other forms provided to us and our Affiliates, such as names, addresses, social security numbers, assets, employer information, salaries, etc. (ii) Information about your transactions with us and our Affiliates, such as policy coverages, premiums, payment history, etc., and (iii) Information we receive from a consumer reporting agency, such as credit worthiness and credit history.

**To Whom We Disclose Information**

We may, as permitted or required by applicable law, disclose your Information to nonaffiliated third parties, such as (i) your insurance agent or broker, (ii) independent claims adjusters, (iii) insurance support organizations, (iv) processing companies, (v) actuarial organizations, (vi) law firms, (vii) other insurance companies involved in an insurance transaction with you, (viii) law enforcement, regulatory, or governmental agencies, (ix) courts or parties therein pursuant to a subpoena or court order, (x) businesses with whom we have a marketing agreement, or (xi) our Affiliates.

We may share Information with our Affiliates so that they may offer you products and services from the Berkley group of companies or to analyze our book of business and to consolidate necessary information. We do not disclose Information to other companies or organizations not affiliated with us for the purpose of using Information to sell their products or services to you. For example, we do not sell your name to unaffiliated mail order or direct marketing companies.

**How We Protect Information**

We require our employees to protect the confidentiality of Information as required by applicable law. Access to Information by our employees is limited to administering, offering, servicing, processing or maintaining of our products and services. We also maintain physical, electronic and procedural safeguards designed to protect Information. When we share or provide Information to other persons or organizations, we contractually obligate them, if required by law, to treat Information as confidential and conform to our privacy policy and applicable laws and regulations.

**Correction and Access to Information**

Upon our receipt of your written request to us at P.O. Box 1594, Des Moines, IA 50306-1594, we will, generally, make available Information for your review. If you believe the Information we have about you is incorrect or inaccurate, you may request that we make any necessary corrections, additions or deletions. If we agree with your belief, we will correct our records if required by applicable law. If we do not agree, you may submit to us a short statement of dispute, which we will include in any future disclosure by us of such Information if required by applicable law.

**Requirements for Privacy Notice**

This privacy notice is being provided due to recently enacted federal and state laws and regulations establishing new privacy standards and requires us to provide this privacy policy. For additional information regarding our privacy policy, please write to us at P.O. Box 1594, Des Moines, IA 50306-1594.

Adopted: June 1, 2001

POLICY NUMBER: CPA 3182984 - 24                                                      **UW 00 99 10 18**

# IMPORTANT NOTICE

The Limit of Insurance specified on each Building, Building Personal Property, and/or Stock described in the Declarations and defined in this policy ("New Limit") was increased from the Expiring Limit of Insurance ("Expiring Limit") based on the Consumer Price Index. The Consumer Price Index is an index of the variation in prices paid by typical consumers for retail goods and is indicative of increasing values required to sufficiently insure your covered property.

At the time of renewal, the New Limit of Insurance on each Building will be determined by multiplying the latest 12 month percentage increase factor applicable at the time of renewal by the Expiring Limit of Insurance on each building. The New Limit of Insurance will be rounded to the nearest $100. In no event will the New Limit of Insurance be reduced to less than the Expiring Limit of Insurance shown on the Declarations of the expiring policy term.

B IL DS 00 09 07

**Issuing Company:** Acadia Insurance Company, 11201 Douglas Ave, Des Moines, IA 50306-1594
**Claim Handling Office:** P.O. Box 1594, Des Moines, IA 50306-1594; 800-235-2942
**After Hours Claim Reporting:** 866-232-6724
**Underwriting Servicing Office:** 11201 Douglas Avenue, Urbandale, IA 50322; 800-235-2942

# COMMERCIAL LINES POLICY
# COMMON POLICY DECLARATIONS

## Renewal

| | |
|---|---|
| **Policy No.:  CPA 3182984 - 24** | Billing Method: Agency |
| Previous Policy No.: 3182984-23 | Payment Plan: 1P |

| **Named Insured Name and Address** | **Agency Name and Address** | 41357 |
|---|---|---|
| Arctic Ice Inc | (636)271-2481 | |
| 1498 Kinark Dr | NEC Insurance Inc | |
| Saint Louis, MO 63132 | 308 Noonan Drive | |
| | Pacific, MO 63069 | |

⊠ See Schedule of Named Insureds

---

| POLICY PERIOD |
|---|

Policy Period:  From 03/31/2021 to 03/31/2022 at 12:01 A.M. Standard Time at your mailing address shown above.

**Business Description:**  Ice Dealer

**Form of Business:** Corporation

IN RETURN FOR YOUR PAYMENT OF THE PREMIUM AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.  THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT. |
|---|

| | **Premium** |
|---|---|
| Commercial Property Coverage Part | $ 11,765.00 |
| Commercial General Liability Coverage Part | $ 5,581.00 |
| Commercial Inland Marine Coverage Part | $ 452.00 |
| Commercial Excess Liability Coverage Part | $ 10,670.00 |
| **TOTAL:** | $ 28,468.00 |

| FORMS APPLICABLE TO ALL COVERAGE PARTS |
|---|

*See attached "Schedule of Forms and Endorsements"*

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGES FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

Countersigned: _____    By: _____
                          (Date)                                                        (Authorized Representative)

B IL DS 00 09 07      Includes copyrighted material of Insurance Services Offices, with its permission      Page 1 of 2

Includes copyrighted material of Insurance Services Offices, with its permission

**B IL DS 00 09 07**

**CL LOC 09 08**

# LOCATION SCHEDULE

Location # 1          1498 Kin-Ark Ct
                      St. Louis, MO 63132-1407

Location # 2          3500 S Spoede Ln
                      Truesdale, MO 63380-7681

CL IL FS 01 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

Policy Number: **CPA 3182984 - 24**

# SCHEDULE OF FORMS AND ENDORSEMENTS

The following Declarations, Coverage Forms, Conditions, and Endorsements are applicable to:

## Commercial Common Policy

| Number | Edition | Description |
|---|---|---|
| B IL DS 00 | 09-2007 | Commercial Lines Policy Common Policy Declarations |
| CL IL 99 21 | 04-2013 | Extended Named Insured |
| CL IL FS 01 | 09-2008 | Schedule of Forms and Endorsements |
| CL IL SP 01 | 07-2020 | CWG Signature Page |
| CL LOC | 09-2008 | Location Schedule |
| IL 00 17 | 11-1998 | Common Policy Conditions |

### Commercial General Liability Coverage Part

| Number | Edition | Description |
|---|---|---|
| IL 00 03 | 09-2008 | Calculation of Premium |
| IL 00 21 | 09-2008 | Nuclear Energy Liability Exclusion Endorsement - Broad Form |
| IL 02 74 | 02-2013 | Missouri Changes - Cancellation and Nonrenewal |
| IL 09 90 | 12-2020 | Missouri - Disclosure Pursuant to Terrorism Risk Insurance Act |

### Inland Marine Coverage Part

| Number | Edition | Description |
|---|---|---|
| CL 01 67 | 05-2005 | Guaranty Association Coverage Limitations -Missouri |
| CL 06 00 | 01-2015 | Certified Terrorism Loss |
| CL 07 00 | 10-2006 | Virus or Bacteria Exclusion |
| CL 16 05 | 01-2021 | Certified Terrorism Loss Disclosure of Premium and Federal Share of Insured Losses |
| IL 02 74 | 02-2013 | Missouri Changes - Cancellation and Nonrenewal |

### Commercial Property Coverage Part

| Number | Edition | Description |
|---|---|---|
| IL 00 03 | 09-2008 | Calculation of Premium |
| IL 01 01 | 11-2013 | Missouri Changes |
| IL 02 74 | 02-2013 | Missouri Changes - Cancellation and Nonrenewal |
| IL 09 52 | 01-2015 | Cap on Losses From Certified Acts Of Terrorism |
| IL 09 90 | 12-2020 | Missouri - Disclosure Pursuant to Terrorism Risk Insurance Act |
| UW 00 31 | 12-2004 | Coinsurance Penalty Policy Stuffer |

### Commercial Umbrella Coverage Part

| Number | Edition | Description |
|---|---|---|
| IL 09 90 | 12-2020 | Missouri - Disclosure Pursuant to Terrorism Risk Insurance Act |

**CL IL FS 01 09 08**                                    **Page 1 of 1**

AAIS
CL 0167 05 05
Page 1 of 1

# GUARANTY ASSOCIATION COVERAGE LIMITATIONS
## MISSOURI

**No coverage is provided by this notice, nor does it replace any provision of your policy. You should read your policy for complete information on the coverages you are provided. If there are any discrepancies between the policy and this summary, THE PROVISIONS OF THE POLICY GOVERN**.

If "we" are a member of the Missouri Property and Casualty Insurance Guaranty Association (the Association), and subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (the Act), the Association will pay claims covered under the Act if "we" become insolvent.

The Act contains various exclusions, conditions, and limitations that control a claimant's eligibility to collect payment from the Association and affect the amount of any payment.

In accordance with other provisions of the Act, the following limitations apply:

1.  claims covered by the Association do not include a claim by or against an insured of an insolvent insurer if the insured has a net worth of more than $25 million, as defined by Section 375.772 RSMo., on the date the insurer becomes insolvent.

2.  payments made by the Association for covered claims will include only the amount of each claim which is less than $300,000.

    However, the Association will not:

    a.  pay any amounts greater than the applicable limit of insurance of the policy from which a claim arises; or

    b.  return to an insured any unearned premium in excess of $25,000.

These limitations have no effect on the coverage provided by this policy.

CL 0167 05 05

Copyright, American Association of Insurance Services, Inc., 2005

AAIS                          This endorsement changes
CL 0170 09 13                        the policy
Page 1 of 1              -- PLEASE READ THIS CAREFULLY --

# AMENDATORY ENDORSEMENT
## MISSOURI

1.  Under the Common Policy Conditions, the Cancellation condition is deleted and replaced by:

    **Cancellation and Nonrenewal** -- "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

    "We" may cancel, reduce in amount, adversely modify, or not renew this policy or any of its parts by mailing or delivering written notice sent to "you" at "your" last mailing address known to "us". Such notice may also be delivered by electronic means if "you" have affirmatively consented to that method of delivery and have not withdrawn such consent. If notice of cancellation or change is mailed, proof of mailing will be sufficient proof of notice. The notice will state the reason(s) for such action.

    "We" will give "you" notice at least ten days before the cancellation or change is effective if this action is based upon one or more of the following reasons:

    a.  nonpayment of premium; or

    b.  evidence of incendiarism by "you".

    If "we" reduce in amount, adversely modify, or cancel this policy for any other reason, "we" will give "you" notice at least 30 days before change or cancellation is effective.

    If "we" do not renew this policy, "we" will give "you" notice at least 30 days before nonrenewal is effective, except that only ten days notice is required of the nonrenewal because of incendiarism by "you".

"Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

2.  Under the Common Policy Conditions, the following condition is added:

    **Claims History** -- In the case of cancellation or nonrenewal, "we" will furnish a statement of the policy claims history within 30 days of "your" written request.

3.  Under the Common Policy Conditions, the following condition is added:

    **Renewal** -- If "we" decide to renew this policy subject to an increase in premium of 25% or more, "we" will give notice at least 60 days prior to the expiration date. "Our" notice will be mailed or delivered to "you" at the address on the policy, and to "your" agent. Such notice may also be delivered by electronic means if "you" have affirmatively consented to that method of delivery and have not withdrawn such consent.

    If "we" fail to meet this notice requirement, "you" will have the option of continuing the policy for the remainder of the notice period plus an additional thirty days at the premium rates for the expiring policy.

    Renewal notice is not required unless the increase in premium is 25% or more, exclusive of premium increases due to a change in "your" operations that increases the hazard insured or the loss characteristics, or due to changes in the exposure basis.

**CL 0170 09 13**

Copyright, American Association of Insurance Services, Inc., 2013

**AAIS**
**CL 0600 01 15**
**Page 1 of 1**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# CERTIFIED TERRORISM LOSS

1.  The following definitions are added.

    a.  "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States:

        1)  to be an act of terrorism;
        2)  to be a violent act or an act that is dangerous to human life, property, or infrastructure;
        3)  to have resulted in damage:

            a)  within the United States; or
            b)  to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission;

        4)  to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and
        5)  to have resulted in insured losses in excess of five million dollars in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act, as amended.

    b.  "Certified terrorism loss" means loss that results from a "certified act of terrorism".

2.  The "terms" of any terrorism exclusion that is part of or that is attached to this Coverage Part are amended by the following provision:

    This exclusion does not apply to "certified terrorism loss".

3.  The following provision is added.

    If the Secretary of the Treasury determines that the aggregate amount of "certified terrorism loss" has exceeded one hundred billion dollars in a calendar year (January 1 through December 31), and "we" have met "our" insurer deductible under the Terrorism Risk Insurance Act, as amended, "we" will not pay for any portion of "certified terrorism loss" that exceeds one hundred billion dollars. If the "certified terrorism loss" exceeds one hundred billion dollars in a calendar year (January 1 through December 31), losses up to one hundred billion dollars are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury under the Terrorism Risk Insurance Act, as amended.

4.  The following provisions are added.

    a.  Neither the "terms" of this endorsement nor the "terms" of any other terrorism endorsement attached to this Coverage Part provide coverage for any loss that would otherwise be excluded by this Coverage Part under:

        1)  exclusions that address war, military action, or nuclear hazard; or
        2)  any other exclusion; and

    b.  the absence of any other terrorism endorsement does not imply coverage for any loss that would otherwise be excluded by this Coverage Part under:

        1)  exclusions that address war, military action, or nuclear hazard; or
        2)  any other exclusion.

**CL 0600 01 15**

Copyright, American Association of Insurance Services, Inc., 2015

**AAIS**
**CL 0700 10 06**
**Page 1 of 1**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# VIRUS OR BACTERIA EXCLUSION

## DEFINITIONS

**Definitions Amended** --

When "fungus" is a defined "term", the definition of "fungus" is amended to delete reference to a bacterium.

When "fungus or related perils" is a defined "term", the definition of "fungus or related perils" is amended to delete reference to a bacterium.

## PERILS EXCLUDED

The additional exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, extra expense, or interruption by civil authority.

1. The following exclusion is added under Perils Excluded, item 1.:

   **Virus or Bacteria** --

   "We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

This exclusion applies to, but is not limited to, any loss, cost, or expense as a result of:

a.  any contamination by any virus, bacterium, or other microorganism; or

b.  any denial of access to property because of any virus, bacterium, or other microorganism.

2. **Superseded Exclusions** -- The Virus or Bacteria exclusion set forth by this endorsement supersedes the "terms" of any other exclusions referring to "pollutants" or to contamination with respect to any loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

## OTHER CONDITIONS

**Other Terms Remain in Effect** --

The "terms" of this endorsement, whether or not applicable to any loss, cost, or expense, cannot be construed to provide coverage for a loss, cost, or expense that would otherwise be excluded under the policy to which this endorsement is attached.

**CL 0700 10 06**

Copyright, American Association of Insurance Services, Inc., 2006

| AAIS | TERRORISM PREMIUM | CPA 3182984 - 24 |
|---|---|---|
| CL 1605 01 21 | DISCLOSURE NOTICE | |
| Page 1 of 2 | --PLEASE READ THIS CAREFULLY-- | |

# CERTIFIED TERRORISM LOSS DISCLOSURE OF PREMIUM AND FEDERAL SHARE OF INSURED LOSSES

(The entries required to complete this endorsement will be shown below on the "declarations", or on the "schedule of coverages".)

## SCHEDULE

A.    Certified Terrorism Loss Premium through 12/31/2027:                     $    7.00

B.    (This item may be left blank; see item 4. below for more information.)

Estimated Certified Terrorism Loss Premium Beyond Date Shown Above:     $    None

C.    Federal share of terrorism losses:  80 %, for losses occurring in years through 2027

Additional information, if any, concerning terrorism premium:
The premium shown above is subject to revision if any changes to the policy are made during its' term.  When coverage for certified acts of terrorism has been rejected under a policy subject to Standard Fire Policy statutes, the premium shown applies only to direct loss or damage by fire to covered property.

1.    The portion of "your" premium that is attributed to coverage for "certified terrorism loss" (the Certified Terrorism Loss Premium) is shown in the Schedule above.

2.    Coverage for "certified terrorism loss", to the extent that such coverage is provided by this policy or Coverage Part, will be partially reimbursed by the United States Department of the Treasury under a federal Terrorism Risk Insurance Program (TRIP). Under TRIP, the Treasury pays a percentage of the amount of covered "certified terrorism loss" that exceeds the statutorily established deductible that "we" retain. The percentage paid by the Treasury is shown in item C. of the Schedule above.

However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act, as amended (the Act), exceed $100 billion in a calendar year (January 1 through December 31), the Treasury will not make payment for any portion of the amount of such losses that exceeds $100 billion.

If the Secretary of the Treasury determines that the aggregate amount of  "certified terrorism loss" has exceeded $100 billion in a calendar year, and "we" have met "our" insurer deductible under the Act, "we" will not pay for any portion of "certified terrorism loss" that exceeds $100 billion.  If the "certified terrorism loss" exceeds $100 billion in a calendar year, losses up to $100 billion are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury under the Act.

3.    The Certified Terrorism Loss Premium is calculated based in part on the federal reimbursement of terrorism losses established by TRIP. TRIP is scheduled to terminate on the date shown in item A. of the Schedule above.

4.    The following provisions apply if the Conditional Terrorism Exclusion endorsement is part of this policy:

| CL 1605 01 21 | Copyright, American Association of Insurance Services, Inc., 2020 | AAIS |
|---|---|---|

**AAIS**
**CL 1605 01 21**
**Page 2 of 2**

a.  Continuation of coverage for "certified terrorism loss" continues beyond the date shown in item A. of the Schedule above unless the Terrorism Exclusion set forth within the Conditional Terrorism Exclusion endorsement becomes effective, as provided by the "terms" of such endorsement.

b.  If coverage for "certified terrorism loss" continues beyond the date shown in item A. of the Schedule above and no estimated premium is shown in item B. of the Schedule, "we" will calculate the premium for "certified terrorism loss" for the period beyond the date shown in item A. of the Schedule; and will charge additional premium, as determined by "our" calculations.

c.  If coverage for "certified terrorism loss" continues beyond the date shown in item A. of the Schedule above and an estimated premium is shown in item B. of the Schedule, "we" will recalculate that premium and charge additional premium or refund excess premium, as determined by "our" calculations.

5.  The following provision applies if a Conditional Terrorism Exclusion endorsement is not a part of this policy:

When the status of TRIP is determined, "we" will recalculate the estimated premium shown in item B. of the Schedule above and will charge additional premium or refund excess premium, as determined by "our" calculations.

6.  If "we" notify "you" of an additional premium charge, the additional premium will be due as specified in "our" notice.

**CL 1605 01 21**

**CL 1605 01 21**     Copyright, American Association of Insurance Services, Inc., 2020     **AAIS**

**CL IL 99 21 04 13**

# SCHEDULE OF NAMED INSUREDS

This endorsement applies to all Coverage Parts included in this policy.

Wherever described in the policy, the Named Insured is extended to incorporate the following Named Insured(s):

Camenzind Limited Partnership

**CL IL 99 21 04 13**                                                                                          **Page 1 of 1**

**IL 00 03 09 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98                   Copyright, Insurance Services Office, Inc.,  1998                   **Page 1 of 1**        □

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

 © ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007     **IL 00 21 09 08**    ☐

IL 01 01 11 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
CAUSES OF LOSS FORM – FARM PROPERTY
COMMERCIAL PROPERTY COVERAGE PART
FARM LIABILITY COVERAGE FORM
FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
LIVESTOCK COVERAGE FORM
MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the terms Coverage Form and Coverage Part in this endorsement are replaced by the term Policy.

**B.** If partial loss ("loss") or damage to Covered Property is caused by or results from fire, Paragraph **a.,** of the **Loss Payment** Loss Condition is replaced by the following:

**LOSS PAYMENT**

In the event of partial loss ("loss") or damage caused by or resulting from fire, and covered by this Coverage Part, at your option, we will either:

**1.** Pay you an amount of money equal to the damage done; or

**2.** Repair the damage, so that the property is in as good a condition as before the fire.

But we will not pay more than the Limit of Insurance.

**C.** The following provision replaces:

**1.** Paragraph **c.** of the **Loss Payment** Loss Condition in the Commercial Property Coverage Part;

**2.** Paragraph **d.** of the **Loss Payment** Loss Condition in the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions and Paragraph **c.** of the **Loss Payment** Loss Condition in the Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form; and

**3.** Paragraph **c.** of the **Loss Payment** Loss Condition in the Capital Assets Program (Output Policy) Coverage Part:

In the event of loss ("loss") or damage covered under this Coverage Part, we will give you notice, within 15 working days after we receive a properly executed proof of loss, that we:

**1.** Accept your claim;

**2.** Deny your claim; or

**3.** Need more time to determine whether your claim should be accepted or denied.

If we deny your claim, such notice will be in writing, and will state any policy provision, condition or exclusion used as a basis for the denial.

If we need more time to determine whether your claim should be accepted or denied, the written notice will state the reason(s) why more time is needed.

If we have not completed our investigation, we will notify you again in writing, within 45 days after the date the initial notice is sent informing you that we need more time to determine whether your claim should be accepted or denied and thereafter every 45 days. The written notice shall state why more time is needed to investigate your claim.

© Insurance Services Office, Inc., 2013            **Page 1 of 5**

**D.** Except as provided in **E.** below, the **Appraisal Loss Condition** is replaced by the following:

**APPRAISAL**

If we and you disagree on the value of the property or the amount of loss ("loss"), either may make written demand for an appraisal of the loss ("loss"). In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, then, upon your or our request, an umpire shall be selected by a judge of a court of record in the state and county (or city if the city is not within a county) in which the property covered is located. The appraisers will state separately the value of the property and amount of loss ("loss"). If they fail to agree, they will submit their differences to the umpire. The umpire shall make an award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding.

Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**E.** The **Appraisal** Condition in:

**1.** Business Income (And Extra Expense) Coverage Form **CP 00 30;**

**2.** Business Income (Without Extra Expense) Coverage Form **CP 00 32;** and

**3.** Capital Assets Program Coverage Form (Output Policy), **OP 00 01,** Paragraph **A.7. Business Income And Extra Expense;**

is replaced by the following:

**APPRAISAL**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, then, upon your or our request, an umpire shall be selected by a judge of a court of record in the state and county (or city if the city is not within a county) in which the property covered is located. The appraisers will state separately the amount of Net Income and operating expense or the amount of loss. If they fail to agree, they will submit their differences to the umpire. The umpire shall make an award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**F.** The **Legal Action Against Us** Condition is replaced by the following:

**LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 10 years after the date on which the direct physical loss ("loss") or damage occurred.

**G.** Paragraph **F.** above does not apply to the:

**1.** **Legal Action Against Us** Loss Condition in the Legal Liability Coverage Form;

**2.** **Legal Action Against Us** Condition applicable to Coverages **C** and **D** in the Mortgageholders Errors And Omission Coverage Form; or

**3.** **Legal Action Against Us** Loss Condition in the Farm Liability Coverage Form.

  © Insurance Services Office, Inc., 2013  IL 01 01 11 13

**H. Missouri Property And Casualty Insurance Guaranty Association Coverage Limitations**

1. Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

2. The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply, subject to all other provisions of the Act:

   a. Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes insolvent, provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

   b. Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

   However, the Association will not:

   (1) Pay an amount in excess of the applicable Limit of Insurance of the policy from which a claim arises; or

   (2) Return to an insured any unearned premium in excess of $25,000.

   These limitations have no effect on the coverage we will provide under this policy.

**I.** For the Commercial Property Coverage Part, the following exclusion and related provisions are added to Paragraph **B.2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

1. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

   In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

2. However, this exclusion will not apply to deny coverage to an innocent co-insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this Coverage Part and the loss arose out of domestic violence. Such coverage will be provided only if the innocent co-insured files a police report and completes a sworn affidavit indicating both:

   a. The cause of the loss; and

   b. A pledge to cooperate in any criminal prosecution of the person committing the act causing the loss.

3. If we pay a claim pursuant to Paragraph **I.2.,** our payment to the innocent co-insured will be limited to that insured's ownership interest in the property as reduced by any payment to a mortgagee or other secured interest; however, we shall not be required to make any subsequent payment for any loss for which the innocent co-insured has received payment. In no event will we pay more than the Limit of Insurance.

**J.** The **Intentional Loss Exclusion** in the Causes Of Loss Form – Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

1. We will not pay for loss ("loss") or damage arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss ("loss").

   In the event of such loss ("loss"), no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss ("loss").

2. However, this exclusion will not apply to deny coverage to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss"), provided the loss ("loss") is otherwise covered under this Coverage Form and the loss ("loss") arose out of domestic violence. Such coverage will be provided only if the innocent co-"insured" files a police report and completes a sworn affidavit indicating both:

   a. The cause of the loss ("loss"); and

   b. A pledge to cooperate in any criminal prosecution of the person committing the act causing the loss ("loss").

IL 01 01 11 13 © Insurance Services Office, Inc., 2013 **Page 3 of 5**

3. If we pay a claim pursuant to Paragraph **J.2.,** our payment to the innocent co-"insured" will be limited to that insured's ownership interest in the property as reduced by any payment to a mortgagee or other secured interest; however, we shall not be required to make any subsequent payment for any loss ("loss") for which the innocent co-"insured" has received payment. In no event will we pay more than the Limit of Insurance.

**K.** The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Loss Condition:

If we pay an innocent co-"insured" for loss ("loss") arising out of an act of domestic violence by another "insured", the rights of the innocent co-"insured" to recover damages from the abuser are transferred to us to the extent of our payment. Following the loss ("loss"), the innocent co-"insured" may not waive such rights to recover against the abuser.

**L.** Paragraph **K.** above does not apply to the **Transfer Of Rights Of Recovery Against Others To Us** Loss Condition in the Farm Liability Coverage Form.

**M.** The following is added with respect to the Additional Coverages of Debris Removal and Pollutant Clean Up And Removal, and relates only to the requirement to report expenses to us within 180 days of the specified occurrence:

If you fail to report the expenses to us within the 180-day time frame, such failure will not invalidate a claim under Debris Removal or Pollutant Clean Up And Removal unless such failure operates to prejudice our rights.

**N.** When the:

1. Replacement Cost Optional Coverage in the Commercial Property Coverage Part;

2. **Valuation** Loss Condition in the Capital Assets Program (Output Policy);

3. Coverage **A Valuation** Loss Condition in the Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form; or

4. **Valuation – Property Other Than Improvements And Betterments** Loss Condition in the Farm Property – Barns, Outbuildings And Other Farm Structures Coverage Form;

applies, the following is added with respect to these provisions and relates only to the requirement to notify us of your intent to submit an additional claim (for the difference between the actual cash value and replacement cost) within 180 days after the loss or damage occurs:

If you fail to notify us of your intent within the 180-day time frame, such failure will not invalidate the claim unless such failure operates to prejudice our rights.

**O.** For the Capital Assets Program (Output Policy) Coverage Part, the following exclusion and related provisions are added to Paragraph **C.2. Exclusions:**

1. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

2. However, this exclusion will not apply to deny coverage to an innocent co-insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this Coverage Part and the loss arose out of domestic violence. Such coverage will be provided only if the innocent co-insured files a police report and completes a sworn affidavit indicating both:

   a. The cause of the loss; and

   b. A pledge to cooperate in any criminal prosecution of the person committing the act causing the loss.

3. If we pay a claim pursuant to Paragraph **O.2.,** our payment to the innocent co-insured will be limited to that insured's ownership interest in the property as reduced by any payment to a mortgagee or other secured interest; however, we shall not be required to make any subsequent payment for any loss for which the innocent co-insured has received payment. In no event will we pay more than the Limit of Insurance.

     © Insurance Services Office, Inc., 2013     IL 01 01 11 13

**P.** The **Transfer Of Your Rights And Duties Under This Policy** Common Policy Condition is replaced by the following:

**1. Transfer By Beneficiary Deed**

If you convey real property insured under this policy to a person (known as a grantee beneficiary) designated under a beneficiary deed, which has been properly recorded prior to your death, that person will have your rights and duties with respect to the insured real property, but only for the period from the date of your death until the first of the following occurs:

**a.** A period of 30 days from the date of your death;

**b.** The date that alternative coverage is obtained on your property; or

**c.** The end of the policy period as shown in the Declarations.

**2. Transfer By Other Means Following Death**

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties, but only with respect to that property. Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

---

**IL 01 01 11 13** © Insurance Services Office, Inc., 2013 **Page 5 of 5**

IL 02 74 02 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Commercial Property Coverage Part in this endorsement also refers to the Standard Property Policy.

**B.** With respect to the:

Commercial General Liability Coverage Part

Commercial Property – Legal Liability Coverage Form **CP 00 40**

Commercial Property – Mortgageholders Errors And Omissions Coverage Form **CP 00 70**

Crime And Fidelity Coverage Part

Employment-Related Practices Liability Coverage Part

Equipment Breakdown Coverage Part

Farm Liability Coverage Form

Liquor Liability Coverage Part

Pollution Liability Coverage Part

Products/Completed Operations Liability Coverage Part

Medical Professional Liability Coverage Part;

the following **Cancellation** and **Nonrenewal** Provisions apply:

Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the actual reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

**b.** 30 days before the effective date of cancellation if cancellation is for one or more of the following reasons:

**(1)** Fraud or material misrepresentation affecting this policy or a claim filed under this policy or a violation of any of the terms or conditions of this policy;

**(2)** Changes in conditions after the effective date of this policy which have materially increased the risk assumed;

    © Insurance Services Office, Inc., 2012    **Page 1 of 2**

**(3)** We become insolvent; or

**(4)** We involuntarily lose reinsurance for this policy;

**c.** 60 days before the effective date of cancellation if we cancel for any other reason.

**Nonrenewal**

The following is added and supersedes any provision to the contrary:

**a.** We may elect not to renew this policy by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the actual reason for nonrenewal, at least 60 days prior to the effective date of the nonrenewal.

**b.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**C.** With respect to the:

Capital Assets Program (Output Policy) Coverage Part

Commercial Inland Marine Coverage Part

Commercial Property Coverage Part

Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions Coverage Form

Farm – Livestock Coverage Form

Farm – Mobile Agricultural Machinery And Equipment Coverage Form;

Paragraphs **1., 2., 3., 4.** and **6.** of the **Cancellation** Common Policy Condition are replaced by the following:

**Cancellation, Nonrenewal And Decreases In Coverage**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel, nonrenew, reduce in amount or adversely modify this policy by mailing or delivering to the first Named Insured written notice of this action at least:

**a.** 10 days before the effective date of this action if due to nonpayment of premium or evidence of incendiarism; or

**b.** 30 days before the effective date of this action if for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of:

**a.** Cancellation will state the effective date of cancellation. The policy period will end on that date.

**b.** Any other action will state the effective date of that action.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**D.** With respect to all Coverage Parts addressed in this endorsement, Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium:

**a.** We will compute return premium pro rata and round to the next higher whole dollar when this policy is:

**(1)** Cancelled by us or at our request;

**(2)** Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

**(3)** Cancelled but rewritten with us or in our company group; or

**(4)** Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

**b.** When this policy is cancelled at the request of the first Named Insured (except when Paragraph **a.(2), a.(3)** or **a.(4)** applies), we will return 90% of the pro rata unearned premium (or 75% of the pro rata unearned premium for the Equipment Breakdown Coverage Part), rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

The refund will be less than 90% of the pro rata unearned premium (or less than 75% of the pro rata unearned premium for the Equipment Breakdown Coverage Part) if the refund of such amount would reduce the premium retained by us to an amount less than the minimum premium for this policy.

© Insurance Services Office, Inc., 2012    **IL 02 74 02 13**

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

**POLICY NUMBER:** CPA 3182984-24

**IL 09 90 12 20**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# MISSOURI - DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

### SCHEDULE

| SCHEDULE  PART I |
| --- |
| **Terrorism Premium (Certified Acts) $**        335 |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| **All Coverage Forms other than Commercial Auto, Crime Coverage, Employment-Related Practices Liability and Farm Multi-Peril Coverages** |
| **Additional Information, if any, concerning the terrorism premium:** |
| **The premium shown above is subject to change if the policy or any portion of it is subject to premium audit or if changes are made to the policy during its term.  When coverage for certified acts of terrorism has been rejected under a policy subject to Standard Fire Policy statutes, the premium shown applies only to direct loss or damage by fire to covered property.** |

| SCHEDULE – PART II |
| --- |
| **Federal share of terrorism losses     80   %** |
| (Refer to Paragraph B. in this endorsement.) |
| **NOTE: The premium above is for certain losses resulting from certified acts of terrorism as covered pursuant to coverage provisions, limitations and exclusions in this policy. You should read the definition in your policy carefully, but generally speaking, "certified" acts of terrorism are acts that exceed $5 million in aggregate losses to the insurance industry and which are subsequently declared by the U.S. Secretary of the Treasury as a certified terrorist act under the Terrorism Risk Insurance Act. Some losses resulting from certified acts of terrorism are not covered. Read your policy and endorsements carefully.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

---

**IL 09 90 12 20**   © Insurance Services Office, Inc.,2020   **Page 2 of 2**

UW 00 31 12 04

## IMPORTANT INFORMATION - PLEASE READ

Carrying adequate limits of property insurance is critical to avoid incurring a penalty for being underinsured (termed "**coinsurance penalty**" in your policy) in the event of a loss.

Your policy may contain a provision requiring that you carry coverage equal to 80%, 90% or 100% of the value of your property at the time of a loss. Failure to maintain adequate limits will result in your claim settlement being reduced by the percentage that you are "underinsured".

Please read your policy for more details on **coinsurance penalties** with examples of how it can reduce a claim payment.

You can avoid risk of a penalty by making sure that your property is "insured to value". Your agent has valuation tools available to assist in determining what amount of insurance you should carry.

**COMMERCIAL PROPERTY**
**B CP DS 01 10 00**

**Issuing Company:** Acadia Insurance Company, 11201 Douglas Ave, Des Moines, IA  50306-1594
**Claim Handling Office:** P.O. Box 1594, Des Moines, IA 50306-1594: 800-235-2942
**After Hours Claim Reporting:** 866-232-6724
**Underwriting Servicing Office:** 11201 Douglas Avenue, Urbandale, IA 50322; 800-235-2942

# COMMERCIAL PROPERTY DECLARATIONS

### COINSURANCE CONTRACT

**Policy No.:** CPA  3182984 - 24
Previous Policy No.: 3182984-23

| NAMED INSURED AND ADDRESS | AGENCY NAME AND ADDRESS | 41357 |
|---|---|---|
| Arctic Ice Inc | (636)271-2481 | |
| 1498 Kinark Dr | NEC Insurance Inc | |
| Saint Louis, MO 63132 | 308 Noonan Drive | |
| | Pacific, MO 63069 | |

**POLICY PERIOD**

Policy Period:  From 03/31/2021 to 03/31/2022 at 12:01 A.M. Standard Time at your mailing address shown above.

| TOTAL ADVANCE PREMIUM | $11,765 |
|---|---|

**DESCRIPTION OF PREMISES AND COVERAGES PROVIDED**

**The Agreed Value provisions expire** 03/31/2022.

| Description Of Property | Limit | Cause Of Loss | Coinsurance | Valuation | |
|---|---|---|---|---|---|
| **Blanket Building and Business Personal Property excluding Stock** | 4,831,700 | SPECIAL | 90% | See Schedule | |
| Loc# - Bldg#:   1 - 1 | | | | | |
| Loc# - Bldg#:   1 - 2 | | | | | |
| Loc# - Bldg#:   2 - 1 | | | | | |

| Description Of Property | Limit | Cause Of Loss | Coinsurance | Valuation | Inflation Guard |
|---|---|---|---|---|---|
| **LOCATION: # 1** | **Deductible:** | **$5,000** | | | |

1498 Kin-Ark Ct
St. Louis, MO 63132-1407

**BUILDING # 1**

1 Story Non-Combustible Building
Occupied As Ice Plant - ISO 24 MO99 006216

| | | | | | |
|---|---|---|---|---|---|
| Building | See Blanket | SPECIAL | 90% | RC / AV | |
|   Earthquake Deductible of 10% Applies | | | | | |
| Business Personal Property | See Blanket | SPECIAL | 90% | RC / AV | |
|   Earthquake Deductible of 10% Applies | | | | | |
| Business Income | | | | | |
| Including Extra Expense - | | | | | |
| Actual Loss Sustained | | SPECIAL | | | |
| Includes Rental Value | | | | | |
|   Earthquake Applies | | | | | |

**BUILDING # 2**

1 Story Non-Combustible Building
Occupied As Storage

B CP DS 01 10 00    Includes copyrighted material of Insurance Services Offices, Inc., with its permission    **Page 1 of 2**

**Policy No.:** CPA  3182984 - 24

| | | | | |
|---|---|---|---|---|
| Building | See Blanket | SPECIAL | 90% | RC / AV |
| Earthquake Deductible of 10% Applies | | | | |
| Business Personal Property | See Blanket | SPECIAL | 90% | RC / AV |
| Earthquake Deductible of 10% Applies | | | | |
| Business Income | | | | |
| Including Extra Expense - | | | | |
| Actual Loss Sustained | | SPECIAL | | |
| Includes Rental Value | | | | |
| Earthquake Applies | | | | |

**LOCATION: # 2**          **Deductible:**     **$5,000**

3500 S Spoede Ln
Truesdale, MO 63380-7681

**BUILDING # 1**

1 Story Masonry Non-Combustible Building
Occupied As Ice Storage

| | | | | |
|---|---|---|---|---|
| Building | See Blanket | SPECIAL | 90% | RC / AV |
| Earthquake Deductible of 10% Applies | | | | |
| Business Personal Property | See Blanket | SPECIAL | 90% | RC / AV |
| Earthquake Deductible of 10% Applies | | | | |
| Business Income | | | | |
| Including Extra Expense - | | | | |
| Actual Loss Sustained | | SPECIAL | | |
| Includes Rental Value | | | | |
| Earthquake Applies | | | | |

KEY:  ACV = Actual Cash Value   AV = Agreed Value   FBV = Functional Building Valuation   GRC = Guaranteed Replacement Cost   RC = Replacement Cost   MR = Monthly Reporting

## COVERAGES APPLICABLE TO ALL LOCATIONS

Tenant Property Coverage Required by          Limit: $25,000
Lease

---
**MORTGAGE HOLDER(S)**
---

Location #  1      Building #  1        Enterprise Bank & Trust
                                        1281 N Warson Rd
                                        St. Louis, MO 63132

---
**FORMS APPLICABLE**
---

*See attached "Schedule of Forms and Endorsements"*

**COMMERCIAL PROPERTY**
**CL CP FS 01 09 08**

Policy Number: **CPA 3182984 - 24**

# SCHEDULE OF FORMS AND ENDORSEMENTS

The following Declarations, Coverage Forms, Conditions, and Endorsements are applicable to:

## <u>Commercial Property</u>

| <u>Number</u> | <u>Edition</u> | <u>Description</u> |
|---|---|---|
| B CP DS 01 | 10-2000 | Commercial Property Declarations |
| CL CP FS 01 | 09-2008 | Schedule of Forms and Endorsements |
| CL CP 00 04 | 12-2017 | Equipment Breakdown Coverage Endorsement |
| CL CP 00 32 | 10-2018 | Premier Choice Property Enhancement |
| CL CP 00 33 DS | 09-2015 | Premier Choice Property Enhancement Schedule |
| CL CP 05 07 | 10-2018 | Premier Choice Business Income (And Extra Expense) Actual Loss Sustained |
| CL CP 05 08 DS | 10-2018 | Premier Choice Business Income (And Extra Expense) Schedule |
| CL CP 05 12 | 12-2015 | Utility Services - Direct Damage Overhead Transmission or Distribution Lines |
| CL CP 05 13 | 12-2015 | Utility Services - Time Element Overhead Transmission or Distribution Lines |
| CL CP 05 32 | 08-2018 | Tenant Property Coverage Required by Lease |
| CP 00 10 | 10-2012 | Building and Personal Property Coverage Form |
| CP 00 30 | 10-2012 | Business Income (And Extra Expense) Coverage Form |
| CP 00 90 | 07-1988 | Commercial Property Conditions |
| CP 01 40 | 07-2006 | Exclusion of Loss Due to Virus or Bacteria |
| CP 10 30 | 09-2017 | Causes Of Loss - Special Form |
| CP 10 40 | 10-2012 | Earthquake And Volcanic Eruption Endorsement |
| CP 12 18 | 10-2012 | Loss Payable Provisions |
| CP 15 10 | 10-2012 | Payroll Limitation Or Exclusion |
| IL 01 05 | 10-2008 | Missouri Changes - Pollution |

COMMERCIAL PROPERTY
CL CP 00 04 12 17

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
COMMERCIAL PROPERTY CONDITIONS
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

Subject to all terms and conditions provided by the **Commercial Property Coverage Part**, the following Additional Coverage is added:

**A.** We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from "Equipment Breakdown".

    **1.** "Equipment Breakdown" loss or damage must be caused by, resulting from, or consisting of:

        **a.** Mechanical breakdown;

        **b.** Electrical or electronic breakdown and "electronic equipment deficiency";

        **c.** Rupture, bursting, bulging, implosion, or steam explosion; or

        **d.** Artificially generated electrical current, including electrical arcing, that disturbs electrical devices, appliances, or wires.

    If covered electrical equipment requires drying out as a result of a flood we will pay for the direct expenses of such drying out.

    **2.** "Equipment Breakdown" does not include:

        **a.** Physical loss or damage caused by or resulting from any of the following:

            **(1)** Wear and tear;

            **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect, mold or any other quality in property that causes it to damage or destroy itself;

            **(3)** Smog;

            **(4)** Settling, cracking, shrinking or expansion;

            **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by birds, rodents or other animals;

            **(6)** Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software;

            **(7)** Marring or scratching.

    However, if loss or damage not otherwise excluded results, then we will pay for such resulting damage.

        **b.** Any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following Causes of Loss:

        Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement and flood.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**B.** With respect to the **Building And Personal Property Coverage Form**, **Condominium Association Coverage Form** and **Condominium Commercial Unit-Owners Coverage Form**, the following apply:

**1.** With respect to the coverage provided by this endorsement, the following is added to Paragraph **A.4.d. Pollutant Clean-up And Removal**:

We will pay for the Pollutant Clean-up And Removal for loss resulting from an "Equipment Breakdown". The most we will pay for the Pollutant Clean-up And Removal is $250,000, unless a higher limit is shown on the Equipment Breakdown Deductible And Limits Exceptions Schedule.

**2.** With respect to the coverage provided by this endorsement, the following extensions are added to Paragraph **A.5. Coverage Extensions:**

**h. Expediting Expense**

We will pay for the expediting expense loss resulting from an "Equipment Breakdown" with respect to your damaged Covered Property. We will pay the "reasonable extra cost" to:

**(1)** Make temporary repairs;

**(2)** Expedite permanent repairs; and

**(3)** Expedite permanent replacement.

**i. Refrigerant Contamination**

We will pay the loss from contamination by refrigerant used in refrigerating, cooling or humidity control equipment at the premises described in the Declarations as a result of "Equipment Breakdown".

The most we will pay for loss or damage under this coverage is $250,000, unless a higher limit is shown in the Equipment Breakdown Deductible And Limits Exceptions Schedule.

**j. Spoilage Coverage**

We will pay for loss of "perishable goods" due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by "Equipment Breakdown".

However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following Causes of Loss:

Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement and flood.

The most we will pay for loss or damage under this coverage is $250,000, unless a different limit is shown on the Equipment Breakdown Deductible And Limits Exceptions Schedule.

**k. CFC Refrigerants**

We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances.

Additional costs mean those in excess of what would have been required to repair or replace covered property, had no CFC refrigerant been involved. We also pay for additional loss, as described under the Spoilage Coverage or loss of income coverages provided by this endorsement, caused by the presence of a refrigerant containing CFC substances.

We pay no more than the least of the following:

**(1)** The cost to repair the damaged property and replace any lost CFC refrigerant;

**(2)** The cost to repair the damaged property, retrofit the system to accept a non-CFC refrigerant, and charge the system with a non-CFC refrigerant; or

**(3)** The cost to replace the system with one using a non-CFC refrigerant.

**l. Computer Equipment**

We will pay for loss or damage to your "computer equipment" caused by an "Equipment Breakdown".

**m. Media Or Data**

**(1)** We will pay for loss or damage to your "Media" or "Data" caused by an "Equipment Breakdown". We will pay for your cost to research, replace, restore all forms of electronic and magnetic tapes, disks, and "data", and the costs to reprogram instructions, for use in any covered electronic computer or electronic data processing equipment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

We will not pay to reproduce:

**(a)** Software programs or operating systems that are not commercially available; or

**(b)** "Data" that is obsolete, unnecessary or useless to you.

The most we will pay for loss or damage under this coverage for "Media" and "Data" is $100,000, unless a higher limit is shown on the Equipment Breakdown Deductible And Limits Exceptions Schedule.

**(2)** If "Media" is damaged or "Data" is lost or corrupted, we will pay your actual loss of Business Income and/or Extra Expense during the time necessary to:

**(a)** Research, replace or restore the damaged "Media" or lost or corrupted "Data"; and

**(b)** Reprogram instructions used in any covered "Computer Equipment".

There shall be no coverage for any "Media" or "Data" that we determine is not, or cannot, be replaced or restored.

Unless a higher limit is shown in the Declarations, we will pay the lesser of your actual loss of Business Income and/or Extra Expense up to 30 days after the "Period of Restoration" or $100,000.

**n.  Service Interruption**

Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by an "Equipment Breakdown" to equipment that is owned by a utility, landlord or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks, data transmission or "cloud computing". The equipment must meet the definition of "Equipment Breakdown" except that it is not Covered Property.

**o.  Valuable Papers And Records - Cost To Research Valuable Papers And Records (Other Than Electronic Data)**

We will pay for your reasonable and necessary cost to research, replace and restore the lost information on electronic media and records as a result of an "Equipment Breakdown".

This will be part of, and not in addition to, the limits provided by the **Valuable Papers And Records (Other Than Electronic Data)** Coverage Extension under the property form to which this endorsement is attached.

**p.  Temperature Fluctuation**

We will pay for loss of "perishable goods" only caused by or resulting from any condition or event to Covered Property that can be resolved by calibrating, resetting, tightening, adjusting or cleaning.

However, we will not pay for loss of "perishable goods" as a result of resetting the power supply to the Covered Property containing the "perishable goods".

The most we will pay for this Temperature Fluctuation is $5,000 including any insurance provided for Business Income or Extra Expense.

**q.  Unauthorized Instruction**

We will pay for loss or damage to your "computer equipment" caused by an "unauthorized instruction" which results in an "Equipment Breakdown".

**r.  Risk Improvement**

If Covered Property suffers direct physical loss or damage due to an "Equipment Breakdown", we will pay for the insured to improve the "power quality" of the electrical system or equipment at the loss location where the "Equipment Breakdown" occurred.

We will pay the reasonable extra cost to improve "power quality" for the following electrical systems and/or equipment improvements:

**(1)** Installation of surge protection devices (SPD's) which are installed at the loss location's line disconnect, load disconnect, or on specific pieces of equipment and that are certified by Underwriter Laboratories (UL) or has an equivalent certification. However SPD's do not include any SPD's which are cord-connected surge strips, direct plug-in SPD's or receptacle SPD's;

**(2)** An upgrade and/or replacement of; electrical panels, switchgear and/or circuit breakers; or

**(3)** Electrical wire and wiring improvements which include installation of; flexible conduit, junction boxes and/or ground wiring.

We will not pay more than 10%, to a maximum limit of $10,000, of the loss amount paid. An invoice for implementation of this Additional Coverage must be sent to us within 180 days after the payment of the loss is received.

**s.  Off-premises Coverage**

We will pay for loss or damage to Covered Property resulting from a covered "Equipment Breakdown" while temporarily at a premises or location that is not a premises described in the Declarations.

The most we will pay for Off-premises Coverage is $25,000.

**3.** With respect to the coverage provided by this endorsement, the following is added to Paragraph **F. Additional Conditions**:

**Suspension**

Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement.  Coverage can be suspended and possibly reinstated by delivering or mailing a written notice of suspension / coverage reinstatement to:

**a.** Your last known address; or

**b.** The address where the property is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**4.  Jurisdictional Inspections**

If any Covered Property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.  We do not warrant that conditions are safe or healthful.

**5.  Environmental, Safety And Efficiency Improvements**

If Covered Property requires replacement due to an "Equipment Breakdown", we will pay

your additional cost to replace with equipment that is better for the environment, safer, or more efficient than the equipment being replaced.

However, we will not pay more than 150% of what the cost would have been to repair or replace with like kind and quality.  This condition does not apply to any property to which Actual Cash Value applies.

**6.  Green Environmental And Efficiency Improvements**

**a.** If Covered Property requires repair or replacement due to an "Equipment Breakdown", we will pay;

**(1)** The lesser of the reasonable and necessary additional cost incurred by the Insured to repair or replace physically damaged Covered Property with equipment of like kind and quality which qualifies as "Green". "Like kind and quality" includes similar size and capacity.

**(2)** The additional reasonable and necessary fees incurred by the Insured for an accredited professional certified by a "Green Authority" to participate in the repair or replacement of physically damaged Covered Property as "Green".

**(3)** The additional reasonable and necessary cost incurred by the Insured for certification or recertification of the repaired or replaced Covered Property as "Green".

**(4)** The additional reasonable and necessary cost incurred by the Insured for "Green" in the removal, disposal or recycling of damaged Covered Property.

**(5)** The business interruption (if covered within the Policy to which this **Equipment Breakdown Coverage Endorsement** is attached) loss during the additional time required for repair or replacement of Covered Property, consistent with "Green", in the coverages above.

**b.** We will not pay more than 150%, to a maximum limit of $100,000, of what the cost would have been to repair or replace with equipment of like kind and quality inclusive of fees, costs, and any business interruption loss incurred as stated above.

**c. Green Environmental And Efficiency Improvements** does not cover any of the following:

**(1)** Covered Property does not include stock, raw materials, finished goods, "production machinery", merchandise, electronic data processing equipment not used in the functional support of the real property, process water, molds and dies, property in the open, property of others for which the Insured is legally liable, or personal property of others.

**(2)** Any loss adjusted on any valuation basis other than a repair or replacement basis as per the Valuation section of this policy.

**(3)** Any loss covered under any other section of this policy.

**(4)** Any cost incurred due to any law or ordinance with which the Insured was legally obligated to comply with prior to the time of the "Equipment Breakdown".

**C.** With respect to the coverage provided by this endorsement, the **Causes Of Loss - Basic Form**, **Causes Of Loss - Broad Form** and **Causes Of Loss - Special Form** are amended as follows:

**1. Changes to the Causes Of Loss - Basic Form**

**a.** The following is added as a Covered Cause of Loss:

**12.** "Equipment Breakdown".

**b.** Exclusions **B.2.d.** and **B.2.e.** do not apply with respect to the coverage provided by this endorsement.

**c.** Exclusion **B.2.a.** is deleted and replaced by the following:

Magnetic or electromagnetic energy that disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purposes of this exclusion, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(b)** Pulse of electromagnetic energy; or

**(c)** Electromagnetic waves or microwaves.

However, if damage results causing an "Equipment Breakdown", we will pay for the loss or damage caused by that "Equipment Breakdown". But if fire results, we will pay for the loss or damage caused by that fire.

**2. Changes to the Causes Of Loss - Broad Form**

**a.** The following is added as a Covered Cause of Loss:

**15.** "Equipment Breakdown".

**b.** Exclusions **B.2.b.** and **B.2.c.** do not apply with respect to the coverage provided by this endorsement.

**c.** Exclusion **B.2.a.** is deleted and replaced by the following:

Magnetic or electromagnetic energy that disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purposes of this exclusion, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(b)** Pulse of electromagnetic energy; or

**(c)** Electromagnetic waves or microwaves.

However, if damage results causing an "Equipment Breakdown", we will pay for the loss or damage caused by that "Equipment Breakdown". But if fire results, we will pay for the loss or damage caused by that fire.

**3. Changes to the Causes Of Loss - Special Form**

**a.** Covered Cause of Loss also means "Equipment Breakdown".

**b.** Exclusions **B.2.d.(6)** and **B.2.e**. do not apply with respect to the coverage provided by this endorsement.

c. Exclusion **B.2.a.** is deleted and replaced by the following:

Magnetic or electromagnetic energy that disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purposes of this exclusion, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(b)** Pulse of electromagnetic energy; or

**(c)** Electromagnetic waves or microwaves.

However, if damage results causing an "Equipment Breakdown", we will pay for the loss or damage caused by that "Equipment Breakdown". But if fire results, we will pay for the loss or damage caused by that fire.

d. Limitations **C.1.a.** and **C.1.b.** do not apply with respect to the coverage provided by this endorsement.

e. The following is added to the "Specified causes of loss" in Definitions paragraph **G.2.**:

"Specified causes of loss" also means "Equipment Breakdown".

**D. Changes to the Commercial Property Conditions**

With respect to this endorsement only, section **G. Other Insurance** of the **Commercial Property Conditions**, is deleted and replaced by the following:

If more than one coverage of this policy insures the same loss, we pay no more than the actual claims, loss or damage sustained.

The insurance provided under this endorsement shall be considered primary insurance and any similar insurance offered under this policy, shall be considered excess.

**E. Definitions**

**1.** "Cloud computing" means on-demand network access to a shared pool of computing resources via networks, servers, storage, applications and services provided by an organization with whom you have a contract with using the following service models: Software as a Service (SaaS), Platform as a Service (PaaS) and Infrastructure as a Service (IaaS) on the following deployment models: public cloud, community cloud, hybrid cloud and private cloud.

**2.** "Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including peripherals used in conjunction with such equipment, and electronic media and records.

**3.** "Data" as respects the coverage Media Or Data means information or instructions used by computers or computerized equipment.

**4.** "Electronic equipment" means devices which operate using many small electrical parts such as, but not limited to, microchips, transistors or circuits.

**5.** "Electronic equipment deficiency" means the quality or condition inside of "electronic equipment" which renders this equipment unexpectedly inoperable and which is operable again once a piece of "electronic equipment" has been replaced.

However, "electronic equipment deficiency" does not include replacement of "electronic equipment" for any condition that could have been resolved without replacement of the "electronic equipment" including but not limited to "computer equipment" maintenance or the reinstallation or incompatibility of software.

**6.** "Equipment Breakdown" means the following:

a. Physical loss or damage, both originating within:

**(1)** Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

**(a)** Waste disposal piping;

**(b)** Any piping forming part of a fire protective system;

**(c)** Furnaces; and

**(d)** Any water piping other than:

**(i)** Boiler feed water piping between the feed pump and the boiler;

**(ii)** Boiler condensate return piping; or

**(iii)** Water piping forming part of a refrigerating or air

conditioning system used for cooling, humidifying or space heating purposes.

**(2)** All mechanical, electrical, "electronic equipment" or fiber optic equipment.

**7.** "Green" means products, materials, methods and processes certified by a "Green Authority" that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

**8.** "Green Authority" means an authority on "Green" buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®), "Green Building Initiative Green Globes®, Energy Star Rating System or any other recognized "Green" rating system.

**9.** "Media" as respects the coverage Media Or Data means material on which "Data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

**10.** "Perishable Goods" means stock preserved and maintained under controlled conditions and susceptible to loss or damage if the controlled conditions change.

**11.** "Power quality" means the conditions that allow electrical systems or equipment to operate as intended by limiting voltage fluctuations and other power influences that would adversely affect the operational performance and/or reduce the reliability, or the life-span of the electrical system.

**12.** "Production machinery" means any machine which processes, forms, shapes, or transports raw materials, materials in process, waste materials or finished products.

**13.** "Reasonable extra cost" shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation. This will be a part of, and not in addition to, the limit per loss.

**14.** "Unauthorized instruction" means a virus, harmful code or similar instruction introduced into or enacted on a computer system or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PREMIER CHOICE PROPERTY ENHANCEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM
COMMERCIAL PROPERTY CONDITIONS

The provisions of the **Building And Personal Property Coverage Form**, **Causes of Loss - Special Form** and the **Commercial Property Conditions** apply except as otherwise provided in this endorsement.

**I.** Changes to the **Building and Personal Property Coverage Form**

**A. Broadened Premises Boundary**

Any reference to distance from the described premises is changed from 100 feet to 1,000 feet.

**B.** The following is added to **Your Business Personal Property** in the **Coverage** section:

**Tenant's Exterior Building Glass**

If you are a tenant and no Limit of Insurance is shown in the Declarations for Building property, we will pay for direct physical loss of or damage to exterior building glass that is:

**a.** Owned by you;

**b.** Your contractual responsibility to insure; or

**c.** Your contractual responsibility to pay for loss or damage.

The value of exterior building glass will be determined in accordance with the **Valuation Condition** applicable under this Policy or at the amount for which you are liable under contract, whichever is less. If required by law, the exterior building glass is covered at the cost of replacement with safety glazing material.

**C.** The **Additional Coverages** in the **Coverage** section are amended as follows:

**1. Debris Removal**

The additional amount for Debris Removal Expense is increased to the limit shown in the Premier Choice Property Enhancement Schedule.

**2. Preservation of Property**

The number of days is increased to 90 days.

**3. Fire Department Service Charge**

The Fire Department Service Charge Limit of Insurance is increased to the limit shown in the Premier Choice Property Enhancement Schedule.

**4. Pollutant Cleanup and Removal**

The Pollutant Cleanup and Removal Limit of Insurance is increased to the limit shown in the Premier Choice Property Enhancement Schedule.

**5. Increased Cost of Construction**

The Additional Coverage, Increased Cost of Construction, is deleted and replaced by Additional Coverage, Ordinance or Law.

**6. Computer Equipment Including Electronic Data**

The Additional Coverage, Electronic Data, is deleted and replaced with the following:

**a.** We will pay for direct physical loss or damage to:

**(1)** "Computer Equipment" and "Laptop or Mobile Devices" and related component parts that are:

**(a)** Your property (other than your stock) at your described premises; or

**(b)** Leased property for which you have a contractual responsibility to insure at your described premises; or

**(c)** Your property or leased property while in transit or temporarily away from the premises described in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

Subject to the provisions of this Additional Coverage, we will determine the value of Covered Property in the event of covered direct physical loss or damage as follows:

"Computer Equipment" and "Laptop or Mobile Device(s)" at replacement cost as of the time and place of loss, without deduction for physical deterioration, depreciation, obsolescence or depletion. Replacement Cost valuation does not apply until the damage or destroyed property is repaired or replaced.

In the event replacement of "computer equipment" and "Laptop or Mobile Device(s)" is impossible, the replacement cost will be the cost of items that are similar to the damaged or destroyed equipment and intended to perform the same function, but which may include technological advances. "Computer Equipment" and "Laptop or Mobile Device(s)" that are obsolete or no longer used by you will be valued at actual cash value.

**(2)** Electronic Data as defined under **Property Not Covered** in the **Building And Personal Property Coverage Form**.

Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore Electronic Data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that Electronic Data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the Electronic Data was stored, with blank media of substantially identical type.

**(3)** Your blank electronic or magnetic media.

**b.** The loss or damage must be caused by or result from a Covered Cause of Loss.

The Covered Causes of Loss are amended to include a "virus", harmful code or similar instruction that is intentionally introduced into or an unwanted entry into or enacted on a "computer system" (including Electronic Data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a "computer system" (including Electronic Data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**c.** The following **Causes of Loss - Special Form Exclusions** do not apply to coverage provided by this Additional Coverage:

**(1)** Utility Services - Direct Damage;

**(2)** Artificially Generated Electricity;

**(3)** Mechanical Breakdown;

**(4)** Dampness or dryness of atmosphere, changes in or extremes of temperature and marring or scratching;

**(5)** Floods, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; and

**(6)** Earth movement, such as an earthquake, landslide or earth sinking, rising or shifting. All loss by a single earthquake shall constitute a single claim. If more than one earthquake shock shall occur within 168 hours during the term of this policy, such earthquake shocks shall be deemed to be a single earthquake.

**d.** The most we will pay for "virus", harmful code or similar instruction is $10,000 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or "computer systems" involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in

Includes copyrighted material of Insurance Services Office, Inc., with its permission

the policy year in which the occurrence began.

**e.** The most we will pay under this Additional Coverage for loss or damage in any one occurrence is the limit shown in the Premier Choice Property Enhancement Schedule. We will not pay more than $5,000 for "Laptop or Mobile Device(s)" while in transit or away from the described premises.

**7. Brands and Labels** is added as follows:

**a.** If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or any part of the property at an agreed or appraised value. If so, you may:

**(1)** Stamp 'salvage' on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

**(2)** Remove the brands or labels, if doing so will not physically damage the merchandise. You must re-label the merchandise or its containers to comply with the law.

**b.** We will pay reasonable costs you incur to perform the activity described in **a.(1)** or **a.(2)** above, but the most we will pay for loss under this Additional Coverage in any one occurrence is the limit shown in the Premier Choice Property Enhancement Schedule.

**8. Expediting Expenses** is added as follows:

**a.** We will pay the Expediting Expenses that you incur as a result of direct physical loss of or damage to Covered Property.

**b.** Expediting Expenses are reasonable extra costs for temporary repairs of and for expediting the repairs or replacement of Covered Property damaged by a Covered Cause of Loss. Expediting Expenses include overtime wages and the extra cost of express or other rapid means of transportation. Expediting Expenses do not include the cost incurred for the temporary rental of property, temporary replacement of damage property, or expenses recoverable elsewhere in the **Building and Personal Property Coverage Form** or this Endorsement.

**c.** The most we will pay under this Additional Coverage for all such expenses arising from any one occurrence is the limit shown in the Premier Choice Property Enhancement Schedule.

**9. Fire Protection Equipment Recharge** is added as follows:

We will pay:

**a.** Expenses you incur for the recharging or refilling of your automatic fire extinguishing equipment after such equipment is discharged as a result of a fire to your Covered Property;

**b.** For loss or damage to Covered Property if caused by the accidental discharge of fire suppressant chemicals from your automatic fire extinguishing system. This limit may be used to cover the additional expense you incur to recharge such systems following a covered accidental discharge; or

**c.** The cost you incur to recharge or refill portable fire extinguishing equipment after being used to fight a fire to your Covered Property.

**d.** The most we will pay under this Additional Coverage for all such expenses arising from any one occurrence at your described premises is the limit shown in the Premier Choice Property Enhancement Schedule.

**10. Loss Data Preparation Cost** is added as follows:

**a.** We will pay the reasonable costs you incur, up to the limit shown in the Premier Choice Property Enhancement Schedule, in collecting and preparing loss data required by applicable policy conditions and requested by us.

**b.** This includes the cost of taking inventory, getting appraisals, and preparing other data in order to determine the extent of the loss.

**c.** This coverage does not apply to:

**(1)** Costs incurred under the **Loss Condition - Appraisal**.

**(2)** Expenses and fees billed by and/or payable to public insurance adjusters, loss consultants, or any of their subsidiaries or associated entities.

**(3)** Expenses to prepare claims not covered under this Coverage Part.

**11. Lost Key Consequential Loss** is added as follows:

**a.** If a master or grand master key for the described premises is lost or damaged by a Covered Cause of Loss, we will pay for the actual cost of keys, the cost of adjusting locks to accept new keys, or the cost of new locks, if required, of like kind and quality including the cost of their installation.

**b.** The most we will pay for costs incurred in any one occurrence under this Additional Coverage is the limit shown in the Premier Choice Property Enhancement Schedule.

**12. Reward Payment** is added as follows:

**a.** We will reimburse you for rewards to an eligible person for information leading to the arrest and conviction of any person or persons committing a crime resulting in loss to Covered Property from a Covered Cause of Loss.

**b.** An eligible person means that person designated by a law enforcement agency as being the first to voluntarily provide the information leading to the recovery of stolen Covered Property or the arrest and conviction of any person or persons committing a crime resulting in a covered loss, and who is not:

**(1)** You;

**(2)** Your partner, an officer or an employee or any family members thereof;

**(3)** An employee of a law enforcement agency;

**(4)** An employee of a business engaged in property protection;

**(5)** A person who had custody of the Covered Property at the time the "theft" was committed; or

**(6)** A person involved in the crime.

**c.** The most we will pay in any one occurrence under this Additional Coverage, regardless of the number of persons that may be designated as eligible for a reward by law enforcement, is the limit shown in the Premier Choice Property Enhancement Schedule.

**13. Temporary Relocation of Property (Renovation and Remodeling)** is added as follows:

**a.** If Covered Property is removed from the premises described in the Declarations and stored temporarily at a location you do not own, lease or operate while the described premises is being renovated or remodeled, we will pay for direct physical loss caused by or resulting from a Covered Cause of Loss.

**b.** Coverage provided by this Additional Coverage will end when either of the following first occurs:

**(1)** This policy expires; or

**(2)** After 90 consecutive days of storage.

**c.** The most we will pay for loss or damage under this Additional Coverage in any one occurrence is the limit shown in the Premier Choice Property Enhancement Schedule.

**d.** Insurance under this Additional Coverage is excess over any other insurance available to the stored property, whether collectible or not.

**14. Discharge From Sewers, Drains or Sumps** is added as follows:

**a.** We will pay for direct physical loss of or damage to Covered Property caused by or resulting from discharge of water or waterborne material from sewers, drains or sumps, or other type of system designed to remove subsurface water which is drained from the foundation area, provided such discharge is not induced by flood or flood-related conditions.

For the purpose of this Additional Coverage, the term drain includes a roof drain and related fixtures.

**b.** The aforementioned references to flood, include surface water, waves (including tidal wave and tsunami), tides, tidal water, and overflow of any body of water, including storm surge.

**c.** To the extent the Water Exclusion would conflict with the provisions of this Additional Coverage, the Water Exclusion does not apply.

**d.** There is no coverage under this endorsement if:

**(1)** The discharge results from an insured's failure to perform routine maintenance or repair

Includes copyrighted material of Insurance Services Office, Inc., with its permission

necessary to keep a sewer or drain or a sump, sump pump or related equipment free from obstruction and in properly working condition. This limitation does not apply to sudden mechanical breakdown of a sump pump or its related equipment, provided the breakdown is not the result of an insured's negligence; or

**(2)** Sump pump failure is caused by or results from failure of power, unless this policy is endorsed to cover power failure affecting the described premises.

**e.** The most we will pay for loss or damage under this Additional Coverage, in any one occurrence, is the limit shown in the Premier Choice Property Enhancement Schedule.

**f.** When this Additional Coverage applies, no other coverage in the policy applies to property insured by this coverage.

**15. Ordinance or Law** is added as follows:

Ordinance or Law coverage applies with respect to an ordinance or law that regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises, subject to the following:

**a.** The Ordinance or Law Coverages provided in this Additional Coverage apply only if both sub-paragraphs **a.(1)** and **a.(2)** below are satisfied and are then subject to the qualifications set forth in sub-paragraph **a.(3)** below:

**(1)** The ordinance or law:

**(a)** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**(b)** Is in force at the time of loss; or the ordinance or law is enacted within 90 days after the time of covered loss or prior to the commencement of reconstruction or repair, whichever occurs first; and

**(c)** Provided that such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.

But coverage under this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this Additional Coverage.

**(2)** The building sustains:

**(a)** Direct physical damage that is covered under this policy and as a result of such damage you are required to comply with the ordinance or law; or

**(b)** Both direct physical damage that is covered under this policy, and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety, you are required to comply with the ordinance or law.

But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Additional Coverage even if the building has also sustained covered direct physical damage.

**(3)** In the situation described in paragraph **(2)(b)** above, we will not pay the full amount of loss otherwise payable under the terms of paragraph **d.** below. Instead, we will pay a proportion of such loss, meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of paragraph **d.** below.

**b.** Under this Additional Coverage, we will not pay for:

**(1)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or

remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(2)** Any costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(3)** Loss due to any ordinance or law:

**(a)** You were required to comply with before the loss, even if the building was undamaged; and

**(b)** You failed to comply with.

**c.** With respect to the building that has sustained covered direct physical damage, the following apply:

**(1) Loss to the Undamaged Portion of the Building**

We will pay for loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building.

**(2) Demolition Cost**

We will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

**(3) Increased Cost of Construction**

We will pay the increased cost to:

**(a)** Repair or reconstruct damaged portions of that building; and/or

**(b)** Reconstruct or remodel undamaged portions of that building whether or not demolition is required;

When the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

However:

**(c)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(d)** We will not pay for the increased cost of construction under this coverage:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(e)** This coverage also applies to repair or reconstruction of the following, subject to the same conditions stated above:

**(i)** The cost of excavations, grading, backfilling and filling;

**(ii)** Foundation of the building;

**(iii)** Pilings; and

**(iv)** Underground pipes, flues and drains.

The items listed in **(e)(i)** through **(e)(iv)** above are deleted from **Property Not Covered**, but only with respect to coverage for Increased Cost of Construction.

**d. Loss Payment**

**(1)** All the following loss payment provisions are subject to the apportionment procedures set forth in paragraph **a.(3)** above.

**(2)** Under this Additional Coverage, we will pay for the loss in value to an undamaged portion of a building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building. Coverage is included

Includes copyrighted material of Insurance Services Office, Inc., with its permission

within the Limit of Insurance shown in the Declarations as applicable to the covered building.

With respect to loss in value of an undamaged portion of the building, including damaged and undamaged portions, the following loss payment provisions apply:

**(a)** If the property is being repaired or replaced, on the same or another premises, we will not pay more than the amount you would actually spend to repair, rebuild or reconstruct the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured;

**(b)** If the property is not being repaired or replaced, or if the Replacement Cost Option does not apply, we will not pay more than the actual cash value of the building at the time of the loss.

**(3)** The most we will pay under this Additional Coverage for the combined total of all covered losses for Demolition Cost and for Increased Cost of Construction is the limit shown in the Premier Choice Property Enhancement Schedule.

Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

**(a)** With respect to demolition costs, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**(b)** With respect to Increased Cost of Construction:

**(i)** We will not pay for the increased cost of construction until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or

damage, not to exceed two years. We may extend this period in writing during the two years.

**(iii)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

**(iv)** If the ordinance or law requires relocation to another premise, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

**e.** The terms of this Additional Coverage apply separately to each building to which this Additional Coverage applies.

**f.** The coverage provided for the loss to the undamaged portion of the building does not increase the Limit of Insurance shown in the Declarations as applicable to the covered building.

**16. Utility Services - Direct Damage** is added as follows:

**a.** We will pay for loss of or damage to Covered Property caused by an interruption in utility service to the described premises. The interruption in utility service must result from the direct physical loss or damage by a Covered Cause of Loss to property that provides the services shown below in paragraph **b.**

Coverage for loss of or damage to Covered Property does not apply to loss or damage to electronic data, including destruction or corruption of electronic data.

The term Electronic Data has the meaning described under **Property Not Covered** in the **Building and Personal Property Coverage Form**.

**b.** Utility Services include:

**(1)** Water Supply Services, meaning the following types of property

supplying water to the described premises:

(a) Pumping stations; and

(b) Water mains.

(2) Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

(a) Communication transmission lines, including optic fiber transmission lines;

(b) Coaxial cables; and

(c) Microwave radio relays except satellites.

It does not include overhead transmission or distribution lines.

(3) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

(a) Utility generating plants:

(b) Switching stations;

(c) Substations;

(d) Transformers; and

(e) Transmission lines.

It does not include overhead transmission or distribution lines.

c. As used in this Additional Coverage, the term transmission lines includes all lines which serve to transmit communication, service, or power, including lines which may be identified as distribution lines.

d. The most we will pay for loss under this Additional Coverage in any one occurrence is the limit shown in the Premier Choice Property Enhancement Schedule.

17. **Employee Theft (Including ERISA)** is added as follows:

a. We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Additional Coverage, "theft" shall also include "forgery".

b. To the extent that coverage for "money" and "securities" is provided by this Additional Coverage, the **Property Not Covered** provisions in the **Building and Personal Property Coverage Form** do not apply.

c. With respect to loss sustained or "discovered" by any "Employee Benefit Plan", **17.a.** is replaced with the following:

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, sole proprietor, partner or "member" acting alone or in collusion with other persons while such "employee", sole proprietor, partner or "member" is handling "money", "securities" or "other property" of an "employee benefit plan".

d. The most we will pay for a loss of or damage to "money", "securities" or "other property" under this Additional Coverage in any one "occurrence" is the limit shown in the Premier Choice Property Enhancement Schedule.

e. We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

f. You may extend this coverage to apply to losses caused by any "employee" while temporarily outside the Coverage Territory for a period of not more than 90 days.

18. **Money Orders and Counterfeit Money** is added as follows:

a. We will pay for loss resulting directly from your having, in good faith, accepted in exchange for merchandise, "money" or services:

(1) Money orders issued by any post office express company, or "financial institution" that are not paid upon presentation; or

(2) "Counterfeit money" that is acquired during the regular course of business.

b. To the extent that coverage for "money" is provided by this Additional Coverage, the **Property Not**

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**Covered** provisions in the **Building and Personal Property Coverage Form** do not apply.

**c.** The most we will pay for any loss in any one "occurrence" under this Additional Coverage is the limit shown in the Premier Choice Property Enhancement Schedule.

**19. Forgery or Alteration** is added as follows:

**a.** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

**(1)** Made or drawn by or drawn upon you; or

**(2)** Made or drawn by one acting as your agent;

Or that are purported to have been so made or drawn.

For the purposes of this Additional Coverage, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

**b.** To the extent that coverage for "money" is provided by this Additional Coverage, the **Property Not Covered** provisions in the **Building and Personal Property Coverage Form** do not apply.

**c.** If you are sued for refusing to pay any instrument covered in paragraph **19.a.**, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense.

**d.** The most we will pay for loss, including legal expenses, under this Additional Coverage in any one "occurrence" is the limit shown in the Premier Choice Property Enhancement Schedule.

**20. Money and Securities** is added as follows:

**a.** We will pay for loss of "money" and "securities" used in your business caused by "theft", disappearance or destruction.

**b.** To the extent that coverage for "money" and "securities" is provided by this Additional Coverage, the **Property Not Covered** provisions in the **Building and Personal Property Coverage Form** do not apply.

**c.** The following is added to **Valuation** under the **Loss Conditions** of the **Building and Personal Property Coverage Form**:

**(1)** For "money", at face value or, at our option, its dollar equivalent (if from a country other than the United States) based on exchange rates in effect when the loss occurred.

**(2)** For "securities", the lesser of the value of the "securities" as of the close of business on the day when the loss occurred or the value of replacing the "securities" in kind.

If replaced in kind, you must assign to us all your rights, title and interest in and to those "securities". We will not pay for the loss of income, interest, or dividends that occur as a result of the loss of "securities".

**d.** The most we will pay for loss under this Additional Coverage in any one "occurrence" that occurs on "premises" is the limit shown in the Premier Choice Property Enhancement Schedule.

**e.** The most we will pay for loss under this Additional Coverage in any one "occurrence" that occurs off "premises" is the limit shown in the Premier Choice Property Enhancement Schedule.

**D.** The **Coverage Extensions** in the **Coverage** section are amended as follows:

**1. Newly Acquired or Constructed Property** is amended as follows:

**a.** The separate Limits of Insurance for **Buildings** and **Your Business Personal Property** are combined and increased to the limits shown in the Premier Choice Property Enhancement Schedule.

**b.** The number of days under Period of Coverage is increased to 180 days.

**2. Personal Effects and Property of Others** is deleted and replaced by the following:

**a.** You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal Effects owned by you or your officers, partners, "members", "managers" or employees. This includes tools owned by your employees that are used in your business while such tools are located in or on building(s) or structure(s) described in the Declarations, or in the open (or in a vehicle) within 1,000 feet of the building(s) or structure(s), or within 1,000 feet of the premises described in the Declarations, whichever distance is greater; and

**(2)** "Personal property of others" in your care, custody or control. This includes property that you have sold which is awaiting delivery or installation.

However, this Coverage Extension does not apply if the loss is covered by other insurance, whether collectible or not.

**b.** For "personal property of others", the **Extension of Replacement Cost to Personal Property of Others** provision in the **Optional Coverages** section is applicable.

**c.** The most we will pay for loss or damage under this Coverage Extension at each described premises is the limit shown in the Premier Choice Property Enhancement Schedule. Our payment for loss of or damage to "personal property of others" will only be for the account of the owner of the property.

**3.** **Valuable Papers and Records (Other Than Electronic Data)** is deleted and replaced by the following:

**Valuable Papers and Records (Other Than Electronic Data)**

**a.** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to valuable papers and records that you own or that are in your care, custody, and control caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Coverage Extension does not apply to valuable papers and records which exist as electronic data. The term

Electronic Data has the meaning described under **Property Not Covered** in the **Building and Personal Property Coverage Form**.

**b.** The most we will pay for loss or damage in any one occurrence under this Coverage Extension is the limit shown in the Premier Choice Property Enhancement Schedule.

**4.** **Property Off-Premises** is deleted and replaced by the following:

**Property Off-Premises and In Transit**

**a.** You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "Laptops or Mobile Device(s)" while it is away from the described premises, if it is:

**(1)** In transit;

**(2)** Temporarily at a location that you do not own, lease or operate;

**(3)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(4)** At any fair, trade show or exhibition.

**b.** The most we will pay for loss or damage under this Coverage Extension in any one occurrence is the limit shown in the Premier Choice Property Enhancement Schedule.

**5.** **Outdoor Property** is deleted and replaced by the following:

**a.** You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, statuary, radio and television antennas (including satellite dishes), including debris removal expense, caused by or resulting from any of the Covered Causes of Loss.

**b.** You may extend the insurance provided by this Coverage Form to apply to your trees, plants, and shrubs (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris and removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** fire;

**(2)** lightning;

(3) explosion;

(4) riot or civil commotion; or

(5) aircraft.

The most we will pay for loss or damage under this extension is the limit shown in the Premier Choice Property Enhancement Schedule; but, not more than the limit shown for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are the tenant and such property is owned by the landlord of the described premises.

6. **Accounts Receivable** is added as follows:

a. You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) All amounts due from your customers that you are unable to collect;

(2) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of those amounts;

(3) Collection expenses in excess of your normal collection expenses that are made necessary by "loss"; and

(4) Other reasonable expenses that you incur to re-establish your records of accounts receivable that result from a Covered Cause of Loss to your records of accounts receivable located at the "premises" shown in the Declarations.

b. If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of "loss" or damage from a Covered Cause of Loss, we will pay for accidental "loss" or damage while they are:

(1) At a safe place away from your "premises"; or

(2) Being taken to or returned from that place.

c. The following is added to the **Valuation** provisions under the **Loss Conditions** section:

(1) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of "loss", the following method will be used:

(a) Determine the total of the average monthly amount of accounts receivable for the 12 months immediately preceding the month in which the "loss" occurs; and

(b) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the "loss" occurred or for any demonstrated variance from the average for that month.

(2) The following will be deducted from the total amount of accounts receivable, however that amount is established:

(a) The amount of accounts for which there is no "loss";

(b) The amount of the accounts that you are able to re-establish or collect;

(c) An amount to allow for probable bad debts that you are normally unable to collect; and

(d) All unearned interest and service charges.

d. The most we will pay for "loss" under this Coverage Extension in any one occurrence is the limit shown in the Premier Choice Property Enhancement Schedule.

7. **Consequential Loss to Stock** is added as follows:

a. You may extend the insurance that applies to Your Business Personal Property and Personal Property of Others to apply to the reduction in value of the remaining parts of "stock" when the reduction in value is caused by direct physical loss or damage from a Covered Cause of Loss to other parts of "stock" in the process of manufacture at the described premises.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission

**b.** The most we will pay for loss or damage under this Coverage Extension in any one occurrence is the limit shown in the Premier Choice Property Enhancement Schedule.

**8. Fine Arts at Market Value** is added as follows:

**a.** You may extend the insurance that applies to Your Business Personal Property to apply to "fine arts" that you own or that belongs to others and are in your care, custody or control. The valuation for "fine arts" is based on "market value".

**b.** Any loss or damage must occur at the premises described in the Declarations and be caused by, or result from, a Covered Cause of Loss.

**c.** The most we will pay for loss or damage under this Coverage Extension is the limit shown in the Premier Choice Property Enhancement Schedule.

**9. Leasehold Interest - Improvements and Betterments** is added as follows:

**a.** If your lease is cancelled in accordance with a valid lease provision as the direct result of a Covered Cause of Loss to property at the location in which you are a tenant, and you cannot legally remove your improvements and betterments, we will extend the insurance that applies to your Covered Property to your interest in tenant's improvements and betterments that remain and that you were forced to abandon.

**b.** Leasehold Improvements and Betterments means your interest as a tenant in improvements and betterments which are not damaged, but which are not recoverable by you due to the cancellation of your lease caused by or resulting from a covered cause of loss.

**c.** Improvements and Betterments are fixtures, alterations, installations or additions:

**(1)** Made a part of the building or structure you occupy but do not own; and

**(2)** You acquired or made at your expense but cannot legally remove.

**d.** We will calculate the value of your interest in the improvements and betterments as though they had been

damaged or destroyed and not repaired or replaced promptly, as provided in the **Loss Condition, Valuation**, as follows:

The value of the property will be the least of the following amounts:

**(1)** The actual cash value of that property;

**(2)** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**(3)** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

**e.** The most we will pay for loss under this Coverage Extension in any one occurrence is the limit shown in the Premier Choice Property Enhancement Schedule.

**10. Outdoor Signs** is added as follows:

**a.** We will pay for loss or damage caused by a Covered Cause of Loss to outdoor signs, whether or not attached to a building, at the described premises:

**(1)** Owned by you; or

**(2)** Owned by others in your care, custody or control.

**b.** The provisions of this Coverage Extension supersede all other outdoor signs coverage references in the **Building and Personal Property Coverage Form**.

**c.** The most we will pay for loss or damage under this Coverage Extension in any one occurrence is the limit shown in the Premier Choice Property Enhancement Schedule.

**11. Property in the Care, Custody and Control of Salespersons** is added as follows:

**a.** You may extend the insurance that applies to Your Business Personal Property to apply while such property is 1,000 feet or more away from the described premises in the care, custody or control of your direct employee salespersons, or yourself while acting as a salesperson, or while in transit in or on a vehicle between your premises and your salespersons.

**b.** The most we will pay for loss or damage under this Coverage Extension in any one occurrence is the limit shown in the Premier Choice Property Enhancement Schedule.

**12. Theft Damage to Leased Buildings** is added as follows:

**a.** You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage caused by "theft" or attempted "theft" to:

   **(1)** A building that you do not own and that contains Your Business Personal Property; or

   **(2)** Personal property not owned by you, within such building, and that is used to maintain or service the building, structure or the premises described in the Declarations.

**b.** This Coverage Extension only applies to a location where you are a tenant and the terms of your lease make you liable for damage caused by "theft" or attempted "theft".

**c.** The most we will pay for loss or damage under this Coverage Extension in any one occurrence is the limit shown in the Premier Choice Property Enhancement Schedule.

**13. Spoilage** is added as follows:

**a.** You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss of or damage to "perishable stock" caused by or resulting from:

   **(1)** Breakdown or Contamination, meaning:

   **(a)** A change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling, or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; or

   **(b)** Contamination by the refrigerant resulting from the failure or mechanical breakdown of refrigerating or cooling equipment at the described premises.

   **(2)** Power Outage or interruption of other utility service, meaning change in temperature or humidity resulting from complete

or partial interruption of electrical power or other utility service, either on or off the described premises, due to conditions beyond your control.

**b.** We will determine the value of "perishable stock" in the event of loss or damage at:

   **(1)** The selling price, as if no loss or damage had occurred;

   **(2)** Less discounts and expenses that you otherwise would have had.

**c.** We will not pay for loss or damage caused by or resulting from:

   **(1)** The disconnection of any refrigerating, cooling, or humidity control equipment or systems from the source of power;

   **(2)** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electric power or current or other utility service;

   **(3)** The inability of an electric utility company or other utility service to provide sufficient power or service due to lack of fuel or Governmental order;

   **(4)** The inability of a power source or other utility service at the described premises to provide sufficient power or service due to lack of generating or operating capacity to meet demand; or

   **(5)** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit**.**

**d.** Coverage does not include power outage or interruption due to damage to above ground overhead transmission or distribution lines.

**e.** The most we will pay for loss or damage under this Coverage Extension in any one occurrence is the limit shown in the Premier Choice Property Enhancement Schedule.

**14. Foundations and Underground Pipes, Flues, or Drains** is added as follows:

**a.** You may extend the insurance that applies to your building(s) to include underground pipes, flues or drains and foundations of buildings, structures, machinery or boilers if their foundations are below:

 Includes copyrighted material of Insurance Services Office, Inc., with its permission

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement.

**b.** To the extent they would conflict with the coverage provided by this endorsement, paragraphs **g.** and **m.** under **Property Not Covered** in the **Building and Personal Property Coverage Form** do not apply.

**c.** The most we will pay under this Coverage Extension in any one occurrence is the limit shown in the Premier Choice Property Enhancement Schedule. Such limit is part of, not in addition to, the applicable Limit of Insurance on your building. Therefore, payment under this extension will not increase the applicable Limit of Insurance on your building shown in the Declarations.

**E.** When coverage under this endorsement applies, the **Limits Of Insurance** section is deleted and replaced by the following:

**1.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Declarations or the Premier Choice Property Enhancement Schedule for the applicable coverage.

**2.** The amounts of insurance stated for the following Additional Coverages and Coverage Extensions apply in accordance with the terms of such coverage. These amounts of insurance are separate from, and in addition to the Limits of Insurance shown in the Declarations for any other coverage. Also, the Additional Condition, Coinsurance, does not apply to the following:

**a.** Brands and Labels;

**b.** Expediting Expenses;

**c.** Fire Department Service Charge;

**d.** Pollutant Clean-up and Removal;

**e.** Fire Protection Equipment Recharge;

**f.** Loss Data Preparation Cost;

**g.** Lost Key Consequential Loss;

**h.** Money Orders and Counterfeit Money;

**i.** Money and Securities;

**j.** Reward Payment;

**k.** Discharge From Sewers, Drains or Sumps;

**l.** Ordinance or Law - Demolition Costs and Increased Cost of Construction;

**m.** Employee Theft (Including ERISA);

**n.** Forgery or Alteration;

**o.** Utility Services - Direct Damage;

**p.** Accounts Receivable;

**q.** Consequential Loss to Stock;

**r.** Fine Arts at Market Value;

**s.** Computer Equipment Including Electronic Data;

**t.** Leasehold Interest - Improvements and Betterments;

**u.** Outdoor Signs;

**v.** Property In The Care, Custody And Control of Salespersons; or

**w.** Spoilage.

Payments under the Additional Coverage, Preservation Of Property, will not increase the applicable Limit of Insurance.

**3.** Business Personal Property - Seasonal Increase

**a.** To provide for seasonal variations, the Limit of Insurance for Business Personal Property will automatically increase by the percentage shown in the Premier Choice Property Enhancement Schedule.

**b.** This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

**(1)** The 12 months immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date the loss or damage occurs.

**F.** The **Deductible** section is amended as follows:

**1.** No deductible applies to the following Additional Coverages:

**a.** Reward Payment;

**b.** Fire Protection Equipment Recharge;

**c.** Forgery or Alteration;

**d.** Loss Data Preparation Cost;

**e.** Lost Key Consequential Loss; and

**f.** Money Orders and Counterfeit Money.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission **CL CP 00 32 10 18**

**2.** With respect to coverage provided by Additional Coverage, Computer Equipment Including Electronic Data:

   **a.** A $1,000 deductible applies to loss or damage caused by or resulting from mechanical breakdown; power interruption; power surge; blackout; brownout; short circuit; blowout; electrical disturbance within the electronic data processing "hardware"; or electrical or magnetic injury, disturbance or erasure of electronic recordings.

   **b.** A $500 deductible applies to any covered cause of loss not described in **2.a.** above.

**3.** With respect to coverage provided by Additional Coverage, Employee Theft (Including ERISA):

   A $1,000 deductible per "occurrence" applies.

   However, this deductible does not apply to loss sustained by any "Employee Benefit Plan".

**4.** Unless otherwise specified in **1.**, **2.**, or **3.** above, a $500 deductible applies to loss or damage caused by a covered cause of loss to each Additional Coverage or Coverage Extension in this endorsement.

   **a.** If an occurrence is caused by a covered cause of loss and results in the application of one or more Additional Coverages or Coverage Extensions and without involving a loss to a building and or business personal property, the deductible will apply once to all covered losses under this endorsement; or

   **b.** If a Building and/or Business Personal Property loss occurs due to a covered cause of loss and results in a loss to an Additional Coverage or Coverage Extension in this endorsement, only the highest deductible amount will apply.

**G.** The **Valuation** provision under the **Loss Conditions** section is amended to include:

We will determine the value of finished "stock" you manufacture, in the event of loss or damage, at the selling price, as if no loss or damage occurred, less discounts and expenses you otherwise would have had.

**II.** Changes to the **Causes of Loss - Special Form**

**A.** The **Ordinance or Law** exclusion in the **Exclusions** section does not apply to the Additional Coverage, Ordinance or Law, provision in this endorsement.

**B.** The **Utility Services** exclusion in the **Exclusions** section does not apply to the Additional Coverage, Utility Services - Direct Damage, provision in this endorsement.

**C.** With respect to the coverage provided by Coverage Extension, Valuable Papers and Records (Other Than Electronic Data), the **Causes of Loss - Special Form** is amended as follows:

**1.** Section **B. Exclusions** does not apply to this Coverage Extension, except for the follow paragraphs:

   **a.** **B.1.c.** Governmental Action;

   **b.** **B.1.d.** Nuclear Hazard;

   **c.** **B.1.f.** War and Military Action;

   **d.** **B.2.h.** Dishonest or Criminal act (including theft);

   **e.** **B.2.i.** False Pretense; and

   **f.** **B.3.**, including items **3.a.** through **3.c.**

**2.** The following additional exclusions apply to the Coverage Extension, Valuable Papers and Records (Other Than Electronic Data):

   We will not pay for loss or damage caused by or resulting from:

   **a.** Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

      **(1)** Programming errors or faulty machine instructions; or

      **(2)** Faulty installation or maintenance of data processing equipment or component parts.

      But we will pay for direct loss or damage caused by lightning.

   **b.** Errors or omissions in processing or copying. But if errors or omissions in processing or copying result in fire or explosion, we will pay for the direct loss or damage caused by the fire or explosion.

**D.** With respect to the coverage provided in the Coverage Extension, Property Off-Premises and In Transit, the Additional Coverage Extension, Property In Transit, in the **Causes of Loss - Special Form** is deleted.

**E.** With respect to the coverage provided by the Coverage Extension, Accounts Receivable,

the **Causes of Loss - Special Form** is amended as follows:

1. Section **B. Exclusions** does not apply to this Coverage Extension, except for the following paragraphs:

   a. **B.1.c.** Governmental Action;

   b. **B.1.d.** Nuclear Hazard;

   c. **B.1.f.** War and Military Action;

   d. **B.2.f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity moisture or vapor, that occurs over a period of 14 days or more;

   e. **B.2.g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

      (1) You do your best to maintain heat in the building or structure; or

      (2) You drain the equipment and shut off the supply if the heat is not maintained.

   f. **B.2.h.** Dishonest or Criminal act (including theft);

   g. **B.3.,** including items **3.a.** through **3.c.**

2. The following additional exclusions apply to the Coverage Extension, Accounts Receivable:

   **We will not pay for:**

   a. Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking, or withholding of "money", "securities", or "other property";

      This exclusion applies only to the extent of the wrongful giving, taking or withholding.

   b. Bookkeeping, accounting or billing errors or omissions;

   c. Electrical or magnetic injury, disturbance, or erasure of electronic recordings that is caused by or results from:

      (1) Programming errors or faulty machine instructions;

      (2) Faulty installation or maintenance of data processing equipment or component parts;

      (3) An occurrence that took place more than 1,000 feet from your "premises"; or

      (4) Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 1,000 feet from your "premises".

   d. Unauthorized instructions to transfer property to any person or to any place;

   e. "Loss" that requires any audit or records or any inventory computation to prove its factual existence.

F. The following additional exclusions apply to the Additional Coverage**,** Computer Equipment Including Electronic Data:

   We will not cover loss resulting directly or indirectly from:

   a. Errors or omissions in programming or processing electronic data and media;

   b. Errors or deficiency in design, installation, maintenance, repair or modification of your "computer system" or any "computer system" or network to which your system is connected or on which your system depends, including electronic data and media;

   c. Manipulation of your "computer system", including electronic data and media, by an employee, volunteer worker or contractor, for the purpose of diverting electronic data and media or causing fraudulent or illegal transfer of any property; and

   d. Unauthorized viewing, copying or use of electronic data and media, or any proprietary or confidential information or intellectual property in any form by any person, even if such activity is characterized as "theft".

G. With respect to the coverage provided by the Coverage Extension, Outdoor Signs, the **Causes of Loss - Special Form** is amended as follows:

1. Section **B. Exclusions** does not apply to this Coverage Extension, except for the following paragraphs:

   a. **B.1.c.** Governmental Action;

   b. **B.1.d.** Nuclear Hazard;

   c. **B.1.f.** War and Military Action;

   d. **B.2.d.(1)** Wear and Tear;

e. **B.2.d.(2)** Rust or any property that causes damage;

f. **B.2.m.** Neglect.

2. The following additional exclusions apply the Coverage Extension, Outdoor Signs:

We will also not pay for loss or damage caused by or resulting from any of the following:

a. Dampness or dryness of atmosphere;

b. Changes in extremes of temperature;

c. Marring or scratching; or

d. Rain, snow, ice or sleet.

H. With respect to the coverage provided by the Additional Coverages, Employee Theft (Including ERISA), Money Orders and Counterfeit Money, Money and Securities, and Forgery or Alteration, the following additional exclusions apply:

1. **Acts committed by you, your partners or your members**

a. Loss resulting from "theft" or any other dishonest act committed by:

(1) You; or

(2) Any of your partners or "members";

Whether acting alone or in collusion with other persons.

b. With respect to "Employee Benefit Plan(s)", paragraph **1.a.** above is replaced with the following:

Loss resulting from "theft" or any other dishonest or fraudulent act committed by:

(1) You; or

(2) Any of your partners or "member";

Whether acting alone or in collusion with other persons, except while handling "money", "securities" or "other property" of an "employee benefit plan".

2. **Acts committed by your employees learned of by you prior to the Policy Period**

Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any or your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of such "theft" or dishonest act

prior to the Policy Period shown in the Declarations.

3. **Acts Committed by your employees, managers, directors, trustees or representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

a. Whether acting alone or in collusion with other persons; or

b. While performing services for you or otherwise;

Except when covered under Employee Theft (Including ERISA).

4. **Confidential or Personal Information Loss resulting from:**

a. Loss resulting from:

(1) The disclosure or use of another person's or organization's confidential or personal information; or

(2) The disclosure of your confidential or personal information. However, this Paragraph does not apply to loss otherwise covered under this insurance that results directly from the use of your confidential or personal information.

For the purposes of this exclusion, confidential or personal information includes, but is not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

b. With respect to "Employee Benefit Plan(s)", paragraph **4.a.** above is replaced with the following:

Loss resulting from:

(1) The disclosure or use of another person's or organization's confidential or personal information; or

(2) The disclosure of your or an "employee benefit plan" participant's confidential or personal information.

However, this Paragraph does not apply to loss otherwise covered under Employee Theft (Including ERISA) that results directly from the use of your or an "employee benefit plan"

participant's confidential or personal information.

For the purposes of this exclusion, confidential or personal information includes, but is not limited to, patents, trade secrets, processing methods, customer lists, financial information, retirement or health savings account information or any other type of nonpublic information.

**5. Data Security Breach**

Fees, costs, fines, penalties and other expenses incurred by you which are related to the access to or disclosure of another person's or organization's confidential or personal information, including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

**6. Indirect Loss**

Loss that is an indirect result of an "occurrence" covered by this endorsement including, but not limited to, loss resulting from:

**a.** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

**b.** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

**c.** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**7. Legal Fees, Costs and Expenses**

Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Forgery or Alteration.

**8. Virtual Currency**

Loss involving virtual currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

**I.** With respect to the coverage provided by Additional Coverage, Money and Securities, the following additional exclusions apply:

**1. Accounting or Arithmetical Errors or Omissions**

Loss resulting from accounting or arithmetical errors or omissions.

**2. Exchanges or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**3. Fire**

Loss or damage resulting from fire, however caused, except:

**a.** Loss of or damage to "money" and "securities"; and

**b.** Loss from damage to a safe or vault.

**4. Money Operated Devices**

Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**5. Motor Vehicles or Equipment and Accessories**

Loss of or damage to motor vehicles, trailers or semitrailers or equipment and accessories attached to them.

**6. Transfer or Surrender of Property**

**a.** Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "financial institution premises";

**(1)** On the basis of unauthorized instructions; or

**(2)** As a result of a threat including, but not limited to:

**(a)** A threat to do bodily harm to any person;

**(b)** A threat to do damage to any property;

**(c)** A threat to introduce a denial of service attack into any "computer system";

**(d)** A threat to introduce a "virus" or other malicious instruction into any "computer system" which is designed to damage, destroy or corrupt electronic data or "computer programs" stored within the "computer system".

The term electronic data has the meaning described under **Property Not Covered** in the

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**Building and Personal Property Coverage Form**.;

(e) A threat to contaminate, pollute or render substandard your products or goods; or

(f) A threat to disseminate, divulge or utilize:

i. Your confidential information;

ii. Confidential or personal information of another person or organization; or

iii. Weaknesses in the source code within any "computer system".

b. However, this exclusion does not apply under when covered under the Money and Securities Additional Coverage to loss of "money" or "securities" while outside the "premises" in the care and custody of a "messenger" if you:

(1) Had no knowledge of any threat at the time the conveyance began; or

(2) Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

7. **Vandalism**

Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

8. **Voluntary Parting of Title to or Possession of Property**

Loss resulting from your, or anyone else acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

J. With respect to the coverage provided by Additional Coverage, Employee Theft (Including ERISA), the following additional exclusions apply:

1. **Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

a. An inventory computation; or

b. A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

2. **Trading**

Loss resulting from trading, whether in your name or in a genuine or fictitious account.

This exclusion does not apply to covered losses to an "employee benefit plan".

3. **Warehouse Receipts**

Loss resulting from the fraudulent or dishonest signing, issuing, cancelling or failing to cancel, a warehouse receipt or any papers connected with it.

This exclusion does not apply to covered losses to an "employee benefit plan".

K. The **Limitations** section, paragraph **3.** Is amended as follows:

1. The special limit for theft of furs, fur garments, and garments trimmed in fur is increased from $2,500 to the limit shown in the Premier Choice Property Enhancement Schedule.

2. The special limit for theft of jewelry, watches, watch movements, jewels, pearls, precious or semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals is increased from $2,500 to the limit shown in the Premier Choice Property Enhancement Schedule.

3. The special limit for theft of patterns, dies, molds and forms is increased from $2,500 to the limit shown in the Premier Choice Property Enhancement Schedule.

4. The special limit for theft of stamps, tickets, including lottery tickets held for sale and letters of credit is increased from $250 to the limit shown in the Premier Choice Property Enhancement Schedule.

III. Changes to the **Commercial Property Conditions**

A. With respect to this endorsement only, section **G. Other Insurance** of the **Commercial Property Conditions**, is deleted and replaced by the following:

If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of

Includes copyrighted material of Insurance Services Office, Inc., with its permission

Insurance shown on the Premier Choice Property Enhancement Schedule.

**B.** With respect to the coverage provided by Additional Coverages Employee Theft (Including ERISA), Money Orders and Counterfeit Money, Money and Securities, and Forgery or Alteration, the following Additional Conditions apply:

**1.  Additional Premises or Employees**

If, while this endorsement is in force, you establish any additional "premises" or hire additional "employees", other than through consolidation or merger with, or purchase or acquisition of assets or liability of, another entity, such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" is not required, and no additional premium will be charged for the remainder of the Policy Period shown in the Declarations.

**2.  Extended Period to Discover Loss**

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you:

**a.**  No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**b.**  No later than one year from the date of that cancellation with regard to any "employee benefit plan".

**3.  Joint Insured**

**a.**  If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

**b.**  If any Insured, or partner, "member", "manager", officer, director or trustee of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**c.**  An "employee" of any Insured is considered to be an "employee" of every Insured.

**d.**  If this insurance or any of its coverages are cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you:

**(1)**  No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(2)**  No later than one year from the date of that cancellation with regard to any "employee benefit plan".

**e.**  We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one insured.

**f.**  Payment by us to the first Named Insured for loss sustained by any Insured, or payment by us to any "employee benefit plan" for loss sustained by that Plan, shall fully release us on account of such loss.

**4.  Loss Sustained During Prior Insurance Issued by us or any Affiliate**

**a.  Loss Sustained Partly During This Insurance and Partly During Prior Insurance.**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place:

**(1)**  Partly during the Policy Period shown in the Declarations; and

**(2)**  Partly during the Policy Period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest;

And this insurance became effective at the time of cancellation of the prior insurance, we will first settle the amount of loss that you sustained

Includes copyrighted material of Insurance Services Office, Inc., with its permission          **CL CP 00 32 10 18**

during this Policy Period. We will then settle the remaining amount of loss that you sustained during the policy period(s) of the prior insurance.

**b. Loss Sustained Entirely During Prior Insurance.**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place entirely during the Policy Period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided:

**(1)** This insurance became effective at the time of cancellation of the prior insurance; and

**(2)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the policy period(s) of any other prior insurance.

**c.** In settling loss subject to this Condition under **4.(a)** and **4.(b)**:

**(1)** The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

**(2)** We will apply the applicable Deductible Amount shown in this endorsement to the amount of loss sustained under this endorsement. If no loss was sustained under this endorsement, we will apply the Deductible Amount shown in this endorsement to the amount of loss sustained under the most recent prior insurance.

If the Deductible Amount is larger than the amount of loss sustained under this insurance, or the most recent prior insurance, we will apply the remaining Deductible Amount to the remaining amount of loss sustained during the prior insurance.

We will not apply any other Deductible Amount that may have been applicable to the loss.

**5. Loss Sustained During Prior Insurance Not Issued by us or any Affiliate**

**a.** If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place during the policy period of any prior cancelled insurance that was issued to you or a predecessor in interest by another company, and the period of time to "discover" loss under that insurance had expired, we will pay for the loss under this insurance provided:

**(1)** This insurance became effective at the time of cancellation of the prior insurance; and

**(2)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

**b.** In settling loss subject to this condition:

**(1)** The most we will pay for the entire loss is the lesser of the Limits of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior cancelled insurance.

**(2)** We will apply the applicable Deductible Amount shown in this endorsement to the amount of loss sustained under the prior cancelled insurance.

**c.** The insurance provided under this condition is subject to the following:

**(1)** If loss covered under this condition is also partially covered under **4.** above, the amount recoverable under this condition is part of, not in addition to, the amount recoverable under **4.** above.

**(2)** For loss covered under this condition that is not subject to Paragraph **5.c.1.**, the amount recoverable under this condition is part of, not in addition to, the Limit of Insurance applicable to the loss covered under this endorsement and is limited to the lesser of the amount recoverable under:

**(a)** This endorsement as of its effective date; or

**(b)** The prior cancelled insurance had it remained in effect.

**6. Ownership of Property; Interests Covered**

The property covered under this insurance is limited to property:

**a.** That you own or lease;

**b.** That is held by you in any capacity; or

**c.** For which you are legally liable, provided you were liable for the property prior to the time the loss was sustained.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

**7. Records**

You must keep records of all property, including but not limited to "money" and "securities" and "other property", under this insurance so we can verify the amount of any loss.

**8. Armored Motor Vehicle Companies**

We will only pay for the amount of loss you cannot recover:

**a.** Under your contract with the armored motor vehicle company; and

**b.** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**C.** With respect to the coverage provided by Additional Coverage, Employee Theft (Including ERISA), the following Additional Conditions apply:

**1. Employee Benefit Plans**

The "employee benefit plans" (hereinafter referred to as Plan) are included as Insureds under this endorsement, subject to the following:

**a.** If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator is responsible for selecting a Limit of Insurance for this provision that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required under ERISA as if each Plan were separately insured.

**b.** If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

**c.** If two or more Plans are insured under this insurance, any payment we make for loss:

**(1)** Sustained by two or more Plans; or

**(2)** Of commingled "money", "securities" or "other property" of two or more Plans;

Resulting directly from an "occurrence", will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required under ERISA for each Plan bears to the total of those limits.

**2. Termination as to any Employee**

The coverage provided under the Additional Coverage, Employee Theft (Including ERISA)**,** terminates as to any "employee":

**a.** As soon as:

**(1)** You; or

**(2)** Any of your partners, "members", "managers", officers, directors or trustees not in collusion with the "employee":

Learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you; or

**b.** On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**D.** With respect to the coverage provided by Additional Coverage, Forgery or Alteration**,** the following Additional Conditions apply:

**1. Electronic and Mechanical Signatures**

We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**2. Proof of Loss**

You must include with your proof of loss any instrument involved in that loss or, if that is not possible, an affidavit setting forth the amount and cause of loss.

**IV. Definitions**

**A.** "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

**B.** "Computer Equipment" with respect to the coverage provided by the Additional Coverage, Computer Equipment Including Electronic Data, means:

**1.** Computer "hardware" and related component parts capable of accepting information, processing it according to instructions and producing the results in a desired form.

Component parts include but are not limited to modems, printers, keyboards and scanners.

**2.** Computer control systems including uninterruptible power supply systems, line conditioner and voltage regulator; and

**3.** Telecommunications equipment including telephones, telephone switchgear (including PBX systems), facsimile transmission equipment, video conferencing equipment, and other related telephone equipment and component parts whose function is the transmission of communications (including computers dedicated to voice mail).

The term Electronic Data has the meaning described under **Property Not Covered** in the **Building and Personal Property Coverage Form**.

**C.** "Computer program" means a set of related electronic instructions, which direct the operation and function of a computer or devices connected to it, which enable the computer or devices to receive, process, store or send electronic data.

The term Electronic Data has the meaning described under **Property Not Covered** in the **Building and Personal Property Coverage Form**.

**D.** "Computer system" means:

**1.** Computers, including Personal Digital Assistants (PDAs) and other transportable or handheld devices, electronic storage devices and related peripheral components;

**2.** Systems and applications software; and

**3.** Related communications networks;

By which electronic data is collected, transmitted, processed, stored or retrieved.

The term Electronic Data has the meaning described under **Property Not Covered** in the **Building and Personal Property Coverage Form**.

**E.** "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount of details of loss may not then be known.

"Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

**F.** "Employee" as respects the coverage provided by the Additional Coverage, Employee Theft (Including ERISA), means:

**1.** Any natural person:

**a.** While in your service and for the first 30 days immediately after termination of service unless such termination is due to "theft" or any dishonest act committed by the "employee"; and

**b.** Whom you compensate directly by salary, wages or commissions; and

**c.** Whom you have the right to direct and control while performing services for you; or

**2.** Any natural person who is furnished temporarily to you:

**a.** To substitute for a permanent "employee" as defined in Paragraph **H.1.**, who is on leave; or

**b.** To meet seasonal or short-term work load conditions;

while that person is subject to your directions and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises";

**3.** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in Paragraph **H.2.**

4.   Any natural person who is:

a.   A trustee, officer, "employee", administrator or "manager", except an administrator or "manager" who is an independent contractor of any "employee benefit plan"; and

b.   A director or trustee of yours while that person is engaged in handling "funds" or "other property" of any "employee benefit plan";

5.   Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained as a consultant while performing services for you;

6.   Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the "premises";

7.   Any "employee" of an entity merged or consolidated with you prior to the effective date of this policy; or

8.   Any of your "managers", directors or trustees while:

a.   Performing acts within the scope of the usual duties of an "employee"; or

b.   Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

"Employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified above.

G.   "Employee Benefit Plan" means any welfare or pension benefit plan that you sponsor and which is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

H.   "Financial institution" means a bank, savings bank, savings and loan association, trust company, credit union or similar depository institution.

I.   "Financial institution premises" means the interior of that portion of any building occupied by a "financial institution".

J.   "Fine Arts" means antiques, rare articles and other works of art, including paintings, etching, drawings, pictures, tapestries, art glass windows, valuable rugs, sculptures, statuary, marbles, bronzes, porcelains, and bric-a-brac and similar property or rarity, historical value or artistic merit that is not your "stock".

K.   "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

L.   "Hardware" means an assemblage of electronic machine components capable of accepting instructions and information, according to the instructions, and producing desired results.

M.   "Laptop or Mobile Device(s)" means "computer equipment" and accessories that are designed to function with it, which can easily be carried and operated without wire and designed to be used at more than one location.

N.   "Loss", as respects the coverage provided for in the Accounts Receivable Coverage Extension only, means accidental loss or damage.

O.   "Manager" means a natural person serving in a directorial capacity for a limited liability company.

P.   "Market Value" means the price which the property might be expected to realize if offered for sale in a fair market.

Q.   "Member" means an owner of a limited liability company represented by its membership interest who, if a natural person, may also serve as a "manager".

R.   "Messenger" means you, any of your partners or any "employee" while having care and custody of the property outside the "premises".

S.   "Money" means:

1.   Currency, coins and bank notes in current use and having a face value;

2.   Travelers' checks, register checks and money orders held for sale to the public; or

3.   Deposits in your account at a "financial institution".

T.   "Occurrence", as respects the coverage provided for under the Additional Coverage(s):

1.   **Employee Theft (including ERISA),** means:

a.   An individual act;

b.   The combined total of all separate acts whether or not related; or

c. A series of acts whether or not related;

Committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under the Additional Conditions, **Loss Sustained During Prior Insurance Issued by us or any Affiliate** or **Loss Sustained During Prior Insurance Not Issued by us or any Affiliate**.

2. **Forgery or Alteration,** means:

   a. An individual act;

   b. The combined total of all separate acts whether or not related; or

   c. A series of acts whether or not related;

   Committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under the Additional Conditions, **Loss Sustained During Prior Insurance Issued by us or any Affiliate** or **Loss Sustained During Prior Insurance Not Issued by us or any Affiliate**.

3. **Money Orders and Counterfeit Money** and **Money and Securities**, means:

   a. An individual act or event;

   b. The combined total of all separate acts or events whether or not related; or

   c. A series of acts or events whether or not related;

   Committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under the Additional Conditions **Loss Sustained During Prior Insurance Issued by us or any Affiliate** or **Loss Sustained During Prior Insurance Not Issued by us or any Affiliate.**

U. "Other property" means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property specifically excluded under this policy with the following exception:

As respects the coverage provided for in the Additional Coverage(s), Employee Theft (including ERISA), Forgery or Alteration, Money Orders and Counterfeit Money and Money and Securities, means any tangible property other than "money" and "securities"

that has intrinsic value. "Other property" does not include "computer programs", electronic data or any property specifically excluded.

The term Electronic Data has the meaning described under **Property Not Covered** in the **Building and Personal Property Coverage Form**.

V. "Perishable stock" means personal property preserved and maintained under controlled conditions and susceptible to loss or damage if the controlled conditions change.

W. "Personal property of others" means personal property that you do not own. It does not include:

1. Personal property that belongs to you, your officers, your partners or members, your "managers" or your employees; or

2. Business personal property leased from others.

X. "Premises", as respects the coverage provided for in the Accounts Receivable Coverage Extension and the Money and Securities Additional Coverage only, means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

Y. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or "other property" and includes:

1. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

2. Evidences of debt issued in connection with credit or charge cards, which are not issued by you;

But does not include "money".

Z. "Theft" means the unlawful taking of property to the deprivation of the Insured.

AA. "Virus" means any acts by persons, other than an employee(s), involving any of the following:

1. Willful or malicious destruction of "computer programs", content, instructions or other electronic or digital data stored within "computer systems"; or

2. Unauthorized computer code or program that:

   a. Deletes, distorts, corrupts or manipulates "computer programs", content, instructions or other electronic or digital data, or otherwise results in damage to

---

CL CP 00 32 10 18              Includes copyrighted material of Insurance Services              **Page 25 of 26**
                                          Office, Inc., with its permission

computers or "computer systems" or networks to which it is introduced;

**b.** Replicates itself, impairing the performance of computers or "computer systems" or networks; or

**c.** Gains remote control access to data and programming within computers or "computer systems" or networks to which it is introduced, for users other than those intended for authorized use of the computers or "computer systems" or networks.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**CL CP 00 32 10 18**

# PREMIER CHOICE PROPERTY ENHANCEMENT SCHEDULE

This Schedule provides supplementary information to be used with the following:

PREMIER CHOICE PROPERTY ENHANCEMENT

The following Schedule is a summary of the Limits of Insurance for the various coverage provisions provided by the Premier Choice Property Enhancement. There is no coverage provided by this Schedule. This Schedule is subject to the provisions, conditions, and exclusions of the policy to which it is attached.

| Coverage | Limits Of Insurance Per Occurrence |
|---|---|
| Accounts Receivable | $100,000 |
| Brands and Labels | $25,000 or BPP Limit - lesser of |
| Broadened Premises Boundary | 1,000 Feet |
| Business Personal Property - Seasonal Increase | 25% |
| Consequential Loss To Stock | $50,000 |
| Debris Removal (Additional Debris Removal Expense) | $100,000 |
| Discharge From Sewers, Drains or Sumps | $10,000 |
| Computer Equipment Including Electronic Data | $50,000 |
| Laptop or Mobile Device(s) (while in transit or away from described premises) | $5,000 |
| Employee Theft (Including ERISA) | $50,000 |
| Expediting Expense | $50,000 |
| Fine Arts at Market Value | $25,000 |
| Fire Department Service Charge | $25,000 |
| Fire Protection Equipment Recharge | $25,000 |
| Forgery or Alteration | $25,000 |
| Foundations, Underground Pipes, Flues or Drains | Included in the Building Limit of the Described Premises |
| Leasehold Interest - Improvements And Betterments | $25,000 |
| Loss Data Preparation Cost | $25,000 |
| Lost Key Consequential Loss | $25,000 |
| Money and Securities<br>  On-Premises<br>  Off-Premises | <br>$25,000<br>$15,000 |
| Money Orders and Counterfeit Money | $25,000 |
| Newly Acquired Or Constructed Property | 180 Days Reporting |
| Buildings and/or Business Personal Property | $2,000,000 |

| | |
|---|---|
| Ordinance or Law | |
| Undamaged Portion of Building | Included in the Building Limit of the Described Premises |
| Demolition Cost and Increased Cost of Construction | $100,000 |
| Outdoor Property | $50,000 |
| Per Tree, Shrub Or Plant Sublimit | $1,000 |
| Outdoor Signs | $25,000 |
| Personal Effects And Property Of Others | $25,000 |
| Pollutant Clean Up And Removal | $50,000 |
| Preservation Of Property | 90 Days |
| Property in the Care, Custody and Control Of Salespersons | $15,000 |
| Property Off-Premises and In Transit | $50,000 |
| Reward Payment | $25,000 |
| Spoilage | $25,000 |
| Temporary Relocation of Property (Renovation And Remodeling) | $50,000 |
| Tenants Exterior Building Glass | Included in the Business Personal Property Limit of the Described Premises |
| Theft Damage to Leased Buildings | $15,000 |
| Theft of Furs, Fur Garments and Garments Trimmed in Fur | $10,000 |
| Theft of Jewelry, Watches, Semiprecious Metals | $10,000 |
| Theft of Patterns, Dies, Molds And Forms | Included in the Business Personal Property Limit of the Described Premises |
| Theft of Stamps, Tickets Held For Sale | $2,500 |
| Utility Services - Direct Damage | $25,000 |
| Valuable Papers And Records (Other Than Electronic Data) | $100,000 |

Includes copyrighted material of Insurance Services Offices, Inc., with its permission

CL CP 00 33 DS 09 15

**COMMERCIAL PROPERTY**
**CL CP 05 07 10 18**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PREMIER CHOICE BUSINESS INCOME (AND EXTRA EXPENSE) ACTUAL LOSS SUSTAINED

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
COMMERCIAL PROPERTY CONDITIONS

The provisions of the Business Income (and Extra Expense) Coverage Form and the Commercial Property Conditions apply except as otherwise provided in this endorsement.

**I.** **Changes to the Business Income (and Extra Expense) Coverage**

**A.** **Broadened Premises Boundary**

Any reference to distance from the described premises is changed from 100 feet to 1,000 feet.

**B.** The **Additional Coverages** in the **Coverage** Section are amended as follows:

**1.** **Extended Business Income** is amended as follows:

The number of days under paragraphs **(1)(b)(ii)** and **(2)(b)(ii)** is replaced by the number of days shown in the Premier Choice Business Income (And Extra Expense) Schedule.

**2.** **Civil Authority** is amended as follows:

Civil Authority Coverage for Business Income will begin after the time of the first action of civil authority that prohibits access to the described premises, subject to the number of hours shown in the Premier Choice Business Income (And Extra Expense) Schedule.

All other terms and conditions of this provision remain unchanged.

**3.** **Interruption Of Computer Operations** is amended as follows:

The most we will pay under this Additional Coverage is increased to the amount shown in the Premier Choice Business Income (And Extra Expense) Schedule.

All other terms and conditions of this provision remain unchanged.

**4.** **Business Income From Dependent Properties** is added as follows:

**a.** We will pay:

**(1)** For the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to "dependent property" caused by or resulting from a Covered Cause of Loss and/or;

**(2)** The necessary Extra Expense you incur due to the direct physical loss of or damage to property at the premises of a "dependent property" caused by or resulting from a Covered Cause of Loss.

However, coverage under this Additional Coverage does not apply when the only loss to "dependent property" is loss or damage to electronic data, including destruction or corruption of electronic data. If the "dependent property" sustains loss or damage to electronic data and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

**b.** Under this Additional Coverage, the definition of Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to premises of any

"dependent property" caused by or resulting from a Covered Cause of Loss:

**(1)** To avoid or minimize the "suspension" of business and to continue "operations"; or

**(2)** To minimize the "suspension" of business if you cannot continue "operations".

**c.** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations" in whole or in part by using any other available:

**(1)** Source of materials; or

**(2)** Outlets for your products.

**d.** With respect to the coverage provided by this Additional Coverage, the following supersedes any provision to the contrary:

We do not cover loss of Business Income or Extra Expense incurred that arises out of loss or damage at the premises of a "dependent property" which is located outside the Coverage Territory.

**e.** For the purpose of this Additional Coverage, the definition of "Period of Restoration" is amended to include "dependent property".

**f.** The most we will pay under this Additional Coverage, for the sum of the loss of Business Income and Extra Expense incurred, is the amount shown in the Premier Choice Business Income (And Extra Expense) Schedule.

**5. Contract Penalty Clause** is added as follows:

**a.** We will pay the contract penalties you are required to pay to your customers as a result of any written clause in your contract for failure to timely deliver your product or service according to the contract terms, provided the contract was executed prior to the loss or damage.

**b.** The most we will pay in any one occurrence for all contract penalties,

resulting from direct physical loss or damage by a Covered Cause of Loss to property at the described premises, is the amount shown in the Premier Choice Business Income (And Extra Expense) Schedule.

**6. Food Contamination Coverage** is added as follows:

**a.** If a premises described in the Declarations is ordered closed by the Board of Health or any other governmental authority as a result of the discovery or suspicion of "food contamination"; or
If there is an announcement as a result of the discovery or suspicion of "food contamination" at the described premises, we will pay:

**(1)** Your expense to clean your equipment as required by the Board of Health or any other governmental authority;

**(2)** Your cost to replace the food which is, or is suspected to be, contaminated;

**(3)** Your expense to provide necessary medical tests or vaccinations for your employees (including temporary and leased employees) who are potentially infected by the "food contamination". However, we will not pay for any expense that is otherwise covered under a Workers' Compensation Policy;

**(4)** Your reasonable expenses incurred for inoculation of your restaurant patrons by a licensed medical professional because of "food contamination" alleged by such patrons to have been transmitted or caused by ingestion of your food. However, this coverage does not apply to you, or your employees (including temporary or leased employees), members or either's household, unless they are an affected patron;

**(5)** Additional advertising expenses you incur to restore your reputation; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission    **CL CP 05 07 10 18**

**(6)** The loss of Business Income you sustain due to the necessary "suspension" of your "operations" as a result of the "food contamination".

The coverage for Business Income will begin 24 hours after you receive notice of an announcement or a notice of closing from the Board of Health or any other governmental authority.

**b.** The Limit shown in the Premier Choice Business Income (And Extra Expense) Schedule is an annual aggregate limit and as such is the most we will pay for the total of all covered loss and expense caused by all occurrences in a 12-month period (starting with the beginning of the present annual policy period), regardless of the number of occurrences during that period of time. Thus, if the first occurrence does not exhaust the applicable Limit, then the balance of that Limit is available for a subsequent occurrence. If an occurrence begins during one annual policy period and ends during the following annual policy period, any Limit applicable to the following annual policy period will not apply to that occurrence.

**c.** We will not pay any fines or penalties levied against you by the Board of Health or any other governmental authority as a result of the discovery or suspicion of "food contamination" at the described premises.

**d.** With respect to this Additional Coverage, any exclusion of virus or bacteria in this policy does not apply.

**C.** The **Coverage Extension** in the **Coverage** Section is deleted and replaced by the following:

**Coverage Extensions:**

**1. Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverage to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Coverage Extension, for the sum of Business Income loss and Extra Expense incurred at each location, is amount shown in the Premier Choice Business Income (And Extra Expense) Schedule.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 180 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

**2. Ordinance or Law - Increased Period of Restoration**

**a.** If a Covered Cause of Loss occurs to building(s) at the premises described in the Declarations, resulting in a "suspension" of "operations" covered under this policy, the "period of restoration" is extended to include the increased period required to comply with the minimum standards of an ordinance or law, provided that the ordinance or law:

**(1)** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**(2)** Is in force at the time of loss; or the ordinance or law is enacted within 90 days after the time of covered loss or prior to the commencement of reconstruction or repair, whichever occurs first; and

**(3)** Provided that such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.

**b.** Coverage is not extended, under this Coverage Extension, to include loss caused by or resulting from the

enforcement of or compliance with any ordinance or law which requires:

**(1)** The demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(2)** Any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**c.** We will not pay for coverage under this Coverage Extension for loss due to any ordinance or law:

**(1)** You were required to comply with before the loss, even if the building was undamaged; and

**(2)** You failed to comply with.

**d.** The **Ordinance or Law - Increased Period of Restoration,** when shown as Included in the Premier Choice Business Income (And Extra Expense) Schedule, is part of, not in addition to, the Limit of Insurance shown for Business Income coverage as applicable to the described premises.

**3. Utility Services - Time Element**

**a.** You may extend your Business Income and Extra Expense Coverage to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to property not on the described premises that provides a service shown below in paragraph **c.**

**b.** The Coverage Extension Utility Services - Time Element does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or

damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this Coverage Extension applies.

**c.** Utility Services include:

**(1)** Water Supply Property, meaning the following types of property supplying water to the described premises:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2)** Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

Coverage under this Extension does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

**(3)** Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

**(a)** Communication transmission lines, including optic fiber transmission lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays except satellites.

Coverage under this Extension does not include overhead transmission lines which serve to transmit communication service.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**(4)** Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines.

Coverage under this Extension does not include overhead transmission lines which serve to transmit power.

**d.** As used in this endorsement, the term transmission lines includes all lines which serve to transmit communications service or power, including lines which may be identified as distribution lines.

**e.** We will only pay for loss you sustain after the first 24 hours following the direct physical loss or damage to the property described above. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, at each described premise is the amount shown in the Premier Choice Business Income (And Extra Expense) Schedule.

**f.** The Utility Services - Time Element Limit Of Insurance, as shown in the Premier Choice Business Income (And Extra Expense) Schedule, is part of, not in addition to, the Limit Of Insurance shown for Business Income coverage as applicable to the described premises.

**D.** The **Limits Of Insurance** Section is deleted and replaced by the following:

**Limits of Insurance**

We will only pay for loss of Business Income you sustain and necessary Extra Expense you incur during the "period of restoration" and that occurs within the number of consecutive months shown in the Premier Choice Business Income (And Extra Expense) Schedule, after the date of direct physical loss or damage.

The limit shown in the Premier Choice Business Income (And Extra Expense) Schedule is the most we will pay for the following Additional Coverages or Coverage Extensions:

**1.** Utility Service - Time Element;

**2.** Business Income From Dependent Properties;

**3.** Interruption of Computer Operations;

**4.** Contract Penalty Clause;

**5.** Food Contamination Coverage; or

**6.** Newly Acquired Locations Business Income.

**E.** The **Additional Condition - Coinsurance** Section is deleted.

**F.** The **Optional Coverages** Section is deleted.

**II. Changes to the Commercial Property Conditions**

With respect to this endorsement only, section **G. Other Insurance** of the **Commercial Property Conditions**, is deleted and replace by the following:

If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit Of Insurance.

**III. Definitions** Section is amended as follows:

**A.** "Dependent property" means property operated by others whom you depend on to:

**1.** Deliver materials or services to you, or to others for your account (Contributing Locations). But any property which delivers any of the following services is not a Contributing Location with respect to such services:

**a.** Water Supply services;

**b.** Power supply services;

**c.** Wastewater removal services; or

**d.** Communication supply services, including services relating to Internet access or access to any electronic network;

**2.** Accept your products or services (Recipient Locations);

**CL CP 05 07 10 18**      Includes copyrighted material of Insurance Services Office, Inc., with its permission      **Page 5 of 6**

**3.** Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

**4.** Attract customers to your business (Leader Locations).

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a "dependent property".

**B.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**C.** "Food Contamination" means an outbreak of food poisoning or food-related illness of one or more persons arising out of:

**1.** Tainted food you distributed or purchased;

**2.** Food which has been improperly processed, stored, handled, or prepared in the course of your business operations; or

**3.** Food which has been contaminated by virus or bacteria transmitted through one or more of your employees, including temporary and leased employees.

**D.** "Period of Restoration", paragraph 3.a.(1) is amended as follows:

72 hours, unless a different number of hours is shown in the Premier Choice Business Income (And Extra Expense) Schedule, after the time of direct physical loss or damage for Business Income Coverage; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission
**CL CP 05 07 10 18**

# PREMIER CHOICE BUSINESS INCOME (AND EXTRA EXPENSE) SCHEDULE

This Schedule provides supplementary information to be used with the following:

    PREMIER CHOICE BUSINESS INCOME (AND EXTRA EXPENSE) ACTUAL LOSS SUSTAINED
    PREMIER CHOICE BUSINESS INCOME (AND EXTRA EXPENSE) ENHANCEMENT

The following Schedule is a summary of the Limits of Insurance for the various coverage provisions provided by the Premier Choice Business Income (And Extra Expense) form attached to the policy. There is no coverage provided by this Schedule. This Schedule is subject to the provisions, conditions, and exclusions of the policy to which it is attached.

| Coverage | Limit Of Insurance Per Occurrence |
|---|---|
| Business Income (And Extra Expense) - Actual Loss Sustained | Maximum 12 Months |
| Business Income From Dependent Properties | $25,000 |
| Civil Authority | 4 Weeks |
| Contract Penalty Clause | $5,000 |
| Extended Business Income | 60 Days |
| Food Contamination Coverage | $25,000 Annual Aggregate |
| Interruption of Computer Operations | $25,000 |
| Newly Acquired Locations | |
|     Business Income | $100,000 |
|     Increased Time to Report | 180 Days |
| Ordinance or Law - Increased Period of Restoration | Included |
| Utility Services - Time Element | $25,000 |
| | |
| **Waiting Period** | |
| Period of Restoration | 72 Hours |
| Civil Authority | 72 Hours |

**COMMERCIAL PROPERTY**
**CL CP 05 12 12 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES - DIRECT DAMAGE OVERHEAD TRANSMISSION OR DISTRIBUTION LINES

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**Schedule**

| Coverage | Limits of Insurance |
|---|---|
| Utility Services Direct Damage Overhead Transmission or Distribution Lines | $25,000 |

The provisions of the **Building And Personal Property Coverage Form** apply except as otherwise provided in this endorsement.

**A. Coverage**
We will pay for loss of or damage to Covered Property caused by an interruption in utility service to the described premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to Overhead Transmission or Distribution Lines that provide the services shown below in paragraph C.

**B. Exception**
Coverage under this endorsement for loss or damage to Covered Property does not apply to loss or damage to:

1. Electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies, or

2. Underground transmission or distribution lines.

**C. Utility Services include:**

1. Communication Supply Services, meaning the following types of property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

   a. Communication transmission lines;

   b. Coaxial cables; and

   c. Microwave radio relays except satellites.

   It does not include underground transmission or distribution lines.

2. Power Supply Services, meaning the following types of property supplying electricity, team or gas to the described premises:

   a. Utility generating plants;

   b. Switching stations;

   c. Substations;

   d. Transformers; and

   e. Transmission lines.

   It does not include underground transmission or distribution lines.

**D.** As used in this endorsement, the term transmission lines includes all overhead lines which serve to transmit communication service or power, including overhead lines which may be identified as distribution lines.

**E.** The most we will pay for loss under this endorsement in any one occurrence is the limit shown in the schedule for Utility Services Direct Damage Overhead Transmission or Distribution Lines.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**F.** The Utility Services Direct Damage Overhead Transmission or Distribution Lines Limit of Insurance shown in the schedule is part of, not in addition to, the Limit of Insurance stated in the Declarations as applicable to the Covered Property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

CL CP 05 12 12 15

COMMERCIAL PROPERTY
CL CP 05 13 12 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES - TIME ELEMENT OVERHEAD TRANSMISSION OR DISTRIBUTION LINES

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

**Schedule**

| Coverage | Limits of Insurance |
|---|---|
| Utility Services Time Element Overhead Transmission or Distribution Lines | $25,000 |

The provisions of the **Business Income (And Extra Expense) Coverage Form** apply except as otherwise provided in this endorsement.

**A. Coverage**

Your coverage for Business Income (And Extra Expense), as provided and limited in the applicable Coverage Form, is extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to Overhead Transmission or Distribution Lines that provide the services shown below in paragraph C.

**B. Exception**

Coverage under this endorsement does not apply to Business Income loss or Extra Expense related to:

1. Interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies, or

2. Underground transmission or distribution lines.

**C. Utility Services include:**

1. Communication Supply Property, meaning the following types of property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

   a. Communication transmission lines;

   b. Coaxial cables; and

   c. Microwave radio relays except satellites.

   Coverage under this Extension does not include underground transmission or distribution lines which serve to transmit communication service.

2. Power Supply Property, meaning the following types of property supplying electricity, team or gas to the described premises:

   a. Utility generating plants;

   b. Switching stations;

   c. Substations;

   d. Transformers; and

   e. Transmission lines.

   Coverage under this Extension does not include underground transmission or distribution lines which serve to transmit power.

**D.** As used in this endorsement, the term transmission lines includes all overhead lines which serve to transmit communication

 Includes copyrighted material of Insurance Services Office, Inc., with its permission

service or power, including overhead lines which may be identified as distribution lines.

E.  We will only pay for loss you sustain after the first 24 hours following the direct physical loss or damage to the property described above. The most we will pay for loss under this Extension, for the sum of Business Income loss and Extra Expense incurred, at each described premises is the limit shown in the schedule for Utility Services Time Element Overhead Transmission or Distribution Lines.

F.  The Utility Services Time Element Overhead Transmission or Distribution Lines Limit of Insurance shown in the schedule is part of, not in addition to, the Limit of Insurance shown for Business Income (And Extra Expense) Coverage as applicable to the described premises.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
CL CP 05 13 12 15

**COMMERCIAL PROPERTY**
**CL CP 05 32 08 18**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# Tenant Property Coverage
# Required by Lease

This endorsement modifies insurance provided under the following:

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**
**CAUSES OF LOSS - SPECIAL FORM**

**SCHEDULE OF COVERAGE**

| Coverage | Annual Aggregate Limit |
|---|---|
| **Tenant Property Coverage Required by Lease** | **$ 25,000 or the Business Personal Property Limit of the Described Premises, whichever is less** |

The provisions of the **Building and Personal Property Coverage Form** apply, except as otherwise provided in this endorsement.

**I.** **Changes to the Building and Personal Property Coverage Form**

**A.** The **Coverage Extensions** are amended to include the following coverage:

**Tenant Property Coverage Required by Lease**:

**1.** For the purposes of this endorsement, if you are a tenant you may extend the coverage for Business Personal Property to include building property other than glass that you do not own and is part of the building where you are a tenant.

**2.** We will pay for direct physical loss of or damage to building property other than glass at the building where you are a tenant caused by or resulting from a Covered Cause of Loss, provided that:

**a.** The building is described in the Declarations and a Business Personal Property Limit applies; and

**b.** You have a contractual liability to pay for the direct physical loss of or damage to such property.

However, we will not pay for direct physical loss or damage resulting from any maintenance including, but not limited to, faulty, inadequate or defective maintenance of part or all of any such property regardless of your contractual liability.

**3.** Insurance under this **Coverage Extension** is excess over any other

insurance available to the building property other than glass that you have a contractual liability for including coverage provided under:

**a.** This Coverage Form;

**b.** A Policy or Endorsement for Your Business Personal Property; or

**c.** A Policy or Endorsement for Personal Property of Others.

**B.** When this **Coverage Extension** applies, the **Limits of Insurance** section is amended to include:

In regards to Tenant Property Coverage Required by Lease, the Annual Aggregate Limit shown in the Schedule above will apply in accordance with the following:

**1.** The Annual Aggregate Limit shown is the most we will pay for all covered losses to the building property other than glass:

**a.** In a one-year term of the Policy Period shown in the Declarations; or

**b.** If the time between the inception of the one-year term of the Policy Period and the termination date of this policy is less than such one-year term, the actual period of coverage of this policy.

No Annual Aggregate Limit or unused portion of such Annual Aggregate Limit during any Policy Period will be cumulative with any other Annual Aggregate Limit applicable to the same coverage during any other one-year or less than one-year term of a Policy Period.

---

CL CP 05 32 08 18

Includes copyrighted material of Insurance Services Office, Inc., with its permission

Upon exhaustion of the Annual Aggregate shown in the Schedule, we will have no further obligations or liability of any kind under this Coverage Extension.

2.  Subject to paragraph **B.1.** above, the most we will pay for any one occurrence is the lesser of:

   a.  The amount for which you are liable under contract;

   b.  The remaining portion of the Annual Aggregate Limit shown in the Schedule above; or

   c.  The Limit shown for Business Personal Property in the Declarations.

3.  The Annual Aggregate Limit shown in the Schedule above is part of, and not in addition to, the Limit(s) of Insurance shown in the Declarations for Business Personal Property.

C.  With respect to the coverage provided by this **Coverage Extension**, the **Deductible** section is amended as follows:

1.  The Deductible applicable under this endorsement is the Deductible shown for Business Personal Property at the premises where you are a tenant and the covered loss occurred

2.  We will not pay for loss in any one occurrence until the amount of the adjusted covered loss, before applying the applicable Annual Aggregate Limit of Insurance, exceeds the Deductible shown for Business Personal Property in the Declarations. We will then pay the amount of the adjusted covered loss in excess of the Deductible, up to the applicable Annual Aggregate Limit shown in the Schedule above.

D.   With respect to the coverage provided by this **Coverage Extension**, the **Valuation** section is amended to add the following:

The valuation of the tenant property required by lease covered under this endorsement will be determined in accordance with the terms of the Valuation Condition indicated in the Declarations for the Business Personal Property at the premises where you are a tenant and the covered loss occurred.

All other provisions, conditions, and exclusions of the policy remain unchanged.

COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**CP 00 10 10 12** © Insurance Services Office, Inc., 2011 **Page 1 of 16**

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

   **(1)** The lowest basement floor; or

   **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

   **(1)** Are licensed for use on public roads; or

   **(2)** Are operated principally away from the described premises.

   This paragraph does not apply to:

      **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

          © Insurance Services Office, Inc., 2011          CP 00 10 10 12

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $    500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $  90,000 |
| Amount of Deductible: | $     500 |
| Amount of Loss: | $  80,000 |
| Amount of Loss Payable: | $  79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $  40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $  10,500 |
| Additional Amount: | $  25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4).** Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

 © Insurance Services Office, Inc., 2011 CP 00 10 10 12

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

CP 00 10 10 12 © Insurance Services Office, Inc., 2011 **Page 5 of 16**

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

Page 6 of 16 © Insurance Services Office, Inc., 2011 CP 00 10 10 12

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

f. **Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

g. **Business Personal Property Temporarily In Portable Storage Units**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

(a) Will end 90 days after the business personal property has been placed in the storage unit;

(b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

B. **Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

C. **Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

 © Insurance Services Office, Inc., 2011

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance – Building 1: | $ 60,000 |
| Limit of Insurance – Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100
– 250
$ 59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

© Insurance Services Office, Inc., 2011

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1);**

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2);** and

**(4)** Subtract the deductible from the figure determined in Step **(3).**

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When:    The value of the property is:

| | |
|---|---:|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $ 100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $ 250,000 |

| | |
|---|---:|
| The Coinsurance percentage for it is: | 90% |
| The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $ 180,000 |
| The Deductible is: | $ 1,000 |

The amount of loss is:

| | |
|---|---:|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

    © Insurance Services Office, Inc., 2011

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

    **(1)** On or after the effective date of this Optional Coverage; and

    **(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

    **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

    **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

    **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| If: | The applicable Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

    **(1)** Personal property of others;

    **(2)** Contents of a residence;

    **(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

    **(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

    **(1)** Until the lost or damaged property is actually repaired or replaced; and

    **(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

    **(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

    **(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3),** subject to **f.** below:

    **(1)** The Limit of Insurance applicable to the lost or damaged property;

    **(2)** The cost to replace the lost or damaged property with other property:

        **(a)** Of comparable material and quality; and

        **(b)** Used for the same purpose; or

    **(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

 © Insurance Services Office, Inc., 2011 **CP 00 10 10 12**

COMMERCIAL PROPERTY
CP 00 30 10 12

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

 © Insurance Services Office, Inc., 2011 CP 00 30 10 12

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

    **(a)** Used in the construction, alterations or additions; or

    **(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

    **(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

    **(b)** Ends on the earlier of:

        **(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

        **(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

    **(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

    **(b)** Ends on the earlier of:

        **(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

        **(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

 © Insurance Services Office, Inc., 2011

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

© Insurance Services Office, Inc., 2011 **CP 00 30 10 12**

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

 © Insurance Services Office, Inc., 2011

3. **Loss Determination**

   a. The amount of Business Income loss will be determined based on:

     (1) The Net Income of the business before the direct physical loss or damage occurred;

     (2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

     (3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

     (4) Other relevant sources of information, including:

       (a) Your financial records and accounting procedures;

       (b) Bills, invoices and other vouchers; and

       (c) Deeds, liens or contracts.

   b. The amount of Extra Expense will be determined based on:

     (1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

       (a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

       (b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

     (2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

   c. **Resumption Of Operations**

     We will reduce the amount of your:

     (1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

     (2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

   d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

4. **Loss Payment**

   We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

   a. We have reached agreement with you on the amount of loss; or

   b. An appraisal award has been made.

D. **Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

1. The Coinsurance percentage shown for Business Income in the Declarations; times

2. The sum of:

   a. The Net Income (Net Profit or Loss before income taxes), and

   b. Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

 © Insurance Services Office, Inc., 2011 CP 00 30 10 12

Instead, we will determine the most we will pay using the following steps:

Step **(1):** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2):** Divide the Limit of Insurance for the described premises by the figure determined in Step **(1);** and

Step **(3):** Multiply the total amount of loss by the figure determined in Step **(2).**

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight – outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 150,000

The amount of loss is: $ 80,000

Step **(1):** $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $150,000 ÷ $200,000 = .75

Step **(3):** $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 200,000

The amount of loss is: $ 80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**(2)** The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**(1)** The Limit of Insurance, multiplied by

**(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example**

| When: | The Limit of Insurance is: | $ 120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |
| | If, in this example, the actual amount of loss is: | |
| | Days 1–30: | $ 40,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 90,000 |
| | We will pay: | |
| | Days 1–30: | $ 30,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

**a.** To activate this Optional Coverage:

**(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

**(a)** During the 12 months prior to the date of the Work Sheet; and

**(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

**(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

**(a)** The Coinsurance percentage shown in the Declarations; multiplied by

**(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

**(1)** 12 months after the effective date of this Optional Coverage; or

**(2)** The expiration date of this policy;

whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit of Insurance; divided by

**(2)** The Agreed Value.

**Example**

| When: | The Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1):** $100,000 ÷ $200,000 = .50

Step **(2):** .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

 © Insurance Services Office, Inc., 2011

**F. Definitions**

1. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   a. Your business activities occurring at the described premises; and

   b. The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time that:

   a. Begins:

      (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

      (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down, of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   b. Continuing normal operating expenses incurred in connection with that premises, including:

      (1) Payroll; and

      (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   a. The slowdown or cessation of your business activities; or

   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

**2.** The coverage territory is:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   **a.** Someone insured by this insurance;

   **b.** A business firm:

      **(1)** Owned or controlled by you; or

      **(2)** That owns or controls you; or

   **c.** Your tenant.

This will not restrict your insurance.

    Copyright, ISO Commercial Risk Services, Inc.,  1983, 1987    **CP 00 90 07 88**    ☐

**COMMERCIAL PROPERTY**
**CP 01 40 07 06**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

   **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

   **2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

**COMMERCIAL PROPERTY**
**CP 10 30 09 17**

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B. Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of or compliance with any ordinance or law:

   **(1)** Regulating the construction, use or repair of any property; or

   **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

     **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

     **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   **(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

   **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

     **(a)** Airborne volcanic blast or airborne shock waves;

     **(b)** Ash, dust or particulate matter; or

     **(c)** Lava flow.

   With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4),** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

    © Insurance Services Office, Inc., 2016    CP 10 30 09 17

But if any of the above, in Paragraphs **(1)** through **(5),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   (1) You do your best to maintain heat in the building or structure; or

   (2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

   This exclusion:

   (1) Applies whether or not an act occurs during your normal hours of operation;

   (2) Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, including any of the following conditions of property or any part of the property:

   (1) An abrupt falling down or caving in;

   (2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

   (3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

   But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, k., does not apply:

   (a) To the extent that coverage is provided under the Additional Coverage, Collapse; or

   (b) To collapse caused by one or more of the following:

      (i) The "specified causes of loss";

      (ii) Breakage of building glass;

      (iii) Weight of rain that collects on a roof; or

      (iv) Weight of people or personal property.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

   This exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

      (1) Planning, zoning, development, surveying, siting;

      (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      (3) Materials used in repair, construction, renovation or remodeling; or

      (4) Maintenance;

    © Insurance Services Office, Inc., 2016

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**CP 10 30 09 17** © Insurance Services Office, Inc., 2016 **Page 5 of 10**

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   g. Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

      (1) Dampness or dryness of atmosphere or of soil supporting the vegetation;

      (2) Changes in or extremes of temperature;

      (3) Disease;

      (4) Frost or hail; or

      (5) Rain, snow, ice or sleet.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

© Insurance Services Office, Inc., 2016  **CP 10 30 09 17**

**(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

(1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

(2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

E. **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

a. A "specified cause of loss" other than fire or lightning; or

b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2016

CP 10 30 09 17

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

   a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

   **1. Property In Transit**

   This Extension applies only to your personal property to which this form applies.

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   b. Loss or damage must be caused by or result from one of the following causes of loss:

      (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

      (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

      (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   c. The most we will pay for loss or damage under this Extension is $5,000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

   **2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

 © Insurance Services Office, Inc., 2016

**3. Glass**

   **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   **b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

   This Coverage Extension **F.3.** does not increase the Limit of Insurance.

**G. Definitions**

   **1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

   **2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

   **(1)** The cost of filling sinkholes; or

   **(2)** Sinking or collapse of land into man-made underground cavities.

   **b.** Falling objects does not include loss or damage to:

   **(1)** Personal property in the open; or

   **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   **c.** Water damage means:

   **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

   **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe caused by wear and tear, when the pipe is located off the described premises and is connected to or is part of a potable water supply system or sanitary sewer system operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

   But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

   To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

 © Insurance Services Office, Inc., 2016 **CP 10 30 09 17**

COMMERCIAL PROPERTY
CP 10 40 10 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EARTHQUAKE AND VOLCANIC ERUPTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** This endorsement applies to the Covered Property and Coverages for which an Earthquake – Volcanic Eruption Limit Of Insurance is shown in the Declarations.

**C. Additional Covered Causes Of Loss**

**1.** The following are added to the Covered Causes Of Loss:

  **a.** Earthquake.

  **b.** Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

**2.** If the Declarations indicate that this endorsement covers Earthquake – Sprinkler Leakage Only, then the Covered Causes of Loss in Paragraph **C.1.** of this endorsement do not apply, and the following apply instead:

  **a.** Sprinkler Leakage resulting from Earthquake.

  **b.** Sprinkler Leakage resulting from Volcanic Eruption. Volcanic Eruption means the eruption, explosion or effusion of a volcano.

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

**D. Exclusions, Limitations And Related Provisions**

**1.** The Exclusions and Limitation(s) sections of the Causes Of Loss Form (and the Exclusions section of the Mortgageholders Errors And Omissions Coverage Form and the Standard Property Policy) apply to coverage provided under this endorsement, except as provided in **D.2.** and **D.3.** below.

**2.** To the extent that the Earth Movement Exclusion might conflict with coverage provided under this endorsement, the Earth Movement Exclusion does not apply.

**3.** The exclusion of collapse, in the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to collapse caused by Earthquake or Volcanic Eruption.

**4.** The Additional Coverage – Collapse, in the Causes Of Loss – Broad Form, Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to the coverage provided under this endorsement. This endorsement includes coverage for collapse caused by Earthquake or Volcanic Eruption.

**5.** We will not pay for loss or damage caused directly or indirectly by tidal wave or tsunami, even if attributable to an Earthquake or Volcanic Eruption.

**6.** We will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

**7.** The Ordinance Or Law Exclusion in this Coverage Part continues to apply with respect to any loss under this Coverage Part including any loss under this endorsement, unless Ordinance Or Law Coverage is added by endorsement.

8. We will not pay for loss of or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying the Property Damage Deductible applicable to this endorsement.

This limitation, **D.8.,** does not apply if:

a. The Declarations indicate that the "Including Masonry Veneer" option applies or the premises description in the Declarations specifically states "Including Masonry Veneer"; or

b. Less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco).

9. Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land.

**E. Property Damage Deductible**

1. The provisions of Section **E.3.** of this endorsement are applicable to all Coverage Forms except:

a. Business Income (And Extra Expense) Coverage Form;

b. Business Income (Without Extra Expense) Coverage Form;

c. Extra Expense Coverage Form.

2. If the Declarations indicate that this endorsement covers Earthquake – Sprinkler Leakage Only, then the Deductible set forth in Section **E.3.** of this endorsement does not apply to such coverage. The applicable Deductible for such coverage is the same Deductible that applies to Fire.

3. The Deductible, if any, in this Coverage Part is replaced by the following with respect to Earthquake and Volcanic Eruption:

**a. All Policies**

(1) The Deductible provisions apply to each Earthquake or Volcanic Eruption.

(2) Separate Deductibles are calculated for, and apply to, each building, personal property at each building and personal property in the open. Deductibles are separately calculated and applied even if:

(a) Two or more buildings sustain loss or damage;

(b) Personal property at two or more buildings sustains loss or damage; and/or

(c) A building and the personal property in that building sustain loss or damage.

(3) We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, Additional Condition – Need For Adequate Insurance or Additional Condition – Need For Full Reports.

(4) When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Declarations for any described premises.

(5) If there is loss or damage caused by Earthquake or Volcanic Eruption, and loss or damage caused by a Cause of Loss (e.g., fire) that is covered by means of an exception to the Earth Movement Exclusion, then the only applicable Deductible provisions are those stated in this endorsement.

Page 2 of 5                    © Insurance Services Office, Inc., 2011                    **CP 10 40 10 12**

**b. Calculation Of The Deductible – Specific Insurance Other Than Builders Risk**

**(1) Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the Limit of Insurance applicable to the property that has sustained loss or damage.

**(2) Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is the latest value shown in the most recent Report of Values on file with us.

However:

**(a)** If the most recent Report of Values shows less than the full value of the property on the report dates, we will determine the deductible amount as a percentage of the full value as of the report dates.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit of Insurance.

**c. Calculation Of The Deductible – Blanket Insurance Other Than Builders Risk**

**(1) Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is that shown in the most recent Statement of Values on file with us.

**(2) Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of that property as of the time of loss or damage.

**d. Calculation Of The Deductible – Builders Risk Insurance**

**(1) Builders Risk Other Than Reporting Form**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the actual cash value of that property as of the time of loss or damage.

**(2) Builders Risk Reporting Form**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is the actual cash value shown in the most recent Report of Values on file with us.

However:

**(a)** If the most recent Report of Values shows less than the actual cash value of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value as of the report date.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value of the property as of the time of loss or damage.

**F. Examples – Application Of Deductible In E.3.:**

### EXAMPLE 1 – SPECIFIC INSURANCE (E.3.b.(1))

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 5%.

Step **(1):** $70,000 ÷ $80,000 = .875

Step **(2):** $60,000 X .875 = $52,500

Step **(3):** $70,000 X 5% = $3,500

Step **(4):** $52,500 – $3,500 = $49,000

The most we will pay is $49,000. The remainder of the loss, $11,000, is not covered due to the Coinsurance penalty for inadequate insurance (steps **(1)** and **(2)**) and the application of the Deductible (steps **(3)** and **(4)**).

### EXAMPLE 2 – SPECIFIC INSURANCE (E.3.b.(1))

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of loss is $100,000. The value of the business personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

The Deductible is 10%.

**Building 1**

Step **(1):** $80,000 X 10% = $8,000

Step **(2):** $60,000 – $8,000 = $52,000

**Business Personal Property**

Step **(1):** $64,000 X 10% = $6,400

Step **(2):** $40,000 – $6,400 = $33,600

The most we will pay is $85,600. That portion of the total loss not covered due to application of the Deductible is $14,400.

### EXAMPLE 3 – BLANKET INSURANCE (E.3.c.(1))

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $60,000 (Building 2).

The Deductible is 5%.

**Building 1**

Step **(1):** $500,000 X 5% = $25,000

Step **(2):** $40,000 – $25,000 = $15,000

**Building 2**

Step **(1):** $500,000 X 5% = $25,000

Step **(2):** $60,000 – $25,000 = $35,000

The most we will pay is $50,000. That portion of the total loss not covered due to application of the Deductible is $50,000.

### EXAMPLE 4 – BLANKET INSURANCE (E.3.c.(1))

The sum of the values of Building 1 ($500,000), Building 2 ($500,000), Business Personal Property at Building 1 ($250,000) and Business Personal Property at Building 2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings 1 and 2 and Business Personal Property at Buildings 1 and 2, shown in the Declarations, is $1,350,000. Therefore there is no Coinsurance penalty.

 © Insurance Services Office, Inc., 2011 **CP 10 40 10 12**

Building 1 and Business Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

**Building**

Step **(1):**    $500,000 X 10% = $50,000

Step **(2):**    $95,000 – $50,000 = $45,000

**Business Personal Property**

Step **(1):**    $250,000 X 10% = $25,000

The loss, $5,000, does not exceed the deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000, is not covered due to application of the Deductible. There is no loss payment for the business personal property.

**G. Business Income And Extra Expense Period Of Restoration**

This Section **G.** is applicable only to the Coverage Forms specified below:

**1.** Business Income (And Extra Expense) Coverage Form;

**2.** Business Income (Without Extra Expense) Coverage Form;

**3.** Extra Expense Coverage Form.

The "period of restoration" definition stated in the Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each Earthquake or Volcanic Eruption. A single Earthquake or Volcanic Eruption is defined in Section **C.** of this endorsement.

COMMERCIAL PROPERTY
CP 12 18 10 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Location Number:<br>1 | Building Number:<br>1 | Applicable Clause<br>(Enter C.1., C.2., C.3. or C.4.):<br>C.1. |
|---|---|---|
| **Description Of Property:**<br><br>**Loss Payee Name:** Enterprise Bank & Trust<br><br>**Loss Payee Address:** 1281 N Warson Rd<br>St. Louis MO 63132 | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest

in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

CP 12 18 10 12 © ISO Properties, Inc., 2011 Page 1 of 2

(a) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(b) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(c) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

(4) If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(a) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(b) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

c. If we cancel this policy, we will give written notice to the Loss Payee at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

d. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

3. **Contract Of Sale Clause**

a. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

b. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

(1) Adjust losses with you; and

(2) Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

c. The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

a. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

b. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

c. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

© Insurance Services Office, Inc., 2011        CP 12 18 10 12

**COMMERCIAL PROPERTY**
**CP 15 10 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PAYROLL LIMITATION OR EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

**SCHEDULE**

| **Premises Number:**   1 | **Building Number:**   1 |
|---|---|

☒ **Payroll Expense Limitation  Number Of Days:** 90

☐ **Payroll Expense Exclusion**

The following are subject to the provisions of this endorsement if so indicated in this Schedule:

☒ All employees and job classifications including officers, executives, management personnel and contract employees

☐ All employees and job classifications other than officers, executives, management personnel and contract employees

☐ All employees and job classifications (including officers, executives, management personnel and contract employees), **except:**

☐ Only the following job classifications and/or employees:

| **Premises Number:**   1 | **Building Number:**   2 |
|---|---|

☒ **Payroll Expense Limitation  Number Of Days:** 90

☐ **Payroll Expense Exclusion**

The following are subject to the provisions of this endorsement if so indicated in this Schedule:

☒ All employees and job classifications including officers, executives, management personnel and contract employees

☐ All employees and job classifications other than officers, executives, management personnel and contract employees

☐ All employees and job classifications (including officers, executives, management personnel and contract employees), **except:**

☐ Only the following job classifications and/or employees:

**CP 15 10 10 12**          © Insurance Services Office, Inc., 2011          **Page 1 of 2**

| Premises Number:    2 | Building Number:    1 |
|---|---|

☒    **Payroll Expense Limitation  Number Of Days:** 90

☐    **Payroll Expense Exclusion**

The following are subject to the provisions of this endorsement if so indicated in this Schedule:

☒    All employees and job classifications including officers, executives, management personnel and contract employees

☐    All employees and job classifications other than officers, executives, management personnel and contract employees

☐    All employees and job classifications (including officers, executives, management personnel and contract employees), **except:**

☐    Only the following job classifications and/or employees:

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** In the Business Income (And Extra Expense) Coverage Form and the Business Income (Without Extra Expense) Coverage Form, Business Income includes continuing normal operating expenses, including payroll, subject to all applicable policy provisions.

If the Payroll Expense Limitation is indicated in the Schedule, then Business Income includes payroll expense only up to the number of days shown, with respect to the job classifications and/or employees subject to the provisions of this endorsement. The number of days need not be consecutive but must fall within the "period of restoration" or extension of the "period of restoration" if an extension is provided under this policy.

If the Payroll Expense Exclusion is indicated in the Schedule, then payroll expense is excluded from Business Income with respect to the job classifications and/or employees indicated in the Schedule.

**B.** In determining the operating expenses for the policy year for Coinsurance purposes, payroll expenses will include only those incurred during the number of days shown in the Schedule. If payroll expenses for the policy year vary during the year, the period of greatest payroll expenses will be used.

**C.** Payroll expenses include:

1. Payroll;

2. Special compensation such as bonuses and other incentive compensation;

3. Employee benefits, if directly related to payroll;

4. FICA payments you pay;

5. Union dues you pay; and

6. Workers' compensation premiums.

    © Insurance Services Office, Inc., 2011    CP 15 10 10 12

IL 01 05 10 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – POLLUTION

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> FARM COVERAGE PART
> FARM UMBRELLA LIABILITY POLICY
> STANDARD PROPERTY POLICY

In this Coverage Part or Policy, any exclusion, limitation or other provision relating to pollutants ("pollutants"), or any amendment to or replacement of such exclusions, limitations or other provisions, applies whether or not the irritant or contaminant has any function in or on your business, operations, premises, site or location.

IL 01 05 10 08                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**     ☐

**COMMERCIAL GENERAL LIABILITY**
**B CG DS 01 10 01**

**Issuing Company:** Acadia Insurance Company, 11201 Douglas Ave, Des Moines, IA  50306-1594
**Claim Handling Office:** P.O. Box 1594, Des Moines, IA 50306-1594; 800-235-2942
**After Hours Claim Reporting:** 866-232-6724
**Underwriting Servicing Office:** 11201 Douglas Avenue, Urbandale, IA 50322; 800-235-2942

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

**Policy No.:** CPA  3182984 - 24
Previous Policy No.: 3182984-23

| NAMED INSURED AND ADDRESS | AGENCY NAME AND ADDRESS | 41357 |
|---|---|---|
| Arctic Ice Inc | (636)271-2481 | |
| 1498 Kinark Dr | NEC Insurance Inc | |
| Saint Louis, MO 63132 | 308 Noonan Drive | |
| | Pacific, MO 63069 | |

**POLICY PERIOD**

Policy Period:  From 03/31/2021 to 03/31/2022 at 12:01 A.M. Standard Time at your mailing address shown above.

Form of Business:
Individual_____    Partnership_____    Joint Venture___    Trust____    Limited Liability Company_____
Organization, including a corporation (but not including a partnership, joint venture or limited liability company)__X__

**TOTAL ADVANCE PREMIUM          $  5,581**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $   1,000,000 | |
| Damage to Premises Rented to You Limit | $      300,000 | Any One Premises |
| Medical Expense Limit | $        10,000 | Any One Person |
| Personal & Advertising Injury Limit | $   1,000,000 | Any One Person or Organization |
| General Aggregate Limit | $   2,000,000 | |
| (Other Than Products-Completed Operations) | | |
| Products-Completed Operations Aggregate Limit | $   2,000,000 | |

**Location of All Premises You Own, Rent or Occupy:**

*See attached "Schedule of Locations"*

B CG DS 01 10 01     Includes copyrighted material of Insurance Services Offices, Inc., with its permission     **Page 1 of 2**

**Policy No.:**    CPA  3182984 - 24

---

**CLASSIFICATION & PREMIUM**

The Premium & Classifications are subject to change by audit.  Audit period:  ANNUALLY

| Classification | Code No. | Premium Base | Rate Prem/ Ops | Rate Prod/ Comp Ops | Advance Premium Prem/ Ops | Advance Premium Prod/ Comp Ops | Other |
|---|---|---|---|---|---|---|---|
| **Missouri** | | | | | | | |
| **Location #1** | | | | | | | |
| Ice Dealers and Distributors - Products-completed operations are subject to the General Aggregate Limit | 14405 | 4,548,320 Gross Sales | 1.103 | | $5,017 | | |
| **Missouri** | | | | | | | |
| **Location #2** | | | | | | | |
| Warehouses - private (Other than Not-For-Profit) - Products-completed operations are subject to the General Aggregate Limit | 68706 | 5,000 Area | 14.112 | | $71 | | |
| Premium for Endorsements | | | | | | | **$438** |
| Premium for Terrorism | | | | | | | **$55** |
| **Total Advance Premium** | | | | | | **$5,581** | |

---

# FORMS ATTACHED TO THIS POLICY

*See attached "Schedule of Forms and Endorsements"*

Includes copyrighted material of Insurance Services Offices, Inc., with its permission    **B CG DS 01 10 01**

**COMMERCIAL GENERAL LIABILITY**
**CL CG FS 01 09 08**

Policy Number: **CPA 3182984 - 24**

# SCHEDULE OF FORMS AND ENDORSEMENTS

The following Declarations, Coverage Forms, Conditions, and Endorsements are applicable to:

## Commercial General Liability

| Number | Edition | Description |
|---|---|---|
| B CG DS 01 | 10-2001 | Commercial General Liability Declarations |
| CL CG FS 01 | 09-2008 | Schedule of Forms and Endorsements |
| CG 00 01 | 04-2013 | Commercial General Liability Coverage Form |
| CG 01 34 | 08-2003 | Missouri Changes - Pollution Exclusion |
| CG 04 35 | 12-2007 | Employee Benefits Liability Form |
| CG 21 06 | 05-2014 | Exclusion - Access or Disclosure of Confidential Or Personal Information and Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 09 | 06-2015 | Exclusion - Unmanned Aircraft |
| CG 21 32 | 05-2009 | Communicable Disease Exclusion |
| CG 21 46 | 07-1998 | Abuse Or Molestation Exclusion |
| CG 21 47 | 12-2007 | Employment Related Practices Exclusion |
| CG 21 67 | 12-2004 | Fungi Or Bacteria Exclusion |
| CG 21 71 | 01-2015 | Exclusion of Other Acts of Terrorism Committed Outside The United States; Cap on Losses From Certified Acts of Terrorism |
| CG 21 76 | 01-2015 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism |
| CG 21 96 | 03-2005 | Silica Or Silica - Related Dust Exclusion |
| CG 25 03 | 05-2009 | Designated Construction Project(s) General Aggregate Limit |
| CG 25 04 | 05-2009 | Designated Locations(s) General Aggregate Limit |
| CG 26 25 | 04-2005 | Missouri Changes - Guaranty Association |
| CG 26 50 | 04-2013 | Missouri Changes - Medical Payments |
| CG 40 14 | 12-2019 | Cannabis Exclusion |
| CG 99 09 | 12-2019 | Premium Audit Noncompliance Charge |
| CL CG 04 92 | 10-2018 | General Liability Ultra Plus Endorsement |
| CL CG 21 08 | 11-2010 | Asbestos Exclusion |
| CL CG 24 01 | 09-2016 | Bodily Injury Redefined |

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

**SECTION I – COVERAGES**

**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012 **CG 00 01 04 13**

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**CG 00 01 04 13** © Insurance Services Office, Inc., 2012 **Page 3 of 16**

**(2)** Any loss, cost or expense arising out of any:

   **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

   **(a)** Less than 26 feet long; and

   **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

   **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

   **(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p.  Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q.  Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

 © Insurance Services Office, Inc., 2012 **CG 00 01 04 13**

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

 © Insurance Services Office, Inc., 2012

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012    CG 00 01 04 13

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

© Insurance Services Office, Inc., 2012

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

  **a.** Damages under Coverage **A;** and

  **b.** Medical expenses under Coverage **C**

  because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

  Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

  **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

    **(1)** How, when and where the "occurrence" or offense took place;

    **(2)** The names and addresses of any injured persons and witnesses; and

    **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

  **b.** If a claim is made or "suit" is brought against any insured, you must:

    **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

    **(2)** Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

  **c.** You and any other involved insured must:

    **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

    **(2)** Authorize us to obtain records and other information;

    **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

    **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

  **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

  No person or organization has a right under this Coverage Part:

  **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

  **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

  A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      (2) The providing of or failure to provide warnings or instructions.

   c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   a. Means:

      (1) Work or operations performed by you or on your behalf; and

      (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      (2) The providing of or failure to provide warnings or instructions.

 © Insurance Services Office, Inc., 2012 **CG 00 01 04 13**

**COMMERCIAL GENERAL LIABILITY**
**CG 01 34 08 03**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Subparagraph **f., Pollution** of Paragraph **2., Exclusions** under **Section I – Coverage A – Bodily Injury And Property Damage Liability Coverage** and to Subparagraph **m., Pollution** of Paragraph **2., Exclusions** under **Section I – Coverage B – Personal And Advertising Injury Liability** or to any amendment to or replacement thereof:

This Pollution Exclusion applies even if such irritant or contaminant has a function in your business, operations, premises, site or location.

**CG 01 34 08 03**                     © ISO Properties, Inc.,  2003                     **Page 1 of 1**       ☐

COMMERCIAL GENERAL LIABILITY
CG 04 35 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Limit Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| **Employee Benefits Programs** | $ 1,000,000 | **each employee** | $ 1,000 | $ 184.00 |
| | $ 2,000,000 | **aggregate** | | |
| **Retroactive Date:** | 10/30/2017 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**A.** The following is added to **Section I - Coverages:**

**COVERAGE - EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

     **(1)** The amount we will pay for damages is limited as described in Paragraph **D.** (Section **III** - Limits Of Insurance); and

     **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   **b.** This insurance applies to damages only if:

     **(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

     **(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

     **(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

   **c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

     **(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

CG 04 35 12 07         © ISO Properties, Inc., 2006         **Page 1 of 6**

**(2)** When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments - Coverages **A** and **B** are replaced by Supplementary Payments - Coverages **A, B** and **Employee Benefits Liability.**

**2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **3.** of **Section II Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

   © ISO Properties, Inc., 2006   CG 04 35 12 07

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

   **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

   **b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, **Section III - Limits Of Insurance** is replaced by the following:

**1. Limits Of Insurance**

   **a.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

   **(1)** Insureds;

   **(2)** "Claims" made or "suits" brought;

   **(3)** Persons or organizations making "claims" or bringing "suits";

   **(4)** Acts, errors or omissions; or

   **(5)** Benefits included in your "employee benefit program".

   **b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

   **c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

   **(1)** An act, error or omission; or

   **(2)** A series of related acts, errors or omissions

   negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

**2. Deductible**

   **a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

   **b.** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

   **c.** The terms of this insurance, including those with respect to:

   **(1)** Our right and duty to defend any "suits" seeking those damages; and

   **(2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

   apply irrespective of the application of the deductible amount.

   **d.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**E.** For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV - Commercial General Liability Conditions** are replaced by the following:

**2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

   **a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

   **(1)** What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

**(a)** No Retroactive Date is shown in the Schedule of this insurance; or

**(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

 © ISO Properties, Inc., 2006 CG 04 35 12 07

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

    **a.** This endorsement is canceled or not renewed; or

    **b.** We renew or replace this endorsement with insurance that:

        **(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

        **(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

    **a.** The "employee benefit programs" insured;

    **b.** Previous types and amounts of insurance;

    **c.** Limits of insurance available under this endorsement for future payment of damages; and

    **d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

**1.** "Administration" means:

    **a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

    **b.** Handling records in connection with the "employee benefit program"; or

    **c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**2.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

**4.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

a. Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

H. For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the **Definitions** Section are replaced by the following:

5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

 © ISO Properties, Inc., 2006    **CG 04 35 12 07**

**COMMERCIAL GENERAL LIABILITY**
**CG 21 06 05 14**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**CG 21 06 05 14**                    © Insurance Services Office, Inc., 2013                    **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 21 09 06 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g.  Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**CG 21 09 06 15** **Page 1 of 2**

(e) "Bodily injury" or "property damage" arising out of:

(i) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

(ii) The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

© Insurance Services Office, Inc., 2014    **CG 21 09 06 15**

COMMERCIAL GENERAL LIABILITY
CG 21 32 05 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

 © Insurance Services Office, Inc., 2008

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ THIS CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent:

   **a.** Employment;

   **b.** Investigation;

   **c.** Supervision;

   **d.** Reporting to the proper authorities, or failure to so report; or

   **e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

CG 21 67 12 04                    © ISO Properties, Inc.,  2003                    **Page 1 of 1**                    ☐

COMMERCIAL GENERAL LIABILITY
CG 21 71 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in U.S. dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

  **a.** Physical injury that involves a substantial risk of death; or

  **b.** Protracted and obvious physical disfigurement; or

  **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

CG 21 71 01 15 © Insurance Services Office, Inc., 2015 **Page 1 of 2**

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

  **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

  **b.** The act resulted in damage:

  **(1)** Within the United States (including its territories and possessions and Puerto Rico); or

  **(2)** Outside of the United States in the case of:

  **(a)** An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

  **(b)** The premises of any United States mission; and

  **c.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**3.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**D.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

   © Insurance Services Office, Inc., 2015   **CG 21 71 01 15**

COMMERCIAL GENERAL LIABILITY
CG 21 76 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

CG 21 76 01 15 © Insurance Services Office, Inc., 2015 Page 1 of 1

**COMMERCIAL GENERAL LIABILITY**
**CG 21 96 03 05**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

**CG 21 96 03 05**  © ISO Properties, Inc., 2004  **Page 1 of 1**  □

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Designated Construction Project(s):** |
| ALL PROJECTS |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A,** and for all medical expenses caused by accidents under Section **I** - Coverage **C,** which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

**1.** A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

**2.** The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

**3.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

**4.** The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A,** and for all medical expenses caused by accidents under Section **I** - Coverage **C,** which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

  **1.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-completed Operations Aggregate Limit, whichever is applicable; and

  **2.** Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

**D.** If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.** The provisions of Section **III** - Limits Of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

              © Insurance Services Office, Inc., 2008              **CG 25 03 05 09**

**COMMERCIAL GENERAL LIABILITY**
**CG 25 04 05 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DESIGNATED LOCATION(S)
# GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| Designated Location(s): |
| ALL LOCATIONS |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A,** and for all medical expenses caused by accidents under Section **I** - Coverage **C,** which can be attributed only to operations at a single designated "location" shown in the Schedule above:

**1.** A separate Designated Location General Aggregate Limit applies to each designated "location", and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

**2.** The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

**3.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location". Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate

Limit for any other designated "location" shown in the Schedule above.

**4.** The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A,** and for all medical expenses caused by accidents under Section **I** - Coverage **C,** which cannot be attributed only to operations at a single designated "location" shown in the Schedule above:

**1.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-completed Operations Aggregate Limit, whichever is applicable; and

**2.** Such payments shall not reduce any Designated Location General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-completed Operations Aggregate Limit, and not reduce the General

CG 25 04 05 09     © Insurance Services Office, Inc., 2008     **Page 1 of 2**

Aggregate Limit nor the Designated Location General Aggregate Limit.

**D.** For the purposes of this endorsement, the **Definitions** Section is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**E.** The provisions of Section **III** - Limits Of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

  © Insurance Services Office, Inc., 2008  **CG 25 04 05 09**

COMMERCIAL GENERAL LIABILITY
CG 26 25 04 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – GUARANTY ASSOCIATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**MISSOURI PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION COVERAGE LIMITATIONS**

**A.** Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

**B.** The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply subject to all other provisions of the Act:

**1.** Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes insolvent; provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

**2.** Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

However, the Association will not:

**(1)** Pay an amount in excess of the applicable limit of insurance of the policy from which a claim arises; or

**(2)** Return to an insured any unearned premium in excess of $25,000.

These limitations have no effect on the coverage we will provide under this policy.

CG 26 25 04 05                © ISO Properties, Inc., 2004                **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 26 50 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **1.a.** of **Coverage C – Medical Payments** is replaced by the following:

**1. Insuring Agreement**

  **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

    **(1)** On premises you own or rent;

    **(2)** On ways next to premises you own or rent; or

    **(3)** Because of your operations;

    provided that:

      **(a)** The accident takes place in the "coverage territory" and during the policy period;

      **(b)** The expenses are incurred and reported to us within one year of the date of the accident. However, expenses reported to us after one year of the date of the accident will not be denied solely because of the late submission unless such late submission operates to prejudice our rights; and

      **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**CG 26 50 04 13**                    © Insurance Services Office, Inc., 2012                    **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 40 14 12 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CANNABIS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of:

   **a.** The design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis"; or

   **b.** The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

**2.** "Property damage" to "cannabis".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **A.1.** or **A.2.** above.

However, Paragraph **A.1.b.** does not apply to "bodily injury" or "property damage" arising out of the actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, or contact with, "cannabis" by:

   **(1)** An insured; or

   **(2)** Any other person for whom you are legally responsible

but only if the "bodily injury" or "property damage" does not arise out of your selling, serving or furnishing of "cannabis" to any person described above.

**B.** The exclusion in Paragraph **A.** does not apply to "'personal and advertising injury" arising out of the following offenses:

**1.** False arrest, detention or imprisonment; or

**2.** The wrongful eviction from, wrongful entry into, or invasion of the right or private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor.

**C.** The following definition is added to the **Definitions** section:

"Cannabis":

**1.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **C.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

   **a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

   **b.** Any compound, byproduct, extract, derivative, mixture or combination, such as:

     **(1)** Resin, oil or wax;

     **(2)** Hash or hemp; or

     **(3)** Infused liquid or edible cannabis;

   whether or not derived from any plant or part of any plant set forth in Paragraph **C.2.a.**

 © Insurance Services Office, Inc., 2018

POLICY NUMBER: CPA 3182984 - 24

**COMMERCIAL GENERAL LIABILITY**
**CG 99 09 12 19**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PREMIUM AUDIT NONCOMPLIANCE CHARGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK LIABILITY COVERAGE PART

**SCHEDULE**

| | |
|---|---|
| **Total Advance Premium:** | $   5,581 |
| **Audit Noncompliance Charge Factor:** | 2.00 |
| **Number Of Written Attempts To Obtain Audit Information:** | 2 |
| **Reassessment Charge:** | $    125 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

Paragraph **5.c.** of the **Premium Audit** Condition under **Section IV – Conditions** is replaced by the following:

**c.** The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request. If the first Named Insured fails to comply with this request at the close of an audit period, an Audit Noncompliance Charge will be assessed, and notice will be sent to the first Named Insured.

The additional charge will be determined by multiplying the Total Advance Premium by the Audit Noncompliance Charge Factor indicated in the Schedule of this endorsement. (The following example is for illustration purposes only.)

Example:

Total Advance Premium: $25,000

Audit Noncompliance Charge Factor: 1

Audit Noncompliance Charge: $25,000

**(1)** We will only assess the Audit Noncompliance Charge:

**(a)** For audits conducted after the end of the policy period; and

**(b)** When we have made the number of written attempts indicated in the Schedule of this endorsement to obtain audit information from the first Named Insured.

The due date for the Audit Noncompliance Charge is the date shown as the due date on the bill.

**(2) Subsequent Compliance And Reassessment Charge**

**(a)** The first Named Insured may notify us in writing, prior to the due date on the bill for the Audit Noncompliance Charge, that the Named Insured agrees to comply with the audit request.

**(b)** A Reassessment Charge may apply if this charge is indicated in the Schedule.

**(c)** The first Named Insured must comply with the audit within 30 days of our receipt of the written notification described in Paragraph **(2)(a)** above, and then the Audit Noncompliance Charge will no longer apply. If a Reassessment Charge is indicated in the Schedule of this endorsement, that charge will remain applicable.

CG 99 09 12 19

© Insurance Services Office, Inc., 2018

**Page 1 of 2**

**(d)** If the first Named Insured fails to comply with the premium audit after 30 days of our receipt of the notification described in Paragraph **(2)(a)** above, a subsequent notice will be sent to the first Named Insured indicating that the Audit Noncompliance Charge and the Reassessment Charge (if applicable) will be final. The due date for the Audit Noncompliance Charge and the Reassessment Charge is the date shown as the due date on the bill.

© Insurance Services Office, Inc., 2018
**CG 99 09 12 19**

COMMERCIAL GENERAL LIABILITY
CL CG 04 92 10 18

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GENERAL LIABILITY ULTRA PLUS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SUMMARY OF COVERAGE EXTENSIONS**

| Provision | Name Of Coverage Extension | Included or Limit of Insurance |
|---|---|---|
| A. | Miscellaneous Additional Insureds | Included |
| B. | Expected Or Intended Injury Or Damage | Included |
| C. | Knowledge Of Occurrence | Included |
| D. | Legal Liability – Damage To Premises Rented To You (Fire, Lightning, Explosion, Smoke, Or Leakage From Automatic Fire Protective Systems) | $300,000 |
| E. | Medical Payments | See Declarations |
| F. | Mobile Equipment Redefined | Included |
| G. | Newly Formed Or Acquired Organization, Partnership Or Limited Liability Company And Extended Period Of Coverage | Included |
| H. | Who Is An Insured – Amendment | Included |
| I. | Non-Owned Watercraft (Increased to maximum length of less than 51 feet) | Included |
| J. | Supplementary Payments – Increased Limits | |
| | 1. Bail Bonds | $ 3,000 |
| | 2. Loss Of Earnings | $ 1,000 |
| K. | Unintentional Omission Or Unintentional Error In Disclosure | Included |
| L. | Waiver Of Transfer Of Rights Of Recovery Against Others | Included |
| M. | Liberalization Clause | Included |
| N. | Incidental Medical Malpractice | Included |

The above is a summary only. Please consult the specific provisions that follow for complete information on the extensions provided.

The provisions of the Commercial General Liability Coverage Part apply except as otherwise provided in this endorsement. This endorsement applies only if such Coverage Part is included in this policy.

**A. MISCELLANEOUS ADDITIONAL INSUREDS**

1. **Section II – Who Is An Insured** is amended to include as an insured any person or organization (referred to as an additional insured below) described in Paragraphs **A.1.c.(1)** through **A.1.c.(9)** below when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy, provided that:

   a. The written contract or written agreement is:

      (1) Currently in effect or becoming effective during the term of this policy; and

      (2) Fully executed by you and the additional insured prior to the "bodily

injury", "property damage" or "personal and advertising injury".

**b.** The insurance afforded by this provision does not apply to any person or organization included as an additional insured by a separate endorsement issued by us and made a part of this policy or coverage part.

**c.** Only the following persons or organizations are additional insureds under this provision, with coverage for such additional insureds limited as provided herein:

**(1) Persons or Organizations For Whom Operations Are Performed**

**(a)** Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured to your policy; and

**(b)** Any other person or organization you are required to add as an additional insured under the contract or agreement described in paragraph **(a)** above.

**(c)** Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**(i)** Your acts or omissions; or

**(ii)** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

**(d)** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**(i)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**(1.1)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(1.2)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**(ii)** "Bodily injury" or "property damage" occurring after:

**(1.1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**(1.2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**(2) Managers Or Lessors Of Premises**

A manager or lessor of premises but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to

**CL CG 04 92 10 18**      Includes copyrighted material of Insurance Services Office, Inc., with its permission      **Page 2 of 8**

you and subject to the following additional exclusions:

This insurance does not apply to:

**(a)** Any "occurrence" which takes place after you cease to be a tenant in that premises.

**(b)** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**(3) Mortgagee, Assignee Or Receiver**

A mortgagee, assignee, or receiver but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of a covered premises by you.

This insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**(4) Owners Or Other Interests From Whom Land Has Been Leased**

An owner or other interest from whom land has been leased to you but only with respect to liability arising out of the ownership, maintenance or use of that part of the land leased to you and subject to the following additional exclusions:

This insurance does not apply to:

**(a)** Any "occurrence" which takes place after you cease to lease that land.

**(b)** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**(5) Lessor Of Leased Equipment**

Any person(s) or organization(s) from whom you lease equipment but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

A person's or organization's status as an additional insured under this endorsement ends when their written contract or written agreement with you for such leased equipment ends.

This insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**(6) State, Municipality, Governmental Agency Or Subdivision Or Other Political Subdivision – Permits Or Authorizations Relating To Premises**

Any state, municipality, governmental agency or subdivision or other political subdivision subject to the following additional provisions:

**(a)** This insurance applies only with respect to:

**(i)** The following hazards for which the state, municipality, governmental agency or subdivision or other political subdivision has issued a permit or authorization in connection with premises you own, rent or control and to which this insurance applies:

**(1.1)** The existence, maintenance, repair, construction, erection or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners or decorations and similar exposures; or

**(1.2)** The construction, erection or removal of elevators; or

**(1.3)** The ownership, maintenance or use of any elevators covered by this insurance.

**(ii)** Operations performed by you or on your behalf for which the state, municipality, governmental agency or subdivision or other political subdivision has issued a permit or authorization.

**(b)** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the state, municipality, governmental agency or subdivision or other political subdivision.

**(7) Controlling Interest**

Any person(s) or organization(s) with a controlling interest in the Named Insured but only with respect to their liability arising out of:

**(a)** Their financial control of you; or

**(b)** Premises they own, maintain or control while you lease or occupy these premises.

This insurance does not apply to structural alterations, new construction or demolition operations performed by or for such person(s) or organization(s).

**(8) Co-Owner Of Insured Premises**

A co-owner of a premises co-owned by you and covered under this insurance but only with respect to the co-owner's liability as co-owner of such premises.

**(9) Vendors**

**(a)** Any person(s) or organization(s) (referred to as vendor), but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business.

The insurance afforded the vendor does not apply to:

**(i)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a written contract or written agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the written contract or written agreement;

**(ii)** Any express warranty unauthorized by you;

**(iii)** Any physical or chemical change in the product made intentionally by the vendor;

**(iv)** Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**(v)** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

**(vi)** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

**(vii)** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

**(viii)** "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

**(1.1)** The exceptions contained in Sub-paragraphs **(iv)** or **(vi)**; or

**(1.2)** Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make

in the usual course of business, in connection with the distribution or sale of the products.

**(b)** This insurance does not apply to any insured person or organization, from whom you have acquired products, or any ingredient, part or container, entering into, accompanying or containing such products.

**2.** With respect to coverage provided by this Provision **A. Miscellaneous Additional Insureds**, the following additional provisions apply:

**a.** Any insurance provided to an additional insured designated under Paragraphs **A.1.c.(1)** through **A.1.c.(8)** above does not apply:

**(1)** To "bodily injury" or "property damage" included within the "products-completed operations hazard"; or

**(2)** To "bodily injury", "property damage" or "personal and advertising injury" arising out of the sole negligence of such additional insured.

**b.** The insurance afforded to such additional insured only applies to the extent permitted by law.

**c.** The insurance afforded to such additional insured will not be broader than that which you are required to provide by the written contract or written agreement.

**3.** With respect to the insurance afforded to the additional insureds within this Provision **A. Miscellaneous Additional Insureds**, the following is added to **Section III – Limits Of Insurance**:

The most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the written contract or written agreement; or

**b.** Available under the applicable Limits Of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits Of Insurance shown in the Declarations.

**B. EXPECTED OR INTENDED INJURY OR DAMAGE**

Exclusion **2.a. Expected Or Intended Injury** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is deleted and replaced by the following:

**a. Expected Or Intended Injury Or Damage**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**C. KNOWLEDGE OF OCCURRENCE**

Paragraph **2.a. Duties In The Event Of Occurrence, Offense, Claim Or Suit** of **Section IV – Commercial General Liability Conditions** is deleted and replaced by the following:

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim only when the "occurrence" or offense is known to:

**(1)** You, if you are an individual;

**(2)** A partner, if you are a partnership;

**(3)** A manager, if you are a limited liability company; or

**(4)** An "executive officer" or the "employee" designated by you to give such notice, if you are an organization other than a partnership or a limited liability company.

To the extent possible, notice should include:

**(i)** How, when and where the "occurrence" or offense took place;

**(ii)** The names and addresses of any injured persons and witnesses; and

**(iii)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**D. LEGAL LIABILITY – DAMAGE TO PREMISES RENTED TO YOU (Fire, Lightning, Explosion, Smoke, Or Leakage From Automatic Fire Protective Systems)**

If damage to premises rented to you is not otherwise excluded from this policy or coverage part, then the following provisions apply:

**1.** Under **Section I – Coverage A – Bodily Injury And Property Damage Liability**, the last paragraph (after the exclusions) is deleted and replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, "smoke", or leakage from automatic fire protective systems to premises while rented to you or temporarily occupied by you with the permission of the owner. A separate limit of insurance applies to this coverage as described in **Section III – Limits Of Insurance**.

2. The paragraph immediately after Sub-paragraph **j.(6)** of Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is deleted and replaced by the following:

   Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, "smoke", or leakage from automatic fire protective systems) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III – Limits Of Insurance.**

3. Paragraph **6.** of **Section III – Limits Of Insurance** is deleted and replaced by the following:

   **6.** Subject to Paragraph **5.** above, the greater of:

      **a.** $300,000; or

      **b.** The Damage To Premises Rented To You Limit shown in the Declarations,

   is the most we will pay under **Coverage A** for damages because of "property damage" to premises while rented to you, or in the case of damage by fire, lightning, explosion, "smoke", or leakage from automatic fire protective systems, while rented to you or temporarily occupied by you with permission of the owner.

   This limit will apply to all damage proximately caused by the same event, whether such damage results from fire, lightning, explosion, "smoke", leakage from automatic fire protective systems, or other covered causes of loss or any combination thereof.

4. Subparagraph **b.(1)(a)(ii)** of Paragraph **4. Other Insurance** of **Section IV – Commercial General Liability Conditions** is deleted and replaced by the following:

   **(ii)** That is fire, lightning, explosion, "smoke" or leakage from automatic fire protective systems insurance for premises rented to

you or temporarily occupied by you with permission of the owner;

5. Subparagraph **a.** of Definition **9.** "Insured contract" of **Section V – Definitions** is deleted and replaced by the following:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, "smoke" or leakage from automatic fire protective systems to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract".

6. As used in this Provision **D. Legal Liability – Damage To Premises Rented To You**:

   "Smoke" does not include smoke from agricultural smudging, industrial operations or "hostile fire".

**E. MEDICAL PAYMENTS**

The Medical Expense Limit is changed, subject to the terms of **Section III – Limits Of Insurance**, to the Medical Expense Limit shown in the Declarations.

**F. MOBILE EQUIPMENT REDEFINED**

Subparagraph **f.(1)** of Definition **12.** "Mobile equipment" of **Section V – Definitions** is deleted and replaced by the following:

**(1)** Equipment with a gross vehicle weight of 1,000 pounds or more and designed primarily for:

   **(a)** Snow removal;

   **(b)** Road maintenance, but not construction or resurfacing; or

   **(c)** Street cleaning;

**G. NEWLY FORMED OR ACQUIRED ORGANIZATION, PARTNERSHIP OR LIMITED LIABILITY COMPANY AND EXTENDED PERIOD OF COVERAGE**

Paragraph **3.** of **Section II – Who Is An Insured** is deleted and replaced by the following:

**3.** Any organization you newly acquire or form, other than a joint venture, and over which you maintain ownership or:

   **a.** Majority interest of more than 50% if you are a corporation;

   **b.** Majority interest of more than 50% as a general partner of a newly acquired or formed partnership; and/or

**c.** Majority interest of more than 50% as an owner of a newly acquired or formed limited liability company;

will qualify as a Named Insured if there is no other similar insurance available to that organization. However, for these organizations:

**(i)** Coverage under this provision is afforded only until the next anniversary date of this policy's effective date after you acquire or form the organization, partnership or limited liability company, or the end of the policy period, whichever is earlier;

**(ii)** **Section I – Coverage A – Bodily Injury And Property Damage Liability** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization, partnership or limited liability company;

**(iii)** **Section I – Coverage B – Personal And Advertising Injury Liability** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization, partnership or limited liability company;

**(iv)** Coverage applies only when operations of the newly acquired organization, partnership or limited liability company are the same or similar to the operations of insureds already covered under this insurance;

**(v)** Coverage only applies for those limited liability companies who have established a date of formation as recorded within the filed state articles of organization, certificates of formation or certificates of organization; and

**(vi)** Coverage only applies for those partnerships who have established a date of formation as recorded within a written partnership agreement or partnership certificate.

**H. WHO IS AN INSURED – AMENDMENT**

The last paragraph of **Section II – Who Is An Insured** is deleted and replaced by the following:

No person or organization is an insured with respect to the conduct of any:

**a.** Current partnership or limited liability company, unless otherwise provided for under Paragraph **3.** of **Section II – Who Is An Insured**;

**b.** Current joint venture; or

**c.** Past partnership, joint venture or limited liability company;

that is not shown as a Named Insured in the Declarations.

**I. NON-OWNED WATERCRAFT**

Subparagraph **(2)** of **Exclusion 2.g. Aircraft, Auto Or Watercraft** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is deleted and replaced by the following:

**(2)** A watercraft you do not own that is:

**(a)** Less than 51 feet long; and

**(b)** Not being used to carry persons or property for a charge.

**J. SUPPLEMENTARY PAYMENTS – INCREASED LIMITS**

**Section I – Supplementary Payments – Coverages A And B** is changed as follows:

**1.** The limit shown in Paragraph **1.b.** for the cost of bail bonds is changed from $250 to $3,000; and

**2.** The limit shown in Paragraph **1.d.** for loss of earnings because of time off from work is changed from $250 a day to $1,000 a day.

**K. UNINTENTIONAL OMISSION OR UNINTENTIONAL ERROR IN DISCLOSURE**

The following provision is added to Paragraph **6. Representations** of **Section IV – Commercial General Liability Conditions**:

However, the unintentional omission of, or unintentional error in, any information given or provided by you shall not prejudice your rights under this insurance.

This provision does not affect our right to collect additional premium or to exercise our right of cancellation or non-renewal.

**L. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS**

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Commercial General Liability Conditions**:

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" and included in the "products-completed operations hazard" when you have agreed in a written contract or written agreement that any right of recovery is waived for such person or organization. This waiver applies only to the

person(s) or organization(s) agreed to in the written contract or written agreement and is subject to those provisions.

This waiver does not apply unless the written contract or written agreement has been executed prior to the "bodily injury" or "property damage".

However, if any person or organization is separately scheduled on a separate waiver of transfer of rights of recovery which is attached to this policy, then this waiver does not apply.

**M. LIBERALIZATION CLAUSE**

The following is added to **Section IV – Commercial General Liability Conditions:**

If we adopt a mandatory attachment form change which broadens coverage under this edition of the Commercial General Liability CG0001 for no additional charge, and those changes are intended to apply to all insureds under this edition of CG0001, that change will automatically apply to your insurance as of the date we implement the change in your state. This liberalization clause does not apply to changes implemented through introduction of a subsequent edition of the Commercial General Liability form CG0001.

**N. INCIDENTAL MEDICAL MALPRACTICE**

1. Paragraph **2.a.(1)(d)** of **Section II – Who Is An Insured** does not apply to a physician, nurse practitioner, physician assistant, nurse, emergency medical technician or paramedic employed by you if you are not in the business or occupation of providing medical, paramedical, surgical, dental, x-ray or nursing services.

2. This provision is excess over any other valid and collectible insurance whether such insurance is primary, excess, contingent or on any other basis. Any payments by us will follow Paragraph **4.b.** of **Section IV – Commercial General Liability Conditions**.

**COMMERCIAL GENERAL LIABILITY**
**CL CG 21 08 11 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following is added to Paragraph **2.** Exclusions of both **Section I - Coverage A - Bodily Injury And Property Damage Liability,** and **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Asbestos**

**a.** "Bodily injury", "property damage", "personal and advertising injury" or "reduction in value" related, in whole or in part, to the actual, alleged, or threatened presence of, or exposure to "asbestos" in any form, or to harmful substances emanating from "asbestos". This includes ingestion of, inhalation of, absorption of, contact with, existence of, presence of, or exposure to, "asbestos". Such injury from or exposure to "asbestos" also includes, but is not limited to:

**1.** The existence, installation, storage, handling or transportation of "asbestos";

**2.** The removal, abatement or containment of "asbestos" from any structures, materials, goods, products, or manufacturing process;

**3.** The disposal of "asbestos";

**4.** Any structures, manufacturing processes, or products containing "asbestos";

**5.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage; or

**6.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above.

Such injury or damage is excluded regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expense, including, but not limited to payment for investigation or defense, fines, penalties and other costs or expenses, arising, in whole or in part, out of:

**1.** Any claim, "suit", demand, judgment, obligation, order, request, settlement, or statutory or regulatory requirement that any insured or any other person or entity test for, monitor, clean up, remove, contain, mitigate, treat, neutralize, remediate, or dispose of, or in any way respond to, or assess the actual or alleged effects of "asbestos"; or

**2.** The testing for, monitoring, cleaning up, removing, containing, mitigating, treating, neutralizing, remediating, or disposing of, or in any way responding to or assessing the actual or alleged effects of, "asbestos" by any insured or by any other person or entity; or

**3.** Any claim, "suit", demand, judgment, obligation, or request to investigate which would not have occurred, in whole or in part, but for the actual or alleged presence of or exposure to "asbestos".

This exclusion applies regardless of who manufactured, produced, installed, used, owned, sold, distributed, handled, stored or controlled the "asbestos".

**B.** The following exclusion is added to Paragraph **2.**, Exclusions, of **Coverage C Medical Payments**:

We will not pay expenses for "bodily injury":

**Asbestos**

Due to the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of or presence of, "asbestos" in any form.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Asbestos" means any type or form of asbestos, asbestos fibers, asbestos products, or asbestos materials, including any products, goods, or materials containing asbestos or asbestos fibers, products or materials and any gases, vapors, scents or by-products produced or released by asbestos.

**2.** "Reduction in value" means any claim, demand or "suit" that alleges diminution, impairment or devaluation of property.

COMMERCIAL GENERAL LIABILITY
CL CG 24 01 09 16

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BODILY INJURY REDEFINED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "bodily injury" in the **Definitions** section is replaced by the following:

"Bodily injury" means bodily injury, disability, sickness or disease sustained by a person, including death resulting from any of these at any time.   "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

B CM DS 02 09 00

**Issuing Company:** Acadia Insurance Company, 11201 Douglas Ave, Des Moines, IA  50306-1594
**Claim Handling Office:** P.O. Box 1594, Des Moines, IA 50306-1594: 800-235-2942
**After Hours Claim Reporting:** 866-232-6724
**Underwriting Servicing Office:** 11201 Douglas Avenue, Urbandale, IA 50322; 800-235-2942

# COMMERCIAL INLAND MARINE DECLARATIONS

**Policy No.:** CPA 3182984-24

| **Named Insured Name and Address** | **Agency Name and Address** | 41357 |
|---|---|---|
| Arctic Ice Inc | (636)271-2481 | |
| 1498 Kinark Dr | NEC Insurance Inc | |
| Saint Louis, MO 63132 | 308 Noonan Drive | |
| | Pacific, MO 63069 | |

**POLICY PERIOD**

Policy Period:  From 03/31/2021 to 03/31/2022 at 12:01 A.M. Standard Time at your mailing address shown above.

**TOTAL ADVANCE PREMIUM          $452**

| Coverage Parts That Apply to This Policy: | Coverage Part Premium |
|---|---|
| Contractor's Equipment | $452 |
| TOTAL INLAND MARINE PREMIUM | $452 |

**FORMS ATTACHED TO THIS POLICY**

*See attached "Schedule of Forms and Endorsements"*

B CM DS 02 09 00       Includes copyrighted material of American Association of Insurance Services       **Page 1 of 1**
and Insurance Services Office, Inc., with their permissions

**INLAND MARINE**
**CL CM FS 01 09 08**

Policy Number: **CPA 3182984 - 24**

# SCHEDULE OF FORMS AND ENDORSEMENTS

The following Declarations, Coverage Forms, Conditions, and Endorsements are applicable to:
**All Commercial Inland Marine Coverages**

| Number | Edition | Description |
|---|---|---|
| B CM DS 02 | 09-2000 | Commercial Inland Marine Declarations |
| CL CM FS 01 | 09-2008 | Schedule of Forms and Endorsements |
| IM 20 51 | 09-2013 | Amendatory Endorsement - Missouri |
| IM 22 50 | 07-2013 | Pollutant -- Amended Definition |

## Coverages

| Number | Edition | Description |
|---|---|---|
| CL 01 70 | 09-2013 | Amendatory Endorsement - Missouri |

## Contractors Coverages

| Number | Edition | Description |
|---|---|---|
| IM 70 06 | 01-2012 | Schedule of Coverages - Contractors' Equipment Scheduled Equipment Form |
| IM 70 01 | 04-2004 | Contractors' Equipment Coverage - Scheduled Equipment Form |
| IM 70 30 | 01-2012 | Equipment Schedule - Contractors' Equipment |

**AAIS**
**IM 2051 09 13**
**Page 1 of 3**

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# AMENDATORY ENDORSEMENT
## MISSOURI

1.  Under Coverage Extensions, Defense Costs, if applicable, is amended to include the following:

    The expenses "we" incur under Defense Costs will not reduce the applicable "limit" for coverage described under Property Covered.

2.  Under Coverage Extensions, Debris Removal, You Must Report Your Expenses, if applicable, is amended to include the following:

    However, "your" failure to report these expenses to "us" in writing within 180 days from the date of direct physical loss to covered property will not be reason to deny "your" claim unless "your" failure to meet the notice requirement operates to prejudice "our" rights under this policy.

3.  Under Supplemental Coverages, Pollutant Cleanup And Removal, Time Limitation, if applicable, is amended to include the following:

    However, "your" failure to report these expenses to "us" in writing within 180 days from the date the covered peril occurs, will not be reason to deny "your" claim unless "your" failure to meet the notice requirement operates to prejudice "our" rights under this policy.

4.  Under Perils Excluded, Criminal, Fraudulent, Dishonest, Or Illegal Acts, if applicable, is amended to include the following:

    However, if a loss results from a pattern of domestic violence committed by or at the direction of an insured, this exclusion will not apply to an otherwise covered loss suffered by another insured who did not cooperate with or contribute to the act that caused the loss. The innocent insured must file a police report and complete a sworn affidavit for "us" that includes both the cause of the loss and a pledge to cooperate in any criminal prosecution of the person committing the act causing the loss.

Subject to all other "terms" of this policy, "our" payment to an insured who did not cooperate in or contribute to the act that caused the loss may be limited to that person's insurable interest in the property, less any payment made to a mortgagee or other party with a legal secured interest in the property.

5.  What Must Be Done In Case Of Loss, if applicable, is amended to include the following:

    **Notice Of Our Intent** -- Unless "we" need more time to investigate "your" claim, "we" will give "you" notice of "our" intent to accept or deny "your" claim within 15 working days after receipt of a duly executed proof of loss.

    If "we" deny "your" claim, "we" will give "you" written notice of "our" denial. "Our" notice will identify any provision of this policy on which the denial is based.

    If "we" need more time to investigate "your" claim, "we" will give "you" notice of "our" need for more time within 15 working days after receipt of a duly executed proof of loss. "Our" notice will state why more time is needed.

    If "our" investigation cannot be completed within 45 days of the date of "our" initial notice, "we" will give "you" written notice to state why more time is needed. "We" will give "you" such notice within 45 days of the date of "our" initial notice.

    "We" will continue to give "you" written notice every 45 days thereafter to state why more time is needed until "we" give "you" notice of "our" intent to accept or deny "your" claim.

Copyright, American Association of Insurance Services, Inc., 2013

**AAIS**
**IM 2051 09 13**
**Page 2 of 3**

6. The following applies to coverage form IM 7204 only.

   Under What Must Be Done In Case Of A Personal Data Compromise, paragraph a. of Notice Of Personal Data Compromise is deleted and replaced by the following:

   a. notify "us" within a reasonable period of time after the date it is discovered by "you". The notice must include a description of the "personal data compromise". "We" may request written notice; and

7. The following applies to coverage form IM 7204 only.

   Under What Must Be Done In Case Of A Personal Data Compromise, Sworn Statement is deleted and replaced by the following:

   **Sworn Statement** -- "You" must send "us", within a reasonable period of time after "our" request, a signed, sworn statement. "We" will provide "you" with the necessary forms.

8. Under Valuation, Replacement Cost, Time Limitation, if applicable, is amended to include the following:

   However, "your" failure to notify "us" of "your" intent to make a claim for the replacement cost within 180 days after the loss will not be reason to deny such claim unless "your" failure to meet the notice requirement operates to prejudice "our" rights under this policy.

9. The following applies to coverage forms IM 7200, and IM 7202 only.

   Under Valuation, Other Equipment, Time Limitation is amended to include the following:

   However, "your" failure to notify "us" of "your" intent to make a claim for the replacement cost within 180 days after the loss will not be reason to deny such claim unless "your" failure to meet the notice requirement operates to prejudice "our" rights under this policy.

10. The following applies to coverage forms IM 7201, and IM 7203 only.

    Under Valuation, Hardware, Replacement Cost, Time Limitation is amended to include the following:

    However, "your" failure to notify "us" of "your" intent to make a claim for the replacement cost within 180 days after the loss will not be reason to deny such claim unless "your" failure to meet the notice requirement operates to prejudice "our" rights under this policy.

11. The following applies to coverage forms IM 7600, and IM 7601 only.

    Under Valuation, Equipment, Towers, And Satellite Dishes, Replacement Cost, Time Limitation is amended to include the following:

    However, "your" failure to notify "us" of "your" intent to make a claim for the replacement cost within 180 days after the loss will not be reason to deny such claim unless "your" failure to meet the notice requirement operates to prejudice "our" rights under this policy.

12. Loss Payment, if applicable, is amended to include the following:

    For partial loss to covered property caused by fire, at the option of the insured and up to "our" "limit", "we" will:

    a. pay the actual amount of the damage; or

    b. repair the damage so that the property is restored to its condition before the fire.

    This is at "your" option, but payment or cost must not exceed the "limit" of insurance.

13. Under Other Conditions, Appraisal, if applicable, is amended to include the following:

    The umpire will make a decision within 30 days after receipt of the appraisers' differences.

Copyright, American Association of Insurance Services, Inc., 2013

**AAIS**
**IM 2051 09 13**
**Page 3 of 3**

All other "terms" of the Appraisal condition still apply.

14. Under Other Conditions, Subrogation, if applicable, is amended to include the following:

    An innocent insured who is the subject of domestic violence by another insured cannot waive his or her right to recover. "We" retain all rights set forth by this Subrogation condition with regard to "our" right to recover, up to the amount "we" pay, for loss caused by an act of domestic violence.

15. In all coverage forms except Cold Storage Locker Coverage, Contingent Cargo Coverage, Motor Truck Cargo Legal Liability Coverage, Riggers' Legal Liability Coverage, and Warehouse Legal Liability Coverage, under Other Conditions, paragraph b. of Suit Against Us, if applicable, is deleted and replaced by the following:

    b.  the suit is brought within ten years after "you" first have knowledge of the loss.

**IM 2051 09 13**

Copyright, American Association of Insurance Services, Inc., 2013

AAIS                            This endorsement changes              CPA 3182984 - 24
IM 2250 07 13                         the policy.
Page 1 of 1                    -- PLEASE READ THIS CAREFULLY --

# POLLUTANT -- AMENDED DEFINITION

(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)

**SCHEDULE**

**Additional Substance(s) or Material(s):**

This policy is amended to include the following "terms". All other "terms" of this policy apply, except as amended by this endorsement.

## DEFINITIONS

The definition of "pollutant" is deleted and replaced by the following:

"Pollutant":

a.  "Pollutant" means any substance or material that is a solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including but not limited to acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste.

Such substances and materials include, but are not limited to:

1)  diesel, gasoline, propane, and other fuels, kerosene and other fuel oils, petroleum distillates, and any other petroleum-derived products; lubrication oils, adjuvant oils, crop oils; brake and other hydraulic fluids; methanol and other antifreeze additives; exhaust gases; ethylene dichloride, hexylene glycol, mineral spirits and other solvents; perchloroethylene (PERC) and other dry cleaning chemicals; chlorofluorocarbons; adhesives; and pesticides, insecticides, fungicides, fertilizer, animal or bird waste, and sewage;

2)  all substances and materials listed or described by one or more of the following references, including any amendments thereto: the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA); the Priority List Of Hazardous Substances (1997 and all subsequent editions) developed by the Agency For Toxic Substances And Disease Registry; and/or the U.S. Environmental Protection Agency EMCI Chemical References Complete Index; and

3)  any substance or material shown in the Schedule above.

b.  With respect to this definition, waste includes substances or materials to be disposed of as well as recycled, reclaimed, or reconditioned.

c.  "Pollutant" also means electrical, magnetic, or electromagnetic particles or fields, whether visible or invisible, and sound.

d.  This definition of "pollutant" applies whether or not the substance, material, particle, field, or sound is used at or in or arises out of "your" business, operations, premises, site, or location.

**IM 2250 07 13**

Copyright American Association of Insurance Services, Inc. , 2013

**AAIS**
**IM 7006 01 12**
**Page 1 of 1**

CPA 3182984-24

# SCHEDULE OF COVERAGES
## CONTRACTORS' EQUIPMENT
## SCHEDULED EQUIPMENT FORM

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**PROPERTY COVERED**

Scheduled Equipment (Refer to Equipment Schedule)

**"Limit"**

**Catastrophe Limit** -- The most "we" pay
for loss in any one occurrence is:                      $78,100

**COVERAGE EXTENSIONS**

Additional Debris Removal Expenses                     $5,000

**SUPPLEMENTAL COVERAGES**

Newly Purchased Property (check one)

☒  Percentage of Catastrophe Limit                     30 %

☐  Dollar Limit

Pollutant Cleanup and Removal                          $10,000

**COINSURANCE** (check one)

☒  80%            ☐  90%            ☐  100%            ☐  Other  %

**VALUATION --** Actual Cash Value

**DEDUCTIBLE AMOUNT**                      $1,000

**ADDITIONAL INFORMATION**

**IM 7006 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7001 04 04**
**Page 1 of 11**

# CONTRACTORS' EQUIPMENT COVERAGE
## SCHEDULED EQUIPMENT FORM

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Contractors' Equipment Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1.  The words "you" and "your" mean the persons or organizations named as the insured on the declarations.

2.  The words "we", "us", and "our" mean the company providing this coverage.

3.  "Contractors' equipment" means machinery, equipment, and tools of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects.

    "Contractors' equipment" does not mean:

    a.  self-propelled vehicles designed and used primarily to carry mounted equipment; or

    b.  vehicles designed for highway use that are unlicensed and not operated on public roads.

4.  "Equipment schedule" means a schedule of "contractors' equipment" that is attached to this policy and that describes each piece of covered equipment.

5.  "Jobsite" means any location, project, or work site where "you" are in the process of construction, installation, erection, repair, or moving.

6.  "Limit" means the amount of coverage that applies.

7.  "Pollutant" means:

    a.  any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

    b.  electrical or magnetic emissions, whether visible or invisible, and sound emissions.

8.  "Schedule of coverages" means:

    a.  all pages labeled schedule of coverages or schedules which pertain to this coverage; and

    b.  declarations or supplemental declarations which pertain to this coverage.

9.  "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7001 04 04**
**Page 2 of 11**

10. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to:

a. personal property in the open; or

b. the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

12. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

**Scheduled Equipment** --

1. **Coverage** -- "We" cover direct physical loss caused by a covered peril to:

    a. "your" "contractors' equipment"; and

    b. "contractors' equipment" of others in "your" care, custody, or control.

2. **Coverage Limitation** -- "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others that are described on the "equipment schedule".

## PROPERTY NOT COVERED

1. **Aircraft Or Watercraft** -- "We" do not cover aircraft or watercraft.

2. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

3. **Leased Or Rented Property** -- "We" do not cover property that "you" lease or rent to others.

4. **Loaned Property** -- "We" do not cover property that "you" loan to others.

5. **Underground Mining Operations** -- "We" do not cover property while stored or operated underground in connection with any mining operations.

6. **Vehicles** -- "We" do not cover automobiles, motor trucks, tractors, trailers, and similar conveyances designed for highway use.

7. **Waterborne Property** -- "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7001 04 04**
**Page 3 of 11**

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** -- The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

**Debris Removal** --

1.  **Coverage** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

2.  **We Do Not Cover** -- This coverage does not include costs to:

    1)  extract "pollutants" from land or water; or
    2)  remove, restore, or replace polluted land or water.

3.  **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

4.  **Additional Limit** -- "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

5.  **You Must Report Your Expenses** -- "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** -- The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7001 04 04**
**Page 4 of 11**

The "limit" available for coverage described under a Supplemental Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

1. **Newly Purchased Property** --

   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to additional "contractors' equipment" that "you" purchase during the policy period.

   b. **Limit** -- The most that "we" pay for any loss under this supplemental coverage is the least of the:

      1) actual cash value of the covered property; or
      2) "limit" for newly purchased property indicated on the "schedule of coverages". If no "limit" is indicated, then 30% of the Catastrophe Limit indicated on the "schedule of coverages" applies to this coverage.

   c. **Time Limitation** -- "We" extend coverage to the additional "contractors' equipment" that "you" purchase for up to 30 days.

This supplemental coverage will end when any of the following first occur:

1) this policy expires;
2) 30 days after "you" obtain the additional "contractors' equipment"; or
3) "you" report the additional "contractors' equipment" to "us".

   d. **Additional Premium** -- "You" must pay any additional premium due from the date "you" purchase the additional "contractors' equipment".

2. **Pollutant Cleanup And Removal** --

   a. **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

   b. **Time Limitation** -- The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

   c. **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

   However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

   d. **Limit** -- The most "we" pay for each location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7001 04 04**
**Page 5 of 11**

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1.  "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

    a.  **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

        "We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

    b.  **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

    c.  **War And Military Action** -- "We" do not pay for loss caused by:

        1)  war, including undeclared war or civil war; or

        2)  a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

        3)  insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

        With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2.  "We" do not pay for loss or damage that is caused by or results from one or more of the following:

    a.  **Contamination Or Deterioration** -- "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

    b.  **Criminal, Fraudulent, Dishonest, Or Illegal Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

        1)  "you";
        2)  others who have an interest in the property;
        3)  others to whom "you" entrust the property;
        4)  "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or
        5)  the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7001 04 04**
**Page 6 of 11**

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

c. **Loss Of Use** -- "We" do not pay for loss caused by or resulting from loss of use, delay, or loss of market.

d. **Mechanical Breakdown** -- "We" do not pay for loss caused by any mechanical, structural, or electrical breakdown or malfunction including a breakdown or malfunction resulting from a structural, mechanical, or reconditioning process.

But if a mechanical, structural, or electrical breakdown or malfunction results in a "specified peril", "we" do cover the loss or damage caused by that "specified peril".

e. **Missing Property** -- "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

This exclusion does not apply to covered property in the custody of a carrier for hire.

f. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or
2) except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

"We" do cover any resulting loss caused by a "specified peril".

g. **Puncture, Blowout, And Road Damage** -- "We" do not pay for loss caused by puncture, blowout, and road damage to tires and tubes mounted on vehicles.

However, "we" do cover puncture, blowout, or road damage caused by a "specified peril".

h. **Temperature/Humidity** -- "We" do not pay for loss caused by dryness, dampness, humidity, or changes in or extremes of temperature.

i. **Voluntary Parting** -- "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

j. **Wear and Tear** -- "We" do not pay for loss caused by wear and tear, marring, or scratching.

But if wear and tear, marring, or scratching results in a "specified peril", "we" do cover the loss or damage caused by that "specified peril".

k. **Weight of Load** -- "We" do not pay for loss caused by the weight of a load which, under the operating conditions at the time of a loss, exceeds the registered lifting capacity of any equipment or machine.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7001 04 04**
**Page 7 of 11**

b.  give notice to the police when the act that causes the loss is a crime.

2.  **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

   a.  **Payment of Reasonable Costs** -- "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

   b.  **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against.

3.  **Proof Of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a.  the time, place, and circumstances of the loss;

   b.  other policies of insurance that may cover the loss;

   c.  "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d.  changes in title of the covered property during the policy period; and

   e.  estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4.  **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5.  **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6.  **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7.  **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8.  **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9.  **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1.  **Actual Cash Value** -- The value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation).

2.  **Pair Or Set** -- The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

Copyright, American Association of Insurance Services, Inc., 2004

Case: 4:24-cv-01362-ACL    Doc. #: 1-1    Filed: 10/10/24    Page: 212 of 254 PageID #: 220

**AAIS**
**IM 7001 04 04**
**Page 8 of 11**

3. **Loss To Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

3. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 4., 5., and 6. under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the "limit" that applies to the covered property. However, the most "we" pay for loss in any one occurrence is the Catastrophe Limit indicated on the "schedule of coverages".

4. **Coinsurance** --

   a. **When Coinsurance Applies** -- "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

   b. **How We Determine Our Part of The Loss** -- "Our" part of the loss is determined using the following steps:

      1) multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;

      2) divide the "limit" for covered property by the result determined in b.1) above;

      3) multiply the total amount of loss, after the application of any deductible, by the result determined in b.2) above.

   The most "we" pay is the amount determined in b.3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

   c. **If There Is More Than One Limit** -- If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

   d. **If There Is Only One Limit** -- If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

   e. **When Coinsurance Does Not Apply** -- Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

5. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

6. **Insurance Under More Than One Policy** --

   a. **Proportional Share** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7001 04 04**
**Page 9 of 11**

b. **Excess Amount** -- If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

1. **Loss Payment Options** --

   a. **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

      1) pay the value of the lost or damaged property;
      2) pay the cost of repairing or replacing the lost or damaged property;
      3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or
      4) take all or any part of the property at the agreed or appraised value.

   b. **Notice of Our Intent To Rebuild, Repair, or Replace** -- "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** --

   a. **Adjustment and Payment of Loss** -- "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

   b. **Conditions For Payment of Loss** -- An insured loss will be payable 30 days after:

      1) a satisfactory proof of loss is received, and

2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property Of Others** --

   a. **Adjustment And Payment of Loss To Property of Others** -- Losses to property of others may be adjusted with and paid to:

      1) "you" on behalf of the owner; or
      2) the owner.

   b. **We Do Not Have To Pay You If We Pay The Owner** -- If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

   The appraisers will also determine the value of covered property items at the time of the loss, if requested.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7001 04 04**
**Page 10 of 11**

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit To Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

   a. **Your Death** -- On "your" death, "we" cover the following as an insured:

      1) the person who has custody of "your" property until a legal representative is qualified and appointed; or
      2) "your" legal representative.

      This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** -- This coverage does not extend past the policy period indicated on the declarations.

5. **Misrepresentation, Concealment, Or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or

      2) "your" interest herein.

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration Of Limits** -- A loss "we" pay under this coverage does not reduce the total applicable "limit" unless it is a total loss to a scheduled item. In the event of a total loss to a scheduled item, "we" refund the unearned premium on that item.

9. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7001 04 04**
**Page 11 of 11**

10. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

   a. all of the "terms" of this coverage have been complied with; and

   b. the suit has been brought within two years after "you" first have knowledge of the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

**IM 7001 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7030 01 12**
**Page 1 of 2**

CPA 3182984-24

# EQUIPMENT SCHEDULE
## CONTRACTORS' EQUIPMENT

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

## EQUIPMENT SCHEDULE

| Item No. | Description of Equipment | "Limit" |
|---|---|---|
| 1 | Leer - Slide In Freezer Units CAE0265 | $5,500 |
| 2 | Leer - Slide In Freezer Units JJJ0038 | $5,500 |
| 3 | Leer - Slide In Freezer Units DAD0395 | $5,500 |
| 4 | Leer - Slide In Freezer Units EAG0812 | $5,500 |
| 5 | Leer - Slide In Freezer Units | $5,500 |
| 6 | Leer - Slide In Freezer Units | $5,500 |
| 7 | Leer - Slide In Freezer Units | $5,500 |
| 8 | Leer - Slide In Freezer Units | $6,600 |
| 9 | Leer - Slide In Freezer Units | $6,600 |
| 10 | Leer - Slide In Freezer Units | $6,600 |

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7030 01 12**
**Page 2 of 2**

| | | |
|---|---|---|
| 11 | Leer - Slide In Freezer Units | $6,600 |
| 12 | Leer - Slide In Freezer Units | $6,600 |
| 13 | Leer - Slide In Freezer Units | $6,600 |

**IM 70 30 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

COMMERCIAL EXCESS LIABILITY
B CX DS 01 09 16

**Issuing Company:** Acadia Insurance Company, 11201 Douglas Ave, Des Moines, IA  50306-1594
**Claim Handling Office:** P.O. Box 1594, Des Moines, IA 50306-1594: 800-235-2942
**After Hours Claim Reporting:** 866-232-6724
**Underwriting Servicing Office:** 11201 Douglas Avenue, Urbandale, IA 50322; 800-235-2942

# COMMERCIAL EXCESS LIABILITY DECLARATIONS

**Policy No.:  CPA 3182984 - 24**

| **Named Insured Name and Address** | **Agency Name and Address** 41357 |
|---|---|
| Arctic Ice Inc | (636)271-2481 |
| 1498 Kinark Dr | NEC Insurance Inc |
| Saint Louis, MO 63132 | 308 Noonan Drive |
| | Pacific, MO 63069 |

**POLICY PERIOD**

Policy Period:  From 03/31/2021 to 03/31/2022 at 12:01 A.M. Standard Time at your mailing address shown above.

**TOTAL ADVANCE PREMIUM           $ 10,670**

**LIMITS OF INSURANCE**

Each Occurrence Limit................................................................... $ 3,000,000
Personal & Advertising Injury Limit...............................................$ 3,000,000     Any One Person or Organization
Aggregate Limit........................................................................... $ 3,000,000
     (Except "covered autos" and products-completed operations)
Products-Completed Operations Aggregate Limit.......................$ 3,000,000

**ENDORSEMENTS ATTACHED TO THIS POLICY:**

*See attached "Schedule of Forms and Endorsements"*

**Policy No.:**      CPA  3182984 - 24

**1.  SELF-INSURED RETENTION: $  NONE**

**2.  SCHEDULE OF CONTROLLING UNDERLYING INSURANCE**

**Employers' Liability**
Company:          Union Insurance Company
Policy Number:    3182985
Policy Period:    03/31/2021  -  03/31/2022
Limits of Insurance:

| | | |
|---|---|---|
| Bodily injury by accident | $  500,000 | Each Accident |
| Bodily injury by disease | $  500,000 | Each Employee |
| Bodily injury by disease | $  500,000 | Policy Limit |

**Commercial General Liability**
Company:          Acadia Insurance Company
Policy Number:    3182984
Policy Period:    03/31/2021  -  03/31/2022
Limits of Insurance:

| | |
|---|---|
| Each Occurrence | $   1,000,000 |
| Personal and Advertising Injury Limit | $   1,000,000 |
| General Aggregate | $   2,000,000 |
| Products-Completed Operations Aggregate | $   2,000,000 |

**Commercial Auto Liability**
Company:          Union Insurance Company
Policy Number:    3183854
Policy Period:    03/31/2021  -  03/31/2022
Limits of Insurance:

| | |
|---|---|
| Covered Auto Liability - Each Accident | $   1,000,000 |
| Hired Auto | $   1,000,000 |
| Non-Owned Auto | $   1,000,000 |

**Employee Benefits Liability**
Company:          Acadia Insurance Company
Policy Number:    3182984
Policy Period:    03/31/2021  -  03/31/2022
Limits of Insurance:

| | |
|---|---|
| Each Employee: | $   1,000,000 |
| Aggregate: | $   2,000,000 |

Retroactive Date:      10/30/2017

**Includes copyrighted material of Insurance Services Offices, Inc., with its permission**            B CX DS 01 09 16

Policy Number: **CPA 3182984 - 24**

# SCHEDULE OF FORMS AND ENDORSEMENTS

The following Declarations, Coverage Forms, Conditions, and Endorsements are applicable to:

### Commercial Excess

| Number | Edition | Description |
|---|---|---|
| B CX DS 01 | 09-2016 | Commercial Excess Liability Declarations |
| CL CX FS 01 | 05-2013 | Schedule of Forms and Endorsements |
| CW 35 13 | 02-2011 | Exclusion Punitive Damages |
| CX 00 01 | 04-2013 | Commercial Excess Liability Coverage Form |
| CX 01 36 | 04-2013 | Missouri Changes |
| CX 01 40 | 09-2008 | Missouri Changes - Pollution Exclusion |
| CX 02 20 | 02-2013 | Missouri Changes - Cancellation and Nonrenewal |
| CX 21 01 | 09-2008 | Nuclear Energy Exclusion |
| CX 21 11 | 04-2013 | Exclusion - Abuse or Molestation |
| CX 21 13 | 04-2013 | Exclusion - Fungi or Bacteria |
| CX 21 14 | 04-2013 | Exclusion - Exterior Insulation and Finish Systems |
| CX 21 16 | 04-2013 | Exclusion - Silica or Silica-Related Dust |
| CX 21 17 | 04-2013 | Exclusion - Communicable Disease |
| CX 21 31 | 01-2015 | Exclusion Of Other Acts Of Terrorism Committed Outside The United States; Cap On Losses From Certified Acts Of Terrorism |
| CX 21 36 | 01-2015 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CX 21 43 | 05-2014 | Exclusion - Access or Disclosure of Confidential or Personal Information |
| CX 21 47 | 11-2016 | Public or Livery Passenger Conveyance and On-Demand Delivery Services Exclusion |
| CX 21 56 | 09-2008 | Auto Coverage - Exclusion Of Terrorism |
| CX 21 68 | 12-2019 | Exclusion - Aircraft or Watercraft |
| CX 21 71 | 06-2015 | Exclusion - Unmanned Aircraft |
| CX 21 79 | 12-2019 | Cannabis Exclusion |
| CX 24 01 | 12-2019 | Products-Completed Operations Aggregate Limit of Insurance |
| CX 24 04 | 12-2019 | Exhaustion Of Retained Limit |
| CX 26 24 | 09-2008 | Missouri Changes - Guaranty Association |
| CX 27 05 | 09-2008 | Missouri Changes - Underlying Claims-Made Coverage |

**COMMERCIAL EXCESS LIABILITY**
**CW 35 13 02 11**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ THIS CAREFULLY.**

# EXCLUSION
# PUNITIVE DAMAGES

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

This insurance does not apply to punitive or exemplary damages (including any multiple of compensatory damages, such as double or treble damages) awarded against an insured.

**CW 35 13 02 11**           Includes copyrighted material of Insurance Services           **Page 1 of 1**
Offices, Inc., with its permission

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance. The word "insured" means any person or organization qualifying as such under the "controlling underlying insurance".

Other words and phrases that appear in quotation marks in this Coverage Part have special meaning. Refer to Section **IV** – Definitions. Other words and phrases that are not defined under this Coverage Part but defined in the "controlling underlying insurance" will have the meaning described in the policy of "controlling underlying insurance".

The insurance provided under this Coverage Part will follow the same provisions, exclusions and limitations that are contained in the applicable "controlling underlying insurance", unless otherwise directed by this insurance. To the extent such provisions differ or conflict, the provisions of this Coverage Part will apply. However, the coverage provided under this Coverage Part will not be broader than that provided by the applicable "controlling underlying insurance".

There may be more than one "controlling underlying insurance" listed in the Declarations and provisions in those policies conflict, and which are not superseded by the provisions of this Coverage Part. In such a case, the provisions, exclusions and limitations of the "controlling underlying insurance" applicable to the particular "event" for which a claim is made or suit is brought will apply.

## SECTION I – COVERAGES

**1. Insuring Agreement**

**a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "injury or damage" to which insurance provided under this Coverage Part applies.

We will have the right and duty to defend the insured against any suit seeking damages for such "injury or damage" when the applicable limits of "controlling underlying insurance" have been exhausted in accordance with the provisions of such "controlling underlying insurance".

When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other suit seeking damages for "injury or damage".

However, we will have no duty to defend the insured against any suit seeking damages for which insurance under this policy does not apply.

At our discretion, we may investigate any "event" that may involve this insurance and settle any resultant claim or suit, for which we have the duty to defend.

But:

**(1)** The amount we will pay for "ultimate net loss" is limited as described in Section **II** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under this Coverage Part. However, if the policy of "controlling underlying insurance" specifies that limits are reduced by defense expenses, our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of defense expenses, judgments or settlements under this Coverage Part.

**b.** This insurance applies to "injury or damage" that is subject to an applicable "retained limit". If any other limit, such as, a sublimit, is specified in the "controlling underlying insurance", this insurance does not apply to "injury or damage" arising out of that exposure unless that limit is specified in the Declarations under the Schedule of "controlling underlying insurance".

**c.** If the "controlling underlying insurance" requires, for a particular claim, that the "injury or damage" occur during its policy period in order for that coverage to apply, then this insurance will only apply to that "injury or damage" if it occurs during the policy period of this Coverage Part. If the "controlling underlying insurance" requires that the "event" causing the particular "injury or damage" takes place during its policy period in order for that coverage to apply, then this insurance will apply to the claim only if the "event" causing that "injury or damage" takes place during the policy period of this Coverage Part.

 © Insurance Services Office, Inc., 2012

**d.** Any additional insured under any policy of "controlling underlying insurance" will automatically be an additional insured under this insurance. If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance required by the contract, less any amounts payable by any "controlling underlying insurance".

Additional insured coverage provided by this insurance will not be broader than coverage provided by the "controlling underlying insurance".

**2. Exclusions**

The following exclusions, and any other exclusions added by endorsement, apply to this Coverage Part. In addition, the exclusions applicable to any "controlling underlying insurance" apply to this insurance unless superseded by the following exclusions, or superseded by any other exclusions added by endorsement to this Coverage Part.

Insurance provided under this Coverage Part does not apply to:

**a. Medical Payments**

Medical payments coverage or expenses that are provided without regard to fault, whether or not provided by the applicable "controlling underlying insurance".

**b. Auto**

Any loss, cost or expense payable under or resulting from any of the following auto coverages:

**(1)** First-party physical damage coverage;

**(2)** No-fault coverage;

**(3)** Personal injury protection or auto medical payments coverage; or

**(4)** Uninsured or underinsured motorists coverage.

**c. Pollution**

**(1)** "Injury or damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, pollutants.

This exclusion does not apply to the extent that valid "controlling underlying insurance" for the pollution liability risks described above exists or would have existed but for the exhaustion of underlying limits for "injury or damage".

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**SECTION II – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations, and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or suits brought, or number of vehicles involved;

**c.** Persons or organizations making claims or bringing suits; or

**d.** Limits available under any "controlling underlying insurance".

**2.** The Limits of Insurance of this Coverage Part will apply as follows:

**a.** This insurance only applies in excess of the "retained limit".

**b.** The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss", for all "injury or damage" covered under this Coverage Part.

However, this Aggregate Limit only applies to "injury or damage" that is subject to an aggregate limit of insurance under the "controlling underlying insurance".

**c.** Subject to Paragraph **2.b.** above, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under this insurance because of all "injury or damage" arising out of any one "event".

**d.** If the Limits of Insurance of the "controlling underlying insurance" are reduced by defense expenses by the terms of that policy, any payments for defense expenses we make will reduce our applicable Limits of Insurance in the same manner.

 © Insurance Services Office, Inc., 2012 **CX 00 01 04 13**

**3.** If any "controlling underlying insurance" has a policy period that is different from the policy period of this Coverage Part then, for the purposes of this insurance, the "retained limit" will only be reduced or exhausted by payments made for "injury or damage" covered under this insurance.

The Aggregate Limit of this Coverage Part applies separately to each consecutive annual period of this Coverage Part and to any remaining period of this Coverage Part of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION III – CONDITIONS**

The following conditions apply. In addition, the conditions applicable to any "controlling underlying insurance" are also applicable to the coverage provided under this insurance unless superseded by the following conditions.

**1. Appeals**

If the "controlling underlying insurer" or insured elects not to appeal a judgment in excess of the amount of the "retained limit", we may do so at our own expense. We will also pay for taxable court costs, pre- and postjudgment interest and disbursements associated with such appeal. In no event will this provision increase our liability beyond the applicable Limits of Insurance described in Section **II** – Limits Of Insurance.

**2. Bankruptcy**

**a. Bankruptcy Of Insured**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**b. Bankruptcy Of Controlling Underlying Insurer**

Bankruptcy or insolvency of the "controlling underlying insurer" will not relieve us of our obligations under this Coverage Part.

However, insurance provided under this Coverage Part will not replace any "controlling underlying insurance" in the event of bankruptcy or insolvency of the "controlling underlying insurer". The insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect and recoverable.

**3. Duties In The Event Of An Event, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "event", regardless of the amount, which may result in a claim under this insurance. To the extent possible, notice should include:

**(1)** How, when and where the "event" took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any "injury or damage" arising out of the "event".

**b.** If a claim is made or suit is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or suit and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or suit as soon as practicable.

**c.** You and any other insured involved must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the suit; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "injury or damage" to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**4. First Named Insured Duties**

The first Named Insured is the person or organization first named in the Declarations and is responsible for the payment of all premiums. The first Named Insured will act on behalf of all other Named Insureds for giving and receiving of notice of cancellation or the receipt of any return premium that may become payable.

**CX 00 01 04 13** © Insurance Services Office, Inc., 2012 **Page 3 of 5**

At our request, the first Named Insured will furnish us, as soon as practicable, with a complete copy of any "controlling underlying insurance" and any subsequently issued endorsements or policies which may in any way affect the insurance provided under this Coverage Part.

**5. Cancellation**

**a.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**b.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**c.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**6. Changes**

This Coverage Part contains all the agreements between you and us concerning the insurance afforded. The first Named Insured is authorized by all other insureds to make changes in the terms of this Coverage Part with our consent. This Coverage Part's terms can be amended or waived only by endorsement.

**7. Maintenance Of/Changes To Controlling Underlying Insurance**

Any "controlling underlying insurance" must be maintained in full effect without reduction of coverage or limits except for the reduction of aggregate limits in accordance with the provisions of such "controlling underlying insurance" that results from "injury or damage" to which this insurance applies.

Such exhaustion or reduction is not a failure to maintain "controlling underlying insurance". Failure to maintain "controlling underlying insurance" will not invalidate insurance provided under this Coverage Part, but insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect.

The first Named Insured must notify us in writing, as soon as practicable, if any "controlling underlying insurance" is cancelled, not renewed, replaced or otherwise terminated, or if the limits or scope of coverage of any "controlling underlying insurance" is changed.

**8. Other Insurance**

**a.** This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

When this insurance is excess, if no other insurer defends, we may undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**b.** When this insurance is excess over other insurance, we will pay only our share of the "ultimate net loss" that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of the insurance provided under this Coverage Part; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

**9. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** If this policy is auditable, the premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premium is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

 © Insurance Services Office, Inc., 2012 **CX 00 01 04 13**

**10. Loss Payable**

Liability under this Coverage Part does not apply to a given claim unless and until:

**a.** The insured or insured's "controlling underlying insurer" has become obligated to pay the "retained limit"; and

**b.** The obligation of the insured to pay the "ultimate net loss" in excess of the "retained limit" has been determined by a final settlement or judgment or written agreement among the insured, claimant, "controlling underlying insurer" (or a representative of one or more of these) and us.

**11. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a suit asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, "controlling underlying insurer" and the claimant or the claimant's legal representative.

**12. Transfer Of Defense**

**a. Defense Transferred To Us**

When the limits of "controlling underlying insurance" have been exhausted, in accordance with the provisions of "controlling underlying insurance", we may elect to have the defense transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

**b. Defense Transferred By Us**

When our limits of insurance have been exhausted our duty to provide a defense will cease.

We will cooperate in the transfer of control of defense to any insurer specifically written as excess over this Coverage Part of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

In the event that there is no insurance written as excess over this Coverage Part, we will cooperate in the transfer of control to the insured and its designated representative.

**13. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION IV – DEFINITIONS**

The definitions applicable to any "controlling underlying insurance" also apply to this insurance. In addition, the following definitions apply.

**1.** "Controlling underlying insurance" means any policy of insurance or self-insurance listed in the Declarations under the Schedule of "controlling underlying insurance".

**2.** "Controlling underlying insurer" means any insurer who provides any policy of insurance listed in the Declarations under the Schedule of "controlling underlying insurance".

**3.** "Event" means an occurrence, offense, accident, act, or other event, to which the applicable "controlling underlying insurance" applies.

**4.** "Injury or damage" means any injury or damage, covered in the applicable "controlling underlying insurance" arising from an "event".

**5.** "Retained limit" means the available limits of "controlling underlying insurance" applicable to the claim.

**6.** "Ultimate net loss" means the total sum, after reduction for recoveries, or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of:

**a.** Settlements, judgments, binding arbitration; or

**b.** Other binding alternate dispute resolution proceeding entered into with our consent.

"Ultimate net loss" includes defense expenses if the "controlling underlying insurance" specifies that limits are reduced by defense expenses.

COMMERCIAL EXCESS LIABILITY
CX 01 36 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

Paragraph **7. Maintenance Of/Changes To Controlling Underlying Insurance** of **Section III – Conditions** is replaced by the following:

**7. Maintenance Of/Changes To Controlling Underlying Insurance**

Any "controlling underlying insurance" must be maintained in full effect without reduction of coverage or limits except for the reduction of aggregate limits in accordance with the provisions of such "controlling underlying insurance" that results from "injury or damage" to which this insurance applies.

Such exhaustion or reduction is not a failure to maintain "controlling underlying insurance". Failure to maintain "controlling underlying insurance" will not invalidate insurance provided under this Coverage Part, but insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect.

The first Named Insured must notify us in writing, as soon as practicable, when any "controlling underlying insurance" is no longer in effect, or if the limits or scope of coverage of any "controlling underlying insurance" is changed.

**CX 01 36 04 13** © Insurance Services Office, Inc., 2013 **Page 1 of 1**

**COMMERCIAL EXCESS LIABILITY**
**CX 01 40 09 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following is added to Exclusion **c. Pollution** under Paragraph **2. Exclusions** of **Section I – Coverages** or to any amendment to or replacement of:

This Pollution Exclusion applies even if such irritant or contaminant has a function in your business, operations, premises, site or location.

**CX 01 40 09 08**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**          ☐

COMMERCIAL EXCESS LIABILITY
CX 02 20 02 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** If you are an individual, partnership or limited liability company and a covered auto you own is of the private passenger type, and this policy covers fewer than five autos and does not insure the motor vehicle hazard of garages, motor vehicle sales agencies, repair shops, service stations or public parking places, Paragraph **5. Cancellation** of **Section III – Conditions** does not apply to that auto. The following Condition applies instead:

**1.** Paragraph **5. Cancellation** of **Section III – Conditions** is replaced by the following:

**Ending This Policy**

**a.  Cancellation**

**(1)** You may cancel the policy by returning it to us or by giving us advance notice of the date cancellation is to take effect.

**(2)** If this policy has been in effect for 60 days or less and is not a renewal or continuation policy, we may cancel for any reason. If we cancel, we will mail you at least 10 days notice.

**(3)** When this policy has been in effect for more than 60 days or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

**(a)** Nonpayment of premium. If we cancel for this reason, we will mail you at least 10 days notice.

**(b)** If you are an individual, partnership or limited liability company and your driver's license has been suspended or revoked during the policy period. If we cancel for this reason, we will mail you at least 30 days notice. However, we may not cancel if you are more than one person, but only one person's license has been suspended or revoked. Instead, we may exclude coverage for that person while operating a covered auto during a period of suspension or revocation.

**(c)** If you are an individual, we replace this policy with another one providing similar coverages and the same limits for the covered auto. The replacement policy will take effect when this policy is canceled, and will end a year after this policy begins or on this policy's expiration date, whichever is earlier.

**(4)** If this policy is canceled, you may be entitled to a premium refund. If so, we will send you the refund. However, making or offering to make the refund is not a condition of cancellation. The following provisions govern calculation of return premium:

**(a)** We will compute return premium pro rata and round to the next higher whole dollar when this policy is:

**(i)** Cancelled by us or at our request;

**(ii)** Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

**(iii)** Cancelled but rewritten with us or in our company group; or

**(iv)** Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

**(b)** When this policy is cancelled at your request (except when Paragraph **(a)(ii), (a)(iii)** or **(a)(iv)** applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

CX 02 20 02 13                    © Insurance Services Office, Inc., 2012                    **Page 1 of 3**

The refund will be less than 90% of the pro rata unearned premium if the refund of such amount would reduce the premium retained by us to an amount less than the minimum premium for this policy.

**(5)** The effective date of cancellation stated in the notice shall become the end of the policy period.

**(6)** Our notice of cancellation will state the actual reason for cancellation unless the cancellation is due to nonpayment of premium.

**b. Nonrenewal**

**(1)** If we decide not to renew or continue this policy, we will mail you notice at least 30 days before the end of the policy period. If the policy period is other than one year, we will have the right not to renew or continue it only at the anniversary of its original effective date. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**(2)** If we fail to mail proper notice of nonrenewal and you obtain other insurance, the coverages provided by this policy will end on the effective date of any similar coverages provided by the other insurance.

**(3)** Our notice of nonrenewal will state the actual reason for nonrenewal unless the nonrenewal is due to nonpayment of premium.

**2. Mailing Of Notices**

Any notice of cancellation or nonrenewal will be mailed by United States Postal Service certificate of mailing to your last known mailing address. Proof of mailing of any notice will be sufficient proof of notice.

**3.** Paragraph **13. When We Do Not Renew** of **Section III – Conditions** does not apply.

**B.** For all other circumstances not described in Paragraph **A.** above:

**1.** Paragraphs **5.b.** and **5.e.** of the **Cancellation** Provisions of **Section III – Conditions** are replaced by the following:

**b.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the actual reason for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

**(2)** 30 days before the effective date of cancellation if cancellation is for one or more of the following reasons:

**(i)** Fraud or material misrepresentation affecting this policy or a claim filed under this policy or a violation of any of the terms or conditions of this policy;

**(ii)** Changes in conditions after the effective date of this policy which have materially increased the risk assumed;

**(iii)** We become insolvent; or

**(iv)** We involuntarily lose reinsurance for this policy;

**(3)** 60 days before the effective date of cancellation if we cancel for any other reason.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium:

**(1)** We will compute return premium pro rata and round to the next higher whole dollar when this policy is:

**(a)** Cancelled by us or at our request;

**(b)** Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

© Insurance Services Office, Inc., 2012 **CX 02 20 02 13**

**(c)** Cancelled but rewritten with us or in our company group; or

**(d)** Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

**(2)** When this policy is cancelled at the request of the first Named Insured (except when Paragraph **(1)(b), (1)(c)** or **(1)(d)** applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

The refund will be less than 90% of the pro rata unearned premium if the refund of such amount would reduce the premium retained by us to an amount less than the minimum premium for this policy.

**2.** Paragraph **13. When We Do Not Renew** of **Section III – Conditions** is replaced by the following:

**1.** We may elect not to renew this policy by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the actual reason for nonrenewal, at least 60 days prior to the effective date of the nonrenewal.

**2.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**CX 02 20 02 13**                © Insurance Services Office, Inc., 2012                **Page 3 of 3**

COMMERCIAL EXCESS LIABILITY
CX 21 01 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY
# EXCLUSION ENDORSEMENT
**(BROAD FORM)**

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions:**

**2. Exclusions**

**NUCLEAR ENERGY LIABILITY**

**a.** Under any Liability Coverage, to "injury or damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under any Liability Coverage, to "injury or damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an insured or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured; or

**(3)** The "injury or damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to property damage to such "nuclear facility" and any property thereat.

**c.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

---

CX 21 01 09 08                 © ISO Properties, Inc., 2007                 **Page 1 of 2**                 □

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Injury or damage" includes all forms of radioactive contamination of property.

                     © ISO Properties, Inc., 2007                     **CX 21 01 09 08**   □

COMMERCIAL EXCESS LIABILITY
CX 21 11 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ABUSE OR MOLESTATION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to "injury or damage" arising out of:

**a.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured; or

**b.** The negligent:

**(1)** Employment;

**(2)** Investigation;

**(3)** Supervision;

**(4)** Reporting to the proper authorities, or failure to so report; or

**(5)** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **a.** above.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to:

**Fungi Or Bacteria**

**a.** "Injury or damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such "injury or damage".

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following definition is added to the **Definitions** section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

**COMMERCIAL EXCESS LIABILITY**
**CX 21 14 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION
# AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to "injury or damage" arising out of, caused by, or attributable to, whether in whole or in part, the following:

**a.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

**b.** Your product or your work with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

**1.** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

**2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

**3.** A reinforced or unreinforced base coat;

**4.** A finish coat providing surface texture to which color may be added; and

**5.** Any flashing, caulking or sealant used with the system for any purpose.

**CX 21 14 04 13** © Insurance Services Office, Inc., 2012 **Page 1 of 1**

**COMMERCIAL EXCESS LIABILITY**
**CX 21 16 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – SILICA OR SILICA-RELATED DUST

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to:

**Silica Or Silica-related Dust**

**a.** "Injury or damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following definitions are added to the **Definitions** section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

CX 21 16 04 13                    © Insurance Services Office, Inc., 2012                    **Page 1 of 1**

**COMMERCIAL EXCESS LIABILITY**
**CX 21 17 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – COMMUNICABLE DISEASE

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to:

**Communicable Disease**

"Injury or damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

COMMERCIAL EXCESS LIABILITY
CX 21 31 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

Any endorsement addressing acts of terrorism (however defined) in any "controlling underlying insurance" does not apply to this excess insurance. The following provisions addressing acts of terrorism apply with respect to this excess insurance:

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Injury or damage" arising, directly or indirectly, out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the coverage territory. However, this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in US dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

   **b.** The act resulted in damage:

      **(1)** Within the United States (including its territories and possessions and Puerto Rico); or

CX 21 31 01 15                    © Insurance Services Office, Inc., 2015                    Page 1 of 2

**(2)** Outside of the United States in the case of:

**(a)** An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

**(b)** The premises of any United States mission; and

**c.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for "injury or damage" that is otherwise excluded under this Coverage Part.

**D.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

COMMERCIAL EXCESS LIABILITY
CX 21 36 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

Any endorsement addressing acts of terrorism (however defined) in any "controlling underlying insurance" does not apply to this excess insurance. The following provisions addressing acts of terrorism apply with respect to this excess insurance:

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for "injury or damage" that is otherwise excluded under this Coverage Part.

CX 21 36 01 15      © Insurance Services Office, Inc., 2015      **Page 1 of 1**

COMMERCIAL EXCESS LIABILITY
CX 21 43 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**SCHEDULE**

| **Controlling Underlying Insurance:** |
| --- |
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Injury or damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

However, this exclusion does not apply to coverage for "injury or damage" provided under any "controlling underlying insurance" listed in the Schedule above.

**CX 21 43 05 14**          © Insurance Services Office, Inc. 2013          **Page 1 of 1**

COMMERCIAL EXCESS LIABILITY
CX 21 47 11 16

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PUBLIC OR LIVERY PASSENGER CONVEYANCE AND ON-DEMAND DELIVERY SERVICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

Insurance provided under this Coverage Part does not apply to:

**Public Or Livery Passenger Conveyance And On-demand Services**

"Injury or damage" arising out of any covered auto while being used:

**a.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered auto is being used by an insured who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered auto; or

**b.** By an insured who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered auto.

**B.** If Excess Uninsured and/or Underinsured Motorists Coverage is attached, then the following exclusion is added to Paragraph **C.2.:**

**2.** Additionally, this insurance does not apply to:

**Public Or Livery Passenger Conveyance And On-demand Services**

Any covered auto while being used:

**a.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered auto is being used by an insured who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered auto; or

**b.** By an insured who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered auto.

**C. Additional Definitions**

As used in this endorsement:

**1.** "Delivery network platform" means an online-enabled application or digital network used to connect customers:

**a.** With drivers; or

**b.** With local vendors using drivers;

for the purpose of providing prearranged "delivery services" for compensation. A "delivery network platform" does not include a "transportation network platform".

**2.** "Delivery services" includes courier services.

**3.** "Occupying" means in, upon, getting in, on, out or off.

**4.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

**CX 21 47 11 16** © Insurance Services Office, Inc., 2016 **Page 1 of 1**

COMMERCIAL EXCESS LIABILITY
CX 21 56 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO COVERAGE – EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

Any endorsement addressing acts of terrorism (however defined) in any "controlling underlying insurance" does not apply to this excess insurance.

**A.** The provisions of this endorsement:

  **1.** Apply only to "injury or damage" arising out of the ownership, maintenance or use of any auto that is a covered auto under this Coverage Part; and

  **2.** Supersede the provisions of any other endorsement addressing terrorism attached to this Coverage Part only with respect to "injury or damage" arising out of the ownership, maintenance or use of any auto that is a covered auto.

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks:

  **1.** "Terrorism" means activities against persons, organizations or property of any nature:

    **a.** That involve the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

    **b.** When one or both of the following applies:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Any "injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

  **1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

  **2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

  **3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

  **4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

  **5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

CX 21 56 09 08    © Insurance Services Office, Inc., 2008    **Page 1 of 2**    ☐

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraph **C.5.** or **C.6.** are exceeded.

With respect to this Exclusion, Paragraphs **C.5.** and **C.6.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to any "injury or damage" that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2008
**CX 21 56 09 08**    □

<strong>COMMERCIAL EXCESS LIABILITY</strong><br><strong>CX 21 68 12 19</strong>

<strong>THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.</strong>

# EXCLUSION – AIRCRAFT OR WATERCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** under **Section I – Coverages:**

Insurance provided under this Coverage Part does not apply to:

**Aircraft Or Watercraft**

"Injury or damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft. Use includes operation and loading or unloading.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "event" which caused the "injury or damage" involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft.

As used in this exclusion, loading or unloading means the handling of property:

    **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft or watercraft;

    **b.** While it is in or on an aircraft or watercraft; or

    **c.** While it is being moved from an aircraft or watercraft to the place where it is finally delivered;

but loading or unloading does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft or watercraft.

COMMERCIAL EXCESS LIABILITY
CX 21 71 06 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to:

**Unmanned Aircraft**

"Injury or damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and loading or unloading.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "event" which caused the "injury or damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

As used in this exclusion, loading or unloading means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an "unmanned aircraft";

**b.** While it is in or on an "unmanned aircraft"; or

**c.** While it is being moved from an "unmanned aircraft" to the place where it is finally delivered;

but loading or unloading does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the "unmanned aircraft".

**B.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

CX 21 71 06 15                    © Insurance Services Office, Inc., 2014                    **Page 1 of 1**

COMMERCIAL EXCESS LIABILITY
CX 21 79 12 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CANNABIS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**1.** "Injury or damage" arising out of:

  **a.** The design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis"; or

  **b.** The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

**2.** Property damage to "cannabis".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "event" which caused the "injury or damage" involved that which is described in Paragraph **A.1.** or **A.2.** above.

However, Paragraph **A.1.b.** does not apply to bodily injury or property damage arising out of the actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, or contact with, "cannabis" by:

    **(1)** An insured; or

    **(2)** Any other person for whom you are legally responsible

but only if the bodily injury or property damage does not arise out of your selling, serving or furnishing of "cannabis" to any person described above.

**B.** If the applicable "controlling underlying insurance" provides coverage for personal and advertising injury caused by:

**1.** False arrest, detention or imprisonment; or

**2.** The wrongful eviction from, wrongful entry into, or invasion of the right or private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

then the exclusion in Paragraph **A.** does not apply to "injury or damage" that is personal and advertising injury caused by such offenses.

**C.** The following definition is added to the **Definitions** section:

"Cannabis":

**1.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **C.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

  **a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

  **b.** Any compound, byproduct, extract, derivative, mixture or combination, such as:

    **(1)** Resin, oil or wax;

    **(2)** Hash or hemp; or

    **(3)** Infused liquid or edible cannabis;

    whether or not derived from any plant or part of any plant set forth in Paragraph **C.2.a.**

POLICY NUMBER: CPA 3182984 - 24

**COMMERCIAL EXCESS LIABILITY**
**CX 24 01 12 19**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ THIS CAREFULLY.

# PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT OF INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

### SCHEDULE

| | |
|---|---|
| **Products-completed Operations Aggregate Limit:** | $  3,000,000 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**Section II – Limits Of Insurance** is replaced by the following:

**Section II – Limits Of Insurance**

**1.** The Limits Of Insurance shown in the Declarations and the Schedule of this endorsement, and the rules below fix the most we will pay regardless of the number of:

  **a.** Insureds;

  **b.** Claims made or suits brought, or number of vehicles involved;

  **c.** Persons or organizations making claims or bringing suits; or

  **d.** Limits available under any "controlling underlying insurance".

**2.** The Limits of Insurance will apply as follows:

  **a.** This insurance only applies in excess of the "retained limit".

  **b.** The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss", for all "injury or damage" covered under this Coverage Part, except "ultimate net loss" because of "injury or damage":

    **(1)** That is not subject to an aggregate limit of insurance under the "controlling underlying insurance"; or

    **(2)** Included in the products-completed operations hazard.

  **c.** The Products-Completed Operations Aggregate Limit shown in the Schedule of this endorsement is the most we will pay for the sum of all "ultimate net loss" under this insurance because of all "injury or damage" included in the products-completed operations hazard.

  **d.** Subject to Paragraph **2.b.** or **2.c.** of this endorsement, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under this insurance because of all "injury or damage" arising out of any one "event".

  **e.** If the Limits of Insurance of the "controlling underlying insurance" are reduced by defense expenses by the terms of that policy, any payments for defense expenses we make will reduce our applicable Limits of Insurance in the same manner.

**3.** If any "controlling underlying insurance" has a policy period that is different from the policy period of this Coverage Part then, for the purposes of this insurance, the "retained limit" will only be reduced or exhausted by payments made for "injury or damage" covered under this insurance.

**CX 24 01 12 19**       © Insurance Services Office, Inc., 2018       **Page 1 of 2**

The Aggregate Limits, as described in Paragraphs **2.b.** and **2.c.** above, apply separately to each consecutive annual period of this Coverage Part and to any remaining period of this Coverage Part of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**COMMERCIAL EXCESS LIABILITY**
**CX 24 04 12 19**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXHAUSTION OF RETAINED LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** The **Loss Payable** Condition of **Section III – Conditions** is replaced by the following:

**Loss Payable**

Liability under this Coverage Part does not apply to a given claim unless and until:

**a.** The insured or insured's "controlling underlying insurer" has become obligated to pay the "retained limit";

**b.** The full amount of the "retained limit" described in **a.** above has been exhausted:

  **(1)** As a result of actual payment by a "controlling underlying insurer"; or

  **(2)** As a result of actual payment by the insured but only if self-insurance is listed in the Declarations as "controlling underlying insurance"; and

**c.** The obligation of the insured to pay the "ultimate net loss" in excess of the "retained limit" has been determined by a final settlement or judgment or written agreement among the insured, claimant, "controlling underlying insurer" (or a representative of one or more of these) and us.

 © Insurance Services Office, Inc., 2018

**COMMERCIAL EXCESS LIABILITY**
**CX 26 24 09 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – GUARANTY ASSOCIATION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**MISSOURI PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION COVERAGE LIMITATIONS**

**A.** Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

**B.** The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply subject to all other provisions of the Act:

**1.** Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes insolvent; provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

**2.** Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

However, the Association will not:

**(1)** Pay an amount in excess of the applicable limit of insurance of the policy from which a claim arises; or

**(2)** Return to an insured any unearned premium in excess of $25,000.

These limitations have no effect on the coverage we will provide under this policy.

**CX 26 24 09 08**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**          ☐

COMMERCIAL EXCESS LIABILITY
CX 27 05 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ THIS CAREFULLY.**

# MISSOURI CHANGES - UNDERLYING CLAIMS-MADE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Retroactive Date:** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

If any "controlling underlying insurance" is written on a claims-made basis, the following applies to the insurance provided by this Coverage Part which is excess over that underlying insurance:

**A.** Paragraph **1.c.** under **Section I - Coverages** is replaced by the following:

If the "controlling underlying insurance" requires, for a particular claim, that the "injury or damage" occur on or after the Retroactive Date shown in the Declarations of that insurance in order for that coverage to apply, then this insurance will only apply to that "injury or damage" which occurs on or after the Retroactive Date shown in the Schedule of this endorsement but before the end of the policy period of this Coverage Part. If the "controlling underlying insurance" requires, for a particular claim, that the "event" causing the particular "injury or damage" takes place on or after the Retroactive Date shown in the Declarations of that insurance in order for that coverage to apply, then this insurance will apply to the claim only if the "event" causing that "injury or damage" takes place on or after the Retroactive Date shown in the Schedule of this endorsement but before the end of the policy period of this Coverage Part.

A claim for damages for such "injury or damage" must be first made against the insured during this policy period or any Extended Reporting Period provided under this Coverage Part. A claim will be considered first made under this Coverage Part:

**(1)** When notice of such claim is received and recorded by any insured or by us, whichever comes first, if the "controlling underlying insurance" is written on a claims-made and recorded basis; or

**(2)** When notice of such claim, after being received by any insured, is reported to us in writing, if the "controlling underlying insurance" is written on any other claims-made basis.

**B.** The following is added to **Section II - Limits Of Insurance:**

The "retained limit" will only be reduced or exhausted by payments of claims, or defense expenses if the limits of "controlling underlying insurance" are reduced by defense expenses for that insurance, that are made during the policy period, or any Extended Reporting Period, of this Coverage Part.

**C.** The following Section is added:

**CLAIMS-MADE EXTENDED REPORTING PERIOD**

**1.** Any provisions under the "controlling underlying insurance" relating to an Extended Reporting Period for which a separate premium charge is made do not apply to this insurance, unless an Extended Reporting Period is purchased under this insurance.

**2.** An Extended Reporting Period, consistent with the terms, conditions and duration of any Extended Reporting Period available in accordance with the terms of any "controlling underlying insurance", will be available for this Coverage Part by endorsement, for an additional charge, if:

**a.** This policy is cancelled or not renewed; or

CX 27 05 09 08 © Insurance Services Office, Inc., 2008 Page 1 of 2

**b.** This policy is renewed or replaced with insurance that:

**(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

**(2)** Does not apply to "injury or damage" on a claims-made basis.

**3.** If this policy and the "controlling underlying insurance" are cancelled or not renewed and an Extended Reporting Period has been provided under the "controlling underlying insurance", then an Extended Reporting Period will be available for this Coverage Part. The Extended Reporting Period available under this Coverage Part will be consistent with the terms, conditions and duration of any Extended Reporting Period provided in accordance with the terms of the "controlling underlying insurance".

**4.** You must give us a written request for the Extended Reporting Period endorsement under this Coverage Part no later than the time allowed to purchase such endorsement under the "controlling underlying insurance". The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

**5.** We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The exposures insured;

**b.** Previous types and amounts of insurance;

**c.** Limits of Insurance available under this policy for future payment of damages; and

**d.** Other related factors.

**6.** If the provisions of the Extended Reporting Period in any "controlling underlying insurance" provide for supplemental aggregate limits of insurance when the Extended Reporting Period is purchased, a supplementary aggregate limit of insurance, equal to the Aggregate Limit shown in the Declarations of this Coverage Part, will apply to claims first made during the Extended Reporting Period if the Extended Reporting Period is purchased for this insurance.

© Insurance Services Office, Inc., 2008   **CX 27 05 09 08**